BRIAN H GETZ, ESQ. (CSBN: 85593)
LAW OFFICES OF BRIAN H GETZ
90 New Montgomery Street, Suite 1250
San Francisco, CA 94105
Telephone: (415) 912-5886
Facsimile: (415) 358-4770
Email: brian@briangetzlaw.com

JONATHAN MATTHEW BAUM (CSBN: 303469)
STEPTOE & JOHNSON LLP
One Market Street
Steuart Tower, Suite 1070
San Francisco, CA 94105
Telephone: (510)735-4558
Email: jbaum@steptoe.com

Attorneys for Defendant
HARLAN KELLY, JR.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERIA,<br><br>Plaintiff,<br><br>vs.<br><br>HARLAN KELLY, JR.,<br><br>Defendant. | Case No.: 3:21-CR-00402-RS<br><br>**DEFENDANT HARLAN KELLY JR.'S OBJECTION TO REVISED JURY INSTRUCTION 9**<br><br>Judge:  Hon. Richard Seeborg |

Upon review of the Court's jury instructions provided this afternoon (Dkt. No. 297), the defense noted that current Jury Instruction 9 is potentially misleading. The second paragraph of the revised instruction currently states:

> However, you may use evidence of the defendant's knowledge of, and compliance with city ethics rules in deciding whether the defendant **knowingly violated his fiduciary duty** as a public official.

(Dkt. No. 297, at 10 (emphasis added).)

| | |
|---|---|
| 1 | This instruction incorrectly characterizes the honest services wire fraud instruction, |
| 2 | currently listed as Jury Instruction 25. (Dkt. No. 297, at 27.) That jury instruction does not, in |
| 3 | fact, require that the jury to find the defendant "knowingly violated his fiduciary duty." Rather, |
| 4 | that instruction requires only that the jury find the defendant "owed a fiduciary duty to the City |
| 5 | and County of San Francisco." |
| 6 | Because of the potential for confusion regarding the honest services wire fraud |
| 7 | instruction, the defense respectfully requests that the second paragraph of current Jury |
| 8 | Instruction 9 be removed. |
| 9 | |
| 10 | DATED: July 12, 2023 |
| 11 | By:   /s/ *Jonathan Baum* |
| 12 |       JONATHAN BAUM |
| 13 |       Attorney for Defendant<br>      HARLAN KELLY, JR. |