UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HARLAN KELLY,<br><br>　　　　　Defendant. | Case No.21-cr-402-1 RS<br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

Please find on the subsequent page Jury Note One through Jury Note Four.

Dated:  7/14/2023

　　　　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　　By: _/s/ Corinne Lew_
　　　　　　　　　　　　　　　　　　　　　Corinne Lew, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　Honorable RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　415-522-2123

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>RICHARD SEEBORG</u>　　　　Case No. CR 21-00402-1 RS

CASE NAME:  USA V. Harlan Kelly

<u>PLEASE DO NOT INCLUDE HOW THE JURY STANDS NUMERICALLY IN ANY NOTE TO THE COURT.</u>

<u>NOTE FROM THE JURY</u>

Note No. __1__

Date __7/12/23__

Time __2:12 pm__

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

   Today: until 4 pm
   Tomorrow: 8:30 am – 4 pm

   _____
   Foreperson of the Jury

   Laurent
   Le Gourrierec

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>RICHARD SEEBORG</u>      Case No. CR 21-00402-1 RS

CASE NAME:  USA V. Harlan Kelly

<u>PLEASE DO NOT INCLUDE HOW THE JURY STANDS NUMERICALLY IN ANY NOTE TO THE COURT.</u>

<u>NOTE FROM THE JURY</u>

Note No. __2__

Date __7/13/23__

Time __10:20 am__

1.   The Jury has reached a unanimous verdict ( )

     or

2.   The Jury has the following question:

     What is the definition of "Honest Services" according to the Law?

     _____
     Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
JUDGE RICHARD SEEBORG

Case No. **CR 21-00402-1 RS**
Name: USA v. Kelly

## NOTE TO THE JURY

RESPONSE TO

Note No. **2**

Date **7/13/23**

Time _____

Please Refer to Instruction Numbers 24 Through 27. Please remember you must follow all the instructions and not single out some and ignore others; they are all important.

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>RICHARD SEEBORG</u>          Case No. CR 21-00402-1 RS

CASE NAME:  USA V. Harlan Kelly

PLEASE DO NOT INCLUDE HOW THE JURY STANDS NUMERICALLY IN ANY NOTE TO THE COURT.

NOTE FROM THE JURY

Note No. __3__

Date __7/14/23__

Time __10:10 am__

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

   Can you remind us of the specifics of each count #7, 8, and 9? Which charges are these? (hotel dinner etc.)

   _____
   Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
JUDGE RICHARD SEEBORG

Case No. **CR 21-00402-1 RS**
Name: USA v. Kelly

## NOTE TO THE JURY

RESPONSE TO

Note No. 3

Date 7/14/23

Time 10:35 a.m.

COUNT 7 - 3/26/2016 — $615.41 (USD) Charge, Intercontinental HK Harbourside Restaurant, Hong Kong, on Walter Wang's American Express Card

COUNT 8 - 3/30/2016 — $2,011.40 (USD) Charge, MIRA Hong Kong on Walter Wang's American Express Credit Card

COUNT 9 - 8/11/2017 — Email from Jaidih Consulting to Kelly with water damage repair invoices totalling $23,326.69

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>RICHARD SEEBORG</u>             Case No. CR 21-00402-1 RS

CASE NAME: USA V. Harlan Kelly

<u>PLEASE DO NOT INCLUDE HOW THE JURY STANDS NUMERICALLY IN ANY NOTE TO THE COURT.</u>

NOTE FROM THE JURY

Note No. __4__

Date __7/14/23__

Time __1:40pm__

1. The Jury has reached a unanimous verdict (✓)

   or

2. The Jury has the following question:

_____

_____

_____

Foreperson of the Jury    Laurent Le Gouirrierec