BRIAN H GETZ, ESQ. (CSBN 85593)
LAW OFFICES OF BRIAN H GETZ
90 New Montgomery Street, Suite 1250
San Francisco, CA  94105
Telephone:      (415) 912-5886
Facsimile:      (415) 358-4770
Email:          brian@briangetzlaw.com

JONATHAN MATTHEW BAUM (CSBN: 303469)
STEPTOE & JOHNSON LLP
One Market Street
Steuart Tower, Suite 1070
San Francisco, CA 94105
Telephone: (510)735-4558
Email: jbaum@steptoe.com

Attorneys for Defendant
HARLAN KELLY, JR.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>HARLARN KELLY, JR.,<br><br>    Defendant. | Case No.: 3:21-CR-00402-RS<br><br>**DEFENDANT HARLAN KELLY, JR.'S LETTERS FROM THE COMMUNITY IN SUPPORT OF HIS SENTENCING MEMORANDUM**<br><br>Date: March 18, 2024<br>Time: 10:00 AM<br>Dept: Courtroom 3 – 17th Floor<br>Judge: Hon. Richard Seeborg |

Defendant HARLAN KELLY, JR. respectfully submits the following letters from the following members of the community in support of his Sentencing Memorandum:

| No. | Name | Bates Stamp |
|-----|------|-------------|
| 1 | Adam Werbach | HK-SENTENCING-0001 – 0002 |
| 2 | Alaric Degrafinried | HK-SENTENCING-0003 |

| 3 | Andrea R. Gourdine | HK-SENTENCING-0004 – 0005 |
|---|---|---|
| 4 | Ann Moller Caen | HK-SENTENCING-0006 |
| 5 | Anthony G. Wagner | HK-SENTENCING-0007 – 0008 |
| 6 | Ashur Yoseph | HK-SENTENCING-0009 |
| 7 | Barry Fadem, Esq. | HK-SENTENCING-0010 – 0011 |
| 8 | Ben Washington | HK-SENTENCING-0012 – 0013 |
| 9 | Benjamin C. Forsyth | HK-SENTENCING-0014 – 0016 |
| 10 | Brandon Hernandez and Oscar Escobar | HK-SENTENCING-0017 – 0018 |
| 11 | Brenda Mabry | HK-SENTENCING-0019 – 0020 |
| 12 | Brook Mebrahtu | HK-SENTENCING-0021 – 0022 |
| 13 | Carol E. Tatum | HK-SENTENCING-0023 |
| 14 | Christina Brooks | HK-SENTENCING-0024 – 0025 |
| 15 | Cynthia O'Neill | HK-SENTENCING-0026 |
| 16 | Dan Henkle | HK-SENTENCING-0027 |
| 17 | Douglas Marschke | HK-SENTENCING-0028 – 0029 |
| 18 | Ed Griffin | HK-SENTENCING-0030 – 0031 |
| 19 | Ed Harrington | HK-SENTENCING-0032 – 0033 |
| 20 | Eddie Naser | HK-SENTENCING-0034 |
| 21 | Edward and Janet Wong | HK-SENTENCING-0035 – 0036 |
| 22 | Edward D. Reiskin | HK-SENTENCING-0037 – 0038 |
| 23 | Edward "Ted" Henifen | HK-SENTENCING-0039 – 0040 |
| 24 | Emilio Cruz | HK-SENTENCING-0041 – 0042 |
| 25 | Floyed K. Rollins II | HK-SENTENCING-0043 – 0044 |
| 26 | Francesca Vietor | HK-SENTENCING-0045 – 0046 |
| 27 | Frejeanne R. Scott | HK-SENTENCING-0047 – 0048 |
| 28 | Gerald Green | HK-SENTENCING-0049 – 0050 |

DEFENDANT HARLAN KELLY, JR.'S LETTERS FROM THE COMMUNITY
IN SUPPORT OF HIS SENTENCING MEMORANDUM
CASE NO. 3:21-CR-00402-RS

| 29 | Glenn and Betty Jo Little | HK-SENTENCING-0051 |
| 30 | Harlan L. Kelly, III ("Trey") | HK-SENTENCING-0052 – 0053 |
| 31 | James Kramer | HK-SENTENCING-0054 |
| 32 | James Parrott | HK-SENTENCING-0055 – 0056 |
| 33 | Janice Ewing | HK-SENTENCING-0057 – 0058 |
| 34 | Jim Fambrini | HK-SENTENCING-0059 – 0060 |
| 35 | Jonathan Moscone | HK-SENTENCING-0061 |
| 36 | Joy Washington | HK-SENTENCING-0062 - 0065 |
| 37 | Karin Johnson | HK-SENTENCING-0066 – 0067 |
| 38 | Kathleen and Albert Cotton | HK-SENTENCING-0068 – 0069 |
| 39 | Kathryn How | HK-SENTENCING-0070 – 0072 |
| 40 | Kevin L. Jones | HK-SENTENCING-0073 – 0074 |
| 41 | L. Matthew Goudeau | HK-SENTENCING-0075 |
| 42 | Leamon J. Abrams | HK-SENTENCING-0076 |
| 43 | Louis J. Giraudo | HK-SENTENCING-0077 – 0078 |
| 44 | Marc Q. Jones | HK-SENTENCING-0079 – 0080 |
| 45 | Maria Little | HK-SENTENCING-0081 – 0082 |
| 46 | Marie-Claire Rensch | HK-SENTENCING-0083 |
| 47 | Mark A. Primeau, AIA | HK-SENTENCING-0084 – 0085 |
| 48 | Mayor Willie L. Brown, Jr. | HK-SENTENCING-0086 – 0087 |
| 49 | Michael Harris | HK-SENTENCING-0088 – 0089 |
| 50 | Naomi Kelly | HK-SENTENCING-0090 – 0092 |
| 51 | Neil Hallinan, Esq. | HK-SENTENCING-0093 – 0095 |
| 52 | Patrick W. Johnston | HK-SENTENCING-0096 – 0098 |
| 53 | Paul K. Goodwin | HK-SENTENCING-0099 - 0100 |
| 54 | Peter O'Toole | HK-SENTENCING-0101 – 0102 |

DEFENDANT HARLAN KELLY, JR.'S LETTERS FROM THE COMMUNITY
IN SUPPORT OF HIS SENTENCING MEMORANDUM
CASE NO. 3:21-CR-00402-RS

| 55 | Randal Bessolo | HK-SENTENCING-0103 – 0104 |
|----|----------------|---------------------------|
| 56 | Randy Parent | HK-SENTENCING-0105 – 0106 |
| 57 | Reverand Paul J. Fitzgerald, S.J. | HK-SENTENCING-0107 |
| 58 | Richard S.E. Johns, Esq. | HK-SENTENCING-0108 – 0109 |
| 59 | Ryan Brooks | HK-SENTENCING-0110 – 0111 |
| 60 | Sheena C. Johnson | HK-SENTENCING-0112 – 0113 |
| 61 | Shelly Tatum | HK-SENTENCING-0114 – 0115 |
| 62 | Shon Buford | HK-SENTENCING-0116 – 0117 |
| 63 | Shonna M. Cook | HK-SENTENCING-0118 – 0119 |
| 64 | Sophie Maxwell | HK-SENTENCING-0120 – 0121 |
| 65 | Stephen Davis and Jill Cowan | HK-SENTENCING-0122 |
| 66 | Steve Kawa | HK-SENTENCING-0123 |
| 67 | Susan Leal | HK-SENTENCING-0124 |
| 68 | Tania Lee and Brianna Lee | HK-SENTENCING-0125 – 0126 |
| 69 | Thomas & Jacqueline Marx | HK-SENTENCING-0127 |
| 70 | Timothy Alan Simon, Esq. | HK-SENTENCING-0128 – 0129 |
| 71 | Tyrone Jue | HK-SENTENCING-0130 – 0131 |
| 72 | Ulysses Ron Vincent, Jr. | HK-SENTENCING-0132 – 0133 |
| 73 | Veronica Ng | HK-SENTENCING-0134 – 0135 |
| 74 | Vitaly B. Brown, P.E. | HK-SENTENCING-0136 – 0137 |
| 75 | Wayne Perry | HK-SENTENCING-0138 |
| 76 | William Rutland | HK-SENTENCING-0139 – 0140 |

DATED: March 11, 2024

Respectfully submitted,
LAW OFFICES OF BRIAN H GETZ

  _/s/ Brian H Getz_
BRIAN H GETZ
JONATHAN BAUM
Attorneys for Defendant
HARLAN KELLY, JR

4

Adam Werbach
2451 Folsom Street
San Francisco, CA 94110
415-377-3204
awerbach@gmail.com

November 10, 2023

The Honorable Richard Seeborg
Chief District Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

RE: United States v. Harlan Kelly, Jr.
Case No.: 3:21-CR-00402

Dear Honorable Judge Seeborg,

I am writing this letter on behalf of Harlan Kelly, whom I have known for over two decades, in light of his forthcoming sentencing. My relationship with Mr. Kelly began in a professional context in 2003 when I was appointed to the San Francisco Public Utilities Commission by a member of the Board of Supervisors while Mayor Willie Brown was out of town. I was asked to serve as an environmental representative, hoping to bring some knowledge from my tenure as the National President of the Sierra Club. The mayor was furious. The commissioners and the staff turned a cold shoulder to me.

I was met with resistance, even a boycott of my first meeting by the commission due to the mayor's opposition. Harlan, who was not yet the leader of the agency, was the only person to encourage my participation and leadership, despite the political heat he received for helping me. He didn't care what people said, he welcomed me with warmth and a readiness to bridge my transition into the commission. His commitment to public service was evident as he took it upon himself to brief me on the complex issues of water and sewer policy, offering his knowledge and support without reservation, at all hours. If I made an error, he would pull me aside privately and help me improve. When others tried to obscure the facts about environmental impacts, I found that Harlan was willing to get into the details with me and help figure out a better way. Collectively we

helped reduce negative impacts of our water system on the Tuolumne River in Yosemite.

Beyond his professional life, I have come to know Harlan as a devoted father and husband. Our families have grown close through countless hours spent together while our sons played basketball for Bay City AAU Club Basketball and CYO basketball. His dedication to his children and their endeavors is a testament to his character.

I understand the gravity of the charges against Harlan and the serious lapses in judgment he has taken responsibility for. I never witnessed or experienced this behavior, but I know he holds himself accountable. It is not my intention to diminish the significance of this accountability, but to offer a holistic view of the man I have known—a man of engineering excellence, dedication, and remorse. It is sad that he has tarnished his reputation and legacy, because I did witness, during the years I served on the Public Utilities Commission, his enormous contributions to keep the water running. There are few engineers in America with the capabilities to lead a system of this size, and few who would do so in a way that would restore, not destroy, the environment.

Knowing Harlan, I firmly believe in his capacity for reflection and change. His contributions to our community, his commitment as a father, and his support of environmental stewardship are the fibers of his character. I trust that you will weigh these attributes alongside the circumstances of his case.

Thank you for considering my perspective on Mr. Harlan Kelly's character during this critical juncture in his life. I am confident that he deeply regrets his actions and is committed to making amends.

Respectfully,

Very truly yours,

Adam Werbach

Alaric Degrafinried
1072 Siler Place
Berkeley, CA  94705
Phone: 408-230-1818
Email: adegrafinried@yahoo.com


October 30, 2023

The Honorable Richard Seeborg
Chief District Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

RE:     ***United States v. Harlan Kelly, Jr.***
        **Case No.: 3:21-CR-00402**

Dear Honorable Judge Seeborg,

My name is Alaric Degrafinried and I am writing this letter to express my unwavering support for Harlan Kelly. Having had the privilege of working closely with Harlan for nearly 15 years during my time at the City & County of San Francisco ("City") I can attest to his exceptional leadership and unwavering commitment he has to public service and the greater community.  During my time at the City I held various roles, many of which involved working closely with small- and local-business, and Harlan taught me the importance of outreaching to and nurturing long-term relationships with small- and local-businesses to expand the diversity of our contracting pool and ensure the City's public contracting processes were open, receptive and transparent to all.

Harlan has consistently demonstrated the qualities of a true role model in the public sector. His dedication, integrity, and tireless work ethic have not only made a positive impact within the City but have also set a standard for others to aspire to.

Moreover, Harlan's influence extends far beyond the confines of his professional life. He is an esteemed leader within the African American community, actively involved in initiatives that aim to uplift and empower those he represents. His passion for creating positive change is inspiring and has touched the lives of many (including myself).

Perhaps one of the most admirable aspects of Harlan's life is his role as a father to two young boys. He approaches parenthood with the same dedication and love that he brings to his work. His commitment to being a positive role model for his children is evident in his actions and decisions.

In conclusion, I wholeheartedly support Harlan.  I am fully aware that Harlan is in the process of being sentenced for some serious criminal offenses; however, I believe his contributions to the community, his leadership in the public sector, and his devotion as a father still make him an exemplary individual who deserves my full support.

Thank you for your attention, and I urge you to consider the exceptional qualities that Harlan posses when making your sentencing decision.

Sincerely,

Alaric Degrafinried

**HK-SENTENCING-0003**

Andrea R. Gourdine
6507 United Circle
Fairfield, Ca 94533
Argourdine@gmail.com

December 15, 2023

The Honorable Richard Seaborg
Chief District Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
Law Offices of Brian H. Getz
San Francisco, CA 94102

Re:  **United States v. Harlan Kelly, Jr.**
     **Case No.: 3:21-CR-00402**

Dear Honorable Judge Seaborg,

I had a 36 year career in public service.  The vast majority of that time was with the City and County of San Francisco.  In 1967 I was the first black woman to be hired in Human Resources at the very lowest professional level and rose through the civil service ranks to become a Principal Personnel Analyst in 1972. In 1983, I was appointed to a position in the Public Utilities Commission (PUC) - Manager of the Bureau of Personnel and Training and served for eleven years.  I was appointed by the Mayor as the Human Resources Director for the City and County of San Francisco from 1996 - 2004.  I met Harlan Kelly during that period of time, when he was the City Engineer.

The point of the preceding information is to underscore the fact that I have observed and worked with a wide variety of individuals, at various levels, and over a sustained period of time. Harlan was a hard-working individual that paid close attention to detail with an eye towards making things better, whether it was for a department, staff, or the citizens of San Francisco.  I can provide several positive examples of Harlan's character.  As the City Engineer, Harlan sought my counsel regarding a difficult issue in recruiting diverse candidates for professional engineering positions, not only within the Department of Public Works, but in all City Departments.  Ultimately, he personally participated in recruitment campaigns designed to ensure fairness in the hiring process.  We worked together to enhance citywide strategies that have improved access for everyone.  His dedication to the pursuit of fairness remains admirable.

Ten years after retirement, Harlan's team asked me to return to help his staff work through some difficult and complex human resource issues at the PUC.  In the process of resolving problems and working to help them address recruiting a permanent employee for my temporary position, I discovered a situation that once again demonstrated Harlan's dedication to fundamental fairness and following the civil service rules.  The proper procedures for hiring and paying of Project Managers was not routinely being followed in other City Departments.  Project Managers are highly paid and oversee millions of dollars in construction projects, over multiple

years.  The PUC stood out by continuing to follow the city guidelines. This demonstrated good cost containment management provided effective oversight of tax payer funds.

Sadly, I am aware that Harlan is going to be sentenced for serious criminal offenses.

Very truly yours,


Andrea R. Gourdine

# ANN MOLLER CAEN

2401 BROADWAY
SAN FRANCISCO, CALIFORNIA 94115
TELEPHONE (415) 921-2401  FACSIMILE (415) 929-1042

February 26, 2024

The Honorable Richard Seeborg
Chief District Judge
United States District Court
Northern District of California
450 Golden Gate Ave.
Courtroom 3–17th floor
San Francisco CA 94102

Ann Moller Caen
2401 Broadway
San Francisco CA 94115
415-516-7171
amcaen@aol.com

Re: United States versus Harlan Kelly Jr
Case No.: 3:21-CR-00402

Dear Honorable Judge Seeborg,

My name is Ann Moller Caen. I am a longtime resident of San Francisco, where I raised my two children.  I am the retired president of my own company, a consulting firm. I have served on boards and as a trustee for many San Francisco institutions, such as the San Francisco Symphony and Golden Gate University.  I was first appointed to the San Francisco Public Utilities Commission in 1997 to occupy the finance chair (I hold an MBA in Finance).  I served as president on ten different occasions and served as a commissioner until 2021.  It is in this capacity that I know Harlan Kelly, who came to work at the San Francisco Public Utilities Commission as an assistant general manager in 2003.

Harlan managed many people and complex issues as assistant general manager and then general manager at the San Francisco Public Utilities Commission.  I always found him to be hardworking, fair, and considerate to his staff, the public, and other stakeholders.  He consistently advocated for the public and ratepayers' interests.  In particular, he was concerned with low-income residents of San Francisco who struggled to pay their utility bills, and he worked hard to keep rates low while maintaining safe and effective services.

Harlan has always distinguished himself by his commitment to youth and supporting the community. He established the Project Pull program which is a highly regarded program which offers paid internships to racially diverse high school students.  He has also been deeply engaged with providing internship opportunities and addressing employment challenges for individuals with developmental differences.  Harlan often extended a helping hand to people he encountered in day-to-day life. For example, when he met a young preschool teacher (through his children's school) and learned how she had struggled as a homeless teenage mother, he helped her by answering all of her questions about how to apply for and compete for jobs in city government so that she could fulfill her dreams of getting a full-time job to support at-risk children.

I am aware that Harlan is going to be sentenced for serious criminal offenses.  My letter today is to speak to his deep concern for community, and I hope you might take this into consideration in your sentencing.

Very truly yours,

Ann Moller Caen

Anthony G. Wagner                                    20 November 2023
563 Nineteenth Avenue
San Francisco, CA  94121
anthonygwagnersr@gmail.com



The Honorable Richard Seaborg
Chief District Judge
United States District Court
Northern District of California
450 GoldenGate Avenue
Courtroom 3 - 17th Floor
San Francisco, CA 94102

**RE:  *United States v. Harlan Kelly, Jr.***
**Case NO.: CR-00402**

Dear Honorable Judge Seaborg,

I'm writing to plead for mercy in the sentencing of Harlan Kelly, Jr.  I met him over thirty years ago, shortly after becoming Chief Executive Officer of Laguna Honda Hospital and Rehabilitation Center.    Harlan was extraordinarily helpful to me in two areas:  we needed to provide access to the chapel for the those who were disabled.  A ramp was built without a hand rail.  Harlan was employed by the Department of Public Works at the time and assigned to oversee the design and construction of the hand rail. I insisted that the rail would contain wrought iron medallions that replicated those found in the front of the 1921 hospital building.    He oversaw that job until the railing was perfected.  The second project was more substantial.    Harlan was very instrumental assisting the hospital leadership in selecting a 5-star project manager for the rebuilding of the hospital. Harlan's understanding of how a building could aid in the care of its occupants did much to influence all of the trades that built the hospital. As a result, I believe all San Franciscans will agree that the rebuilt hospital is top of the line architecturally and functionally.

As a result of those professional exposures, Harlan and I became and remain good friends.  I came to know his wife, Naomi and his two sons: Harlan III, age 16, and Mason, age 14.  He is indeed a wonderful husband

and father.  Before starting their respective work days, one of our sons has played early morning basketball with Harlan at the Embarcadero YMCA for several years. Harlan and I looked forward to serving as judges for the annual Black Cuisine contests at the Dr. George W. Davis Senior Center. He has supported not only the African American Community, but causes from other San Francisco ethnic groups.

Your Honor, although I am aware that Harlan will be sentenced for serious criminal offenses, I humbly request that your sentence will be lenient in light of Harlan's being the father of two teen age sons and his many contributions to San Francisco.

Very truly yours,

Anthony G. Wagner

Ashur Yoseph
3789 Northridge Dr.
Concord, CA 94518

Telephone: (415) 269-7438
Email: ashur.yoseph@gmail.com

Date: January 2, 2024

The Honorable Richard Seeborg
Chief District Judge
*United States District Court*
*Northern District of California*
450 Golden Gate Avenue
Courtroom 3 – 17th Floor

        RE:     *United States v. Harlan Kelly, Jr.*
                Case No.: 3:21-CR-004402

Dear Honorable Judge Seeborg,

My name is Ashur Yoseph and I have known Harlan Kelly for well over three decades. As a matter of fact, my adult children have known Harlan all their lives. I first met Harlan when I started working for the City and County of San Francisco, Department of Public Work, Bureau of Engineering in 1987. Harlan and I became instant friends. His mellow demeanor and easy-going personality opened the door to a long-lasting friendship. Even though I left the public sector for the private sector, Harlan and I maintained our friendship.

I've always known Harlan to be, simply put, a very nice and humble person. I was astounded, shocked, and saddened when I found out that such serious accusations were leveled against him.

When I separated from my wife, who was my college sweetheart, after nearly four decades, I was devastated and heartbroken. Harlan was there to support me emotionally and help lift my spirit. I will forever appreciate his support.

I am hoping that leniency will be shown when sentencing this good man.

Very truly yours,

Ashur Yoseph

LAW OFFICE OF

# FADEM & ASSOCIATES, LLC

BARRY FADEM

3527 MT. DIABLO BOULEVARD
NO. 192
LAFAYETTE, CALIFORNIA 94549

TELEPHONE
(415) 608-2987
E-MAIL
Bfadem1@aol.com

October 24, 2023

The Honorable Richard Seeborg
Chief District Judge
*United States District Court*
*Northern District of California*
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

     **RE:**    ***United States v. Harlan Kelly, Jr.***
                **Case No.: 3:21-CR-00402**

Dear Honorable Judge Seeborg,

     I consider it an honor to write this letter in support of Harlan Kelly, Jr., a man who I have had the privilege of knowing for over 25 years.

     I reside in Lafayette with Deb, my wife of 50 years. I have been an attorney for 44 years, specializing in initiative and referendum law. I have also been a proud member of the Embarcadero YMCA since 1979 which is a relevant fact as I try and explain why Harlan means so much to me as a friend AND as a contributing member to the San Francisco community.

     So, my very first meeting with Harlan was on the basketball court at the Embarcadero YMCA. He was a very energetic player who played hard every second of every game. It was also easy to notice that Harlan had the respect of every player on the court. But it was also clear to me that he had the respect of everyone at the Y—that included the tireless employees as well as many of the folks working out. I decided I wanted to learn more about Harlan because I was struck by his presence and an attitude that he would help anyone who asked.

So, I initiated a conversation with him that lead to a friendship that I have truly treasured over these many years. And what did I learn about Harlan and who he was? I quickly learned that Harlan's life was completely devoted to family, friends and community. Every aspect of his life was focused on improving the quality of life for those around him. It would be impossible to list all of Harlan's efforts to help his community. It is easy to point to his service on the YMCA Board of Directors, a thankless task that required many volunteer hours as one example. But Harlan strived to help every day.

     Over the years, I have had many conversations with Harlan about the role of government in making the lives of its citizens better. Harlan's entire working life has been devoted to helping others. It is an extremely difficult challenge which many are unwilling to attempt. But year after year, I have been witness to Harlan's never-ending efforts to help his fellow San

The Honorable Richard Seeborg
October 24, 2023
Page 2

Franciscans.  I constantly was amazed by Harlan's work for San Francisco as it really required him to work around the clock—nights, weekend—it did not matter.  Harlan was always there to help make San Francisco a better place to live and work in.

As you might expect, Harlan and I have not agreed on every issue during our relationship.  But I have great respect for Harlan's moral compass.  We have debated many issues and I have always been impressed by Harlan's depth of understanding and concern for his fellow San Franciscan.

I am aware that Harlan is going to be sentenced for serious criminal offenses.  But my plea to the court is to please let this man continue to be a contributing member of society.  Please do not let the mistakes that Harlan has made destroy what he can continue to provide--hope for San Francisco's future.

I am extremely proud to submit this letter on Harlan's behalf because he remains one of my heroes for all that he has done for San Francisco.  He is my friend and a true friend of the City of San Francisco.

Very truly yours,

Barry Fadem

# Ben Washington

5560 Forbes Dr
Newark CA 94560
United States
(510) 714-8727
benwashingtoned@gmail.com

December 12, 2023

The Honorable Richard Seeborg
Chief District Judge
*United States District Court*
*Northern District of California*
450 Golden Gate Avenue
Courtroom 3 - 17th Floor
San Francisco, CA. 94102

    RE:  *United States v. Harlan Kelly Jr.,*
         Case No. : 3:21-CR-00402

Dear Honorable Judge Seeborg,

I am submitting this letter in support of Harlan Kelly Jr.,

My name is Ben Washington and I am married to Harlan's sister, Joy Kelly Washington. We have been married for over 37 years and have resided in the bay area the entire time.

I am a retired parole agent, with 24 years of service with the California Department of corrections and rehabilitation.  I also retired from the Alameda County Probation Department after serving  5 years as an Adult Probation Officer and 8 years in Juvenile Probation.

I have known Harlan Kelly Jr., for over 40 years.  He resided with Joy and I while attending his first year at the University of California Berkeley.

During my relationship with Harlan, I have not observed any negative or criminal behavior displayed. Since Harlan graduated from the University of California Berkeley, and entered the workforce, he has shown nothing but professionalism. Harlan has been a mentor and has not hesitated to provide guidance to young adults in need.

Harlan has two teenage sons who are very active in sports, at school and in the community. Harlan spends a considerable amount of quality time with his sons as a parent coach and transporting them to and from their activities. Harlan has continued to work with his wife to develop and maintain a model family.

Incarceration generally causes pain and hardship to the kids and spouse. If Harlan is incarcerated, it would be a travesty to his entire family.

It is felt that Harlan is a person of good character and a humanitarian.

If the court is considering probation in this matter, Harlan Kelly Jr., would be a good candidate for Federal Probation Supervision.

Sincerely yours,

Ben Washington

Benjamin C. Forsyth
415-812-8700
bencforsyth@gmail.com


The Honorable Richard Seeborg
Chief District Judge
United States District Court
Northern District of California
450 Golden Gate Ave.
Courtroom 3 - 17th Floor
San Francisco, CA 94102


Nov. 7, 2023

RE: *United States v. Harlan Kelly, Jr.* Case No.: 3:21-CR-00402

Dear Honorable Judge Seeborg,


My name is Ben Forsyth. I have been a resident of San Francisco since January 1996. I have been employed in various roles related to software development with IBM since 2014. I met my wife while taking night classes at City College of San Francisco. We were both taking German language classes for fun. We had the same teacher and we met at an end of semester pot luck dinner.

Our first child, Lucas, was born in August 2006. We lived in a small apartment in the Richmond District and we soon purchased our first home in May 2007. We needed to find a preschool for our son and a neighbor recommended Star of the Sea Preschool. It was located just a few blocks from our home and was a really good fit for our family. When it came time to choose a kindergarten, we decided to stay at Star of the Sea.

Our son Lucas, while in kindergarten, at Star of the Sea, made friends with Harlan Kelly III (Trey), son of Harlan and Naomi Kelly. We met Trey's parents Harlan and Naomi soon after. Star of the Sea School had a morning assembly with announcements and a prayer and parents, especially parents of younger grades, lined up next to their kids. Parents would chat and socialize and occasionally stay after assembly continuing to chat.

The parents at Star of the Sea organized sports programs for the kids, soccer in the fall, basketball in the winter and baseball in the spring. Harlan Kelly was the coach of the kids basketball team and as I was also interested in sports, I would help chase down balls and lend a hand where I could. Harlan continued to lead the basketball team each year and would help out.

When the kids were in 3rd grade, they started with CYO Sports, where they played other schools and would have practices after school. Harlan would be at practice on weeknights, still in his suit from his work. Harlan was always there, dedicated to coaching the team. Often his younger son, Mason, would be there as well.

Star of the Sea fathers had a weekly basketball game on Sunday nights. I started attending the games and built up relationships with many of the other fathers attending. The games stopped after the COVID-19 pandemic and started again at a new venue in the past year or so. Harlan would attend these games and I came to know Harlan better. He is quite a competitor at basketball and was always gracious with other fathers who might not have the same level of skill. It was always about the comradery rather than the outcome of the games.

I knew that Harlan had an executive position with the City and County of San Francisco and I knew that such a position requires a very large commitment of time and energy. In my own career, I was working at IBM for a small division that was previously a start-up. The founders of that start-up worked what seemed like 20 hour days and I assumed that Harlan had the same type of work commitment. Harlan was always at practice, always there for his sons and for the other kids. This always impressed me about Harlan, he was in a position of power, yet he still had time for kids and family.

Our kids remain friends today. They are both high-school seniors and they both attend St. Ignatius Prep. I feel extremely blessed that both Lucas and Trey have a deep friendship, like brothers, and my hope is that they stay friends for their entire lives.

We have a younger son, Sebastian, who became friends with Harlan and Naomi's younger son, Mason. With friendship, comes birthday parties and sleep-overs. We have entrusted our kids to Harlan and Naomi many times over the years and we consider them like extended family.

When we heard news of Harlan's indictment, we were shocked. We were even more dismayed when Trey gave us a first hand account of the FBI entering their home on a typical weekday morning while kids were getting ready for school. We have always known Harlan to be extremely hard working and dedicated to his family and to his broader community. Harlan was very supportive of my wife, Caren, giving her career advice and support while she navigated a difficult time in a new position she took on at UCSF. Harlan was always extremely helpful with advice and encouragement. It is my understanding that it is part of his personality and also because as a man of color, in a position of power, he has learned how to navigate workplace dynamics and build meaningful, trusting relationships with people. He is always ready to share his experience and offer advice.

We hope that you will consider leniency with Harlan. As I have stated earlier in this letter, he is a man of integrity, committed to his family and community and while mistakes were clearly made, it seems to be that they were made out of encouragement for friends.

Ben Forsyth

**Mr. Brandon Hernandez**
**Mr. Oscar Escobar**
**74 New Montgomery St.**
**San Francisco, CA**
**94105**

Phone: 415.254.5179
          415.298.8346

Email: Brandon.Hernandez@gmail.com
          oscarescobar@gmail.com

December 6, 2023

The Honorable Richard Seeborg
Chief District Judge
*United States District Court*
*Northern District of California*
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102
RE: *United States v. Harlan Kelly, Jr.*
Case No.: 3:21-CR-00402

Dear Honorable Judge Seeborg:

We are writing on behalf of Harlan Kelly Jr. We have been close friends with Mr. Kelly for a combined twenty years. In this time, he's proven to be a dedicated husband, father, son, and reliable friend.

We'd like to provide a bit of background about ourselves and how we know Mr. Kelly.

I, Mr. Hernandez, have a background of over twenty-five years' experience in both the public and private sectors. I currently have my own business based in San Francisco focused on combatting climate change. I am also a dedicated community leader serving on various non-profit boards. I first met Mr. Kelly while he was a leader and public servant in the San Francisco community nearly fifteen years ago. We've been friends since.

I, Mr. Escobar, am a partner in my own law firm practicing corporate law in California, based here in San Francisco. I first met Mr. Kelly and his wonderful family over five years ago, and they have honored me with their friendship.

We understand that Mr. Kelly has been found guilty of a crime. Our intent in writing this letter is not to address the findings. Our intent is to offer a fuller picture of Mr. Kelly based on our personal relationship with him.

We've always found Mr. Kelly to be a warm and generous man. He's a friend who welcomes you with open arms. In fact, one of our most memorable experiences with Mr. Kelly is simply when we stop by the Kelly home, with little notice, and Mr. Kelly drops everything he's doing to fire up the grill. He will immediately begin preparing a steak for us (he knows we love steak), grilling it to perfection, all the while endearingly lecturing anyone who will listen on how to prepare a great steak. What's even more impressive is that he's a vegetarian! This captures the essence of who Mr. Kelly is. He's a warm, giving and welcoming person whose instinct is to care for others.

We know Mr. Kelly to be a virtuous man. We have confidence he will continue to live his life with integrity, surrounded by family and friends who support him wholeheartedly. We hope that you will consider our personal friendship and experience with Mr. Kelly when deciding on a sentencing.

Very truly yours,

Oscar Escobar                                      Brandon Hernandez

December 8, 2023

Law Offices of Brian Getz
90 New Montgomery Street
Suite 1250
San Francisco, Ca. 94105

Re: Supporting Harlan Kelly, Jr.

Dear Mr. Getz:

I have known Harlan for several years both socially and professionally.  My relationship with
him has been primarily professional, having worked as a management consultant with him and
his executive management team since 2019. I have been a consultant handling  assignments
within different Divisions of SFPUC since 1989 and he was aware of my work.

In 2019, Harlan was requested by staff at the SFPUC's City Distribution Division,(CDD), to
address specific concerns that appeared to have significant influence on the work tasks and
work environment.  The primary areas of concern were issues of health and safety, workplace
conduct, such as intimidating behaviors, hiring practices, and privatization.  Harlan's rapport
with staff was good, he maintained an open door policy and staff trusted him and felt
comfortable coming to him with their division-wide problems.  His response to their current
issues was to hire a neutral individual who could provide support to CDD to appropriately
address outstanding concerns by bringing them directly to his attention.  He assigned me this
task.

Harlan's management style - a sincere, sympathetic listener, approachable, empathetic with
staff as he dealt with their concerns- helped in resolving staff's problems. He held several
meetings, individual and group with all staff on a regular basis keeping them apprised of
actions he was taking to rectify the complaints.  He was  very responsive to their concerns
which he demonstrated by developing a strategic plan with his executive management team
and my consultant assistance to ensure that specific goals would be accomplished.  His
serious attention to making sure that the plan would be carried out as evidenced by his call for
progress check-ins. His friendly demeanor and style of communicating made him easily
approachable. Staff respected him, and I did as well.

In my social relationship with Harlan, I had an opportunity to spend some time with his family. On one occasion, the youngest of his two sons, I believe he was nine years old, appeared to be emotionally suffering from the loss of a very close family member and consequently, was not very communicative. I was told that he took the family member's passing very hard and since then, had not been very emotionally responsive. I think it was a grandparent.  If this was his response to his grandparent's passing and who he understands will no longer be in his life, I can only imagine the impact and devastating affect his father's sentencing for serious criminal offenses may have on his mental well being.

It is my wish that leniency be considered by the Judge when sentencing Harlan, taking into consideration, not only what he's been charged with but also the full spectrum of Harlan's valuable and meaningful contribution he provided to people in his work community who trusted, respected and liked him.


Sincerely,

Brenda Mabry

Brenda Mabry

Brook Mebrahtu
7620 Sterling Drive
415.990.6700
Rasbrook@gmail.com

October 30, 2023

The Honorable Richard Seeborg
Chief District Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

RE:   United States v. Harlan Kelly, Jr.
        Case No.: 3:21-CR-00402

Dear Honorable Judge Seeborg,

My name is Brook Mebrahtu, an immigrant from Ethiopia and I arrived in the US on December 25, 1980.  I finished high school in South Carolina and then attended UC Berkeley and graduated in 1996 with a BS in Architecture.  I met Harlan Kelly in 1995 when I did a summer internship with City and County of SF, Public Works' Bureau of Architecture and have known him over 28 years.  In 1996, I was hired to work for Public Works as an architectural associate and after working as designer, I eventually transitioned to Project Management and have been very lucky to have managed iconic projects representing the City and County of SF for projects like Academy of Sciences, SFPUC HQ high-rise and most recently the Moscone Convention Center Expansion which were highly successful projects that were completed on time and within budget.  In 2019, I retired from the City and County SF and joined a private consulting firm that provides project and construction services to our clients.

My experience, friendship and interactions with Harlan were some of the most memorable in the 28 years I have known him and is one of the most thoughtful, kind and graceful persons I have ever known and would like to offer 3 specific examples.

A) When I started my career at City and County of SF, Harlan was in leadership role, and I specifically asked him if he would be my mentor.  I wanted to learn as much as possible on how to do my job effectively, grow my career and be an impactful public servant.  Harlan immediately said 'yes' and help me develop a 5-year plan.  He would regularly check-in on me on the status of my 5-year plan, to see if I'm meeting my short-term and long-term goals with advice on improvements.  His early and continual support allowed me to be very successful going from Architectural Assistant to Project Manager IV (highest position).

HK-SENTENCING-0021

B) In 1998, I had some serious family issues and took a 7-week, non-paid leave to go to back Ethiopia for the first time since in 18 years and ended up having to extend to 12 weeks. The Bureau of Architecture manager approached Harlan wanting to terminate me from Public Works. Harlan in formed the manager than I was on non-paid leave dealing with a serious family health issue, plus Brook is one of our most productive employees and given the lack of technology at that time (no fax, no cell phone), Harlan told the manager that his extended leave is not sufficient to terminate him and let's resolve it when he returns with proper information.  Harlan saved my job!

C) Lastly, Harlan creation of Project Pull Program that helps underprivileged youth from various neighborhoods was an impactful program that impressive on the impact it had on youth, showing and guiding them through a vision that there is a future by allowing them to intern/shadow architects & engineers on projects.  I volunteered in the program and have gotten to know dozens of folks that attributes their career growth and success to that program.  This is a similar program at UC Berkeley where both Harlan and I attended and involved in a program called Math, Engineering, Science Achievement (MESA) where tutors like Harlan and I would tutor underprivileged students, especially African American students, in middle and high schools in various poor neighborhoods.  This is a testament of Harlan's passion to contribute to youth programs and improve the lives of many.

While I've described three examples of how I've witnessed Harlan's passion, giving back to community, thoughtfulness, and leadership, I've also seen his commitment to his family. His everlasting love of his kids and wife is one that I am most impressed with, and have witnessed over the last couple of decades which I hope to emulate when I get married and have children in the future.  I am aware Harlan has an upcoming sentencing for the serious criminal offences and I hope my letter provides wholistic view of his contribution to our society and recognize his compassion as a consideration.

Very truly yours,

Brook Mebrahtu

# Carol E. Tatum

201 Ordway Avenue,
San Francisco, CA 92134
415-370-2829
Email: cetatum@aol.com

November 30, 2023

The Honorable Richard Seeborg
Chief District Judge
United States District Court
Northern District of California
Courtroom 3 - 17th Floor
San Francisco, CA 94102

RE:   United States v. Harlan Kelly, Jr.
      Case No.: 3:21 -CR-00402

Dear Honorable Judge Seaborg,

I, Carol E. Tatum am writing this letter on behalf of my dear friend and colleague, Harlan Kelly Jr.,
whom I have known since the late 80's, time flies.  I have lived in, attended middle school, high school, California State University in San Francisco and worked here since 1955. My employment career spans roughly 38 years in Private Industry, Non-Profit organizations and for the City and County of San Francisco.

As a Senior, I have witnessed and experienced many changes in San Francisco. Demographics have changed dramatically over the years. The African-American population has decreased from 17 -18 percent at one time to 3 - 5 percent currently depending upon the count source.  I am a Mother, Grandmother, Great-grandmother, Community Leader/Advocate, and Church member who feels the void of African Americans that are gone, including two of my children now living in another county.  A world traveler, I yet love the beauty of San Francisco with some of its seemingly unsolvable issues.

I met Harlan Kelly in the 1980's. I was immediately struck by his 'Generosity of Spirit, Professionalism, Sincerity, Commitment and to Quality of Life matters for San Franciscans. We worked on several projects that crossed City departments such as 'The Great Sweep', an annual clean up across the City engaging city government and community; building a new swimming pool in the Southeast area of the City, retrofitting the 4th Street bridge, responding to citizen concerns – like fallen tree limbs just to name a few.

Harlan was always of 'upstanding and trustworthy character'.  He used to say 'Do not let anyone make you step out of your character, your integrity.''  Harlan has always been an honest young man.  His interest in the welfare and opportunity for youth - outstanding, his contributions to the City and County of San Francisco, are innumerable.

That we have fallen short in outward appearance is frequently not who we are in our Hearts. Thank you Honorable Judge Seeborg for considering my words in sentencing Harlan Kelly, Jr. He is a decent Human Being.

Yours Truly,

Carol E. Tatum

HK-SENTENCING-0023

**Christina Brooks**
659 9th AVE
San Francisco, CA 94118
(415) 846-0660
cbrooks1000@gmail.com

8th January 2024

The Honorable Richard Seeborg
Chief District Judge
*United States District Court*
*Northern District of California*
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

RE:     *United States v. Harlan Kelly, Jr.*
            Case No.: 3:21-CR-00402

Dear Honorable Judge Seeborg,

I am writing to offer what I consider to be valuable insights into the character and moral compass of Harlan Kelly, Jr., as you prepare to impose sentencing in his case.

I offer this perspective as a close friend of Harlan, Naomi, and their family, for the past 25 years. In that time, I have had hundreds of opportunities to witness Harlan's unwavering commitment to his family, his friends, and the people of San Francisco whom he served. From my view, Harlan was one of those people blessed with a true passion for his career and enthusiasm for the opportunities it afforded to positively impact people's lives. Our families are very close. My husband considers Harlan a trusted friend and advisor. Naomi and I share laughter, tears, joy, and fears. Our children have grown up together and I have been so proud of my two boys, ages 20 and 18, as they stepped in to act as pillars of strength for Trey and Mason Kelly over the past three years. This situation has not been easy to explain to teenage boys, and peers haven't always been kind.

The Kellys have spent the last several years navigating the worst duress you could imagine these charges would bring. Lost friends, lost jobs, lost financial stability, lost confidence, lost hope. The FBI raided their home while Trey and Mason were present. The children understand that their father made serious errors in judgment. They cruelly and unfairly carry the burden of not being able to do more to help "save" their dad and ease his burdens. Trey and I spoke privately two weeks ago, and it was a troubling conversation. He is carrying so much unwarranted responsibility and guilt for the situation. He wanted to testify during the trial about the China trip, and he was upset his parents would not let him take on that burden. He also has great concern about leaving Mason at home this coming fall when he is expected to depart for university.

**HK-SENTENCING-0024**

Judge Seeborg, Harlan has been a steadfast source of strength, support, and encouragement, not just for my family, but our larger school, athletic, social, and civic communities. I have only experienced him being a gracious human being, a loving and devoted husband and father, and a deeply loyal friend. His devotion to the City of San Francisco served as a shining example for me of how this work should be done. Not once have I witnessed any of the behaviors for which Harlan has been convicted.

I sat in the courtroom for the majority of Harlan's trial, missing only two days, and I took copious notes during testimony and while viewing the exhibits. I was waiting with Harlan in the courthouse while the jury deliberated the verdict. After that verdict was read in your courtroom, I rode home with him in the car. The hardest part of those moments, especially that car ride, was listening to Harlan express his deep remorse for his actions. He mourned the harm he brought to his family, and he deeply feared the time he may spend away from them and the financial distress he has brought to them. He also spoke about his great concern that the public's trust in the City of San Francisco would be eroded, and the many wonderful people still serving San Francisco would suffer hardships due to the lack of trust in government that this conviction would bring.  I respect the jury's decision, but knowing both the prosecution's star witness and Harlan for over two decades, I believe in Harlan. It has always been his nature to be generous, sometimes to a fault.

It is clear to me that Harlan has reflected deeply on his actions that resulted in this conviction. I believe he understands what he did was wrong, is remorseful, and would never again make the same decisions. He and his family have already experienced severe consequences, and Harlan's future will be determined by you.

I comprehend  the severity of the charges against Harlan, and there is no doubt in my mind that he has taken accountability for his lapses in judgment. He is committed to making amends in any way he can, and he would welcome opportunities to do so. Thank you for taking the time to consider my perspective as you make the final determination on his sentence.

Sincerely,

**Christina Brooks**

CYNTHIA O'NEILL
1535 CHESTNUT STREET #306
SAN FRANCISCO, CA 94123

December 22, 2023

The Honorable Richard Seeborg Chief District Judge
United States District Court Northern District of California 450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102
RE: United States v. Harlan Kelly, Jr. Case No.: 3:21-CR-00402
Dear Honorable Judge Seeborg,

My name is Cindy O'Neill. I was born and raised in San Francisco and spent many years as a patrol officer (among other duties) with the San Francisco Police Department. I have known Harlan and Naomi Kelly for over ten years. I met them through Harlan's work with The City but my relationship with both Harlan and Naomi has been personal from the very start. I have seen this couple navigate jobs with more responsibility and stress than even I could imagine and that is saying something given my former profession. Harlan and Naomi's commitment to their family as well as their ability to handle all that came with careers serving San Francisco was awe inspiring. Naomi's mother has been instrumental in this because, we all know it takes a village, working together as a family unit to attend to their family's needs is a testimonial to both of their characters and was never in doubt. I have watched from the sidelines as two devoted parents worked tirelessly to manage all of their varied and weighty responsibilities both professionally and personally.

I watched as Harlan brought friends and family together to celebrate his wife when she was named one of University of San Francisco's most esteemed alumna and the pride he obviously felt for her and her achievements. I have seen them talk about their boys and the trials and tribulations of raising children in San Francisco and much more. In short, what I have seen goes beyond the criminal acts of which Harlan has been convicted. As a former victim advocate with two separate district attorney's offices and then a police officer in my beloved San Francisco, I do not take Harlan's actions lightly. I, more than many, understand how much crime hurts everyone and its inevitable ripple effect. I am not naive about the what this betrayal of public trust means and I have seen the way Harlan's choices have crushed him, his family and friends and coworkers. My humble ask is that he not be defined by his worst choices but rather by the sum total of his choices as a son, husband, father and friend.

Yours Truly,
Cindy O'Neill

Dan Henkle
4763 18th St.
San Francisco, CA 94114
(415) 244-2272
henklekawa@gmail.com

December 4, 2023

The Honorable Richard Seeborg
Chief District Judge
*United States District Court*
*Northern District of California*
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

RE:     **United States v. Harlan Kelly, Jr.**
        **Case No.: 3:21-CR-00402**

Dear Honorable Judge Seeborg,

I am a long-time friend of Harlan Kelly Jr. and am writing to share my experience with him over the past 20+ years. My husband, Steve Kawa, worked in the Mayor's office for many years, and I met Harlan through him. I was at Gap Inc. for 25 years in numerous roles, including President of the Gap Foundation and Sr. VP of Global Human Resources. Our work never overlapped, but I still got to know Harlan and his wife very well over the years, and they have become very dear friends to us. In my view, Harlan has shown himself to be an amazing husband, father, friend and community servant.

Harlan and I share a passion for helping young people overcome barriers to getting ahead in life. As his career was advancing, he always found time to mentor young talent and guide them toward successful pathways in their careers. I served on several San Francisco boards focused on youth development, including Huckleberry Youth Programs and Juma Ventures, and I was always impressed by how much Harlan was doing to open doors for young people who didn't have as much power or voice. He applied that same interest when talking with me about our two children, Katherine and Michael, and he was never too busy to provide excellent and caring advice and guidance along the way.

I'm aware that Harlan will soon be sentenced for criminal offenses, and I wanted to be sure to share my perspective. In my opinion, Harlan is a very decent man, and he has surrounded himself with wonderful people who love and support him. I believe he will learn from his current challenges and that he will do all he can to make a positive impact on the community and those around him.

Very truly yours,

Dan Henkle

Dan Henkle

Brian H Getz
Douglas Marschke
2223 44th Ave, San Francisco, CA, 94116
415-902-5702
Marschke@gmail.com

December 20th, 2023

The Honorable Richard Seeborg
Chief District Judge
*United States District Court*
*Northern District of California*
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

**RE: *United States v. Harlan Kelly, Jr.***
**Case No.: 3:21-CR-00402**

Dear Honorable Judge Seeborg,

I am writing to express my support for Harlan Kelly as you deliberate on his sentencing for the crimes he has been found guilty of this year.

As a resident of San Francisco, I became acquainted with the Kelly family through our sons' friendship. My son Jordan attended grade school with Harlan's son Trey, and this connection led to a voluntary collaboration in coaching the boys' Catholic Youth Organization basketball club at Star of the Sea School. Over the years, our families have developed a close relationship, sharing in the joy of our children's milestones, school activities, and various sports endeavors, including club basketball and flag football. We even initiated a "dads" basketball group to strengthen the sense of community at the school.

Through our interactions, it became evident that Harlan values faith and family, much like myself. He consistently demonstrated his commitment by offering assistance, whether it was coordinating school pickups for our sons or providing rides to and from practice. Beyond our shared involvement in sports, Harlan has been a source of honest advice on life, family matters, and faith.

Harlan is best described as a caring individual, always ready to lend a helping hand with a positive attitude. Throughout our 12-year friendship, I have never witnessed him raise his voice or speak ill of anyone. While I have not worked with him professionally, I can imagine that he carries the same demeanor into the workplace.

Acknowledging the serious crimes Harlan has been convicted of by a jury, I hope this letter paints a clearer picture of the high character of Harlan. I believe that imposing a heavy sentence would not only impact his life irreversibly but also do an injustice to the community and his family. Having witnessed his

dedication as a father, I am aware of the profound effect this situation has had on his children. Harsh punishment, in this case, would not only penalize him but also adversely affect his children and their future.

I urge you to consider Harlan Kelly as an individual who does not pose a threat to society. In a world often plagued by negativity, we need individuals like Harlan who prioritize their family and extend help to those in need of faith or positive energy.

I know the Federal Sentencing Guidelines, although not mandatory, provide the court with recommendations, and I realize how significant the possible sentence could be. I hope that you will find Harlan's life and work to warrant a minimum sentence.


Very truly yours,

Douglas Marschke

Ed Griffin
673 Bernice Ct
Vallejo, CA 94591
Edgriffin1979@gmail.com
(510)684-9884
November 12, 2023

The Honorable Richard Seeborg Chief District Judge
United States District Court Northern District of California 450 Golden Gate Avenue Courtroom 3
– 17th Floor
San Francisco, CA 94102

Subject: United States v. Harlan Kelly, Jr. Case No.: 3:21-CR-00402

Dear Honorable Judge Seeborg,

I hope this letter finds you in good health and high spirits. I am writing to provide a personal
recommendation on behalf of my dear friend, Harlan.

I have known Harlan for 22 years and have had the privilege of witnessing his character,
integrity, and dedication firsthand. Our relationship originated at a local YMCA and grew into our
families being joined as extended family now.

During the heart of the pandemic, my family and I faced very difficult financial circumstances as
I recently opened my own business (barbershop)two months before the shut down.  Harlan and
Naomi allowed me to come in their home to cut he and his boys hair.  Risking their health and
safety, knowing I have been servicing others just the same.  They trusted me and allowed me to
service them while not really needing hair cuts every two weeks.

I am aware that Harlan is currently involved in the legal proceedings of 3:21-CR-00402, and I
believe it is my duty to share my perspective on their behalf. In my interactions with Harlan ,I
have consistently observed traits that I believe are pertinent to their case and should be taken
into consideration.

First and foremost, Harlan is a person of unquestionable moral character. They have always
demonstrated honesty, sincerity, and a strong sense of responsibility in their personal and

professional life. I firmly believe that their commitment to integrity will guide them to make the right choices and comply with any legal obligations imposed by the court.

Furthermore, Harlan has always displayed an exceptional work ethic and a deep respect for the law. They have consistently been a law-abiding citizen, and I have witnessed their unwavering dedication to upholding the principles of justice and fairness. I have no doubt that they will approach their legal proceedings with the same level of respect and reverence for the judicial system.

In addition to their personal character, Harlan is an individual who actively contributes to their community. They have been involved in various volunteer activities and have shown a genuine concern for the well-being of others. Their altruistic nature, coupled with their strong moral compass, demonstrates their commitment to being a positive influence in society.

I understand that the court's decision is based on a thorough evaluation of the facts and evidence presented. However, I believe it is crucial to take into account the character and integrity of the individual involved. Based on my personal knowledge and experience, I am confident that Harlan is deserving of the court's consideration and compassion.

I kindly request that you take this letter into account as you deliberate on Harlan's case. If there is an opportunity for me to provide any further assistance or clarification, please do not hesitate to contact me using the information provided above.

Thank you for your attention to this matter, and for your dedication to the pursuit of justice. I have full faith in your ability to make a fair and informed decision.

Respectfully,

Ed Griffin

Ed Harrington
4075A 19th Street
San Francisco, CA 94114
415-286-3239
edhrr@cs.com

December 12, 2023

The Honorable Richard Seeborg
Chief District Judge
*United States District Court*
*Northern District of California*
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA  94102

**Re: United States v. Harlan Kelly, Jr.**
**Case No.: 3:21-CR-00402**

Dear Honorable Judge Seeborg,

My name is Ed Harrington.  I was the Controller for the City and County of San Francisco for 17 years and General Manager of the San Francisco Public Utilities Commission (SFPUC) for 4.5 years, retiring in 2012.  I first met Harlan Kelly when I was Controller.  As the General Manager of the SFPUC, Harlan reported to me when he was the Assistant General Manager of Infrastructure.  I understand that you are considering a sentence for Mr. Kelly at this time.

The Harlan I know started at the City at a very low level and worked his way up to one of the top positions in the City. He never forgot where he came from and spent much of his time and energy trying to make sure that others could also get a break and be successful as City employees, engineering and utility professionals and contractors.

Harlan started and championed internships for young people from high school through doctoral degrees.  I recall one summer when I was SFPUC General Manager that we had over 300 interns being paid to assist the City, but also learn to work in various capacities to further their careers. I specifically remember one graduation ceremony when we heard from one women who was working on her PHD in hydrology and also from a high school student whose parents had died and the money she earned from the internship allowed her to take care of her younger brother until they could figure out where to go next.  Without Harlan, these internships would never have existed.

The City was also interested in furthering opportunities for minority and women owned businesses to get some of the business offered by the City.  It is really difficult for an emerging business to navigate the convoluted processes the City has established to vet businesses.

Under Harlan we created a Business Assistance Center where anyone who wanted to do business with the City could come and learn how to qualify for City business.  They could also see what opportunities were coming up where they could be prime contractors or subcontractors and they could look at a library of winning bids from earlier contract processes. All of this is theoretically available to anyone, but that does not mean that it is easy to access the information. Harlan made sure that anyone could get access so they could use their skills to get City business in a fair and legitimate way.

None of this ever benefitted Mr. Kelly personally, but he was proud to be part of helping others. And so I am proud to stand up for him and ask that you consider all of the good Harlan has done for so many young people, women and people of color in furthering their lives.

Very truly yours

Ed Harrington

HK-SENTENCING-0033

Eddie Naser
96 Inverness Drive
San Francisco, CA 94132
415-608-2318
Email: toastonpolk@aol.com

1/13/2024

The Honorable Richard Seeborg Chief District Judge
United States District Court Northern District of California
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco – CA 94102

**RE: United States v. Harlan Kelly, Jr. Case No.: 3:21-CR-00402**

Dear Honorable Judge Seeborg,

I am writing to share my heartfelt appreciation and admiration for a dear friend and colleague, Harlan Kelly. Having known Harlan for over six years, I have had the privilege of witnessing his remarkable character and dedication, both professionally and personally.

Our journey began as parents at St. Stephen's Grammar School in San Francisco, where our children embarked on their educational paths. It was there that I first noticed Harlan's exceptional commitment to the community. As a mentor, he has consistently provided guidance and support to many children, including our own, helping them navigate through their formative years with wisdom and kindness.

Harlan's involvement in school functions is noteworthy. He doesn't just attend; he actively participates, bringing energy and enthusiasm that significantly enhances each event. His presence is a testament to his belief in the importance of a close-knit school community, and his efforts have greatly contributed to creating a warm and welcoming environment for all families.

Moreover, Harlan has been an invaluable ally in coaching our children in sports. Together, we have coached basketball and soccer teams, where his expertise and passion for sports have been instrumental in our teams' successes. Harlan's ability to connect with the children, teaching them not just the skills of the game but also the values of teamwork, perseverance, and sportsmanship, is truly admirable.

What stands out most about Harlan, however, is his genuine care for others. Whether it's offering a listening ear or going the extra mile to help someone in need, his kindness and generosity know no bounds. He is a role model, not only to the children he mentors but also to fellow parents and colleagues like myself.

In conclusion, Harlan Kelly is more than just a friend and colleague. He is a pillar of our community, a dedicated mentor, and an inspiring figure who makes a positive difference in the lives of everyone he interacts with. I am incredibly fortunate to know Harlan and am proud to call him my friend.

Very truly yours,

Eddie Naser

*Eddie Naser*

**HK-SENTENCING-0034**

Edward and Janet Wong

79 Wakefield Ave, Daly City, CA 94015

415-305-0859

ednwong@gmail.com


11/24/23


The Honorable Richard Seeborg

Chief District Judge

United States District Court

Northern District of California

450 Golden Gate Avenue

Courtroom 3 – 17th Floor

San Francisco, CA 94102

RE: United States v. Harlan Kelly, Jr.

Case No.: 3:21-CR-00402


Dear Honorable Judge Seeborg,

We are writing a letter in support of Harlan Kelly, Jr. as the charges against him are abhorrent as compared to his true character. My name is Edward Wong, and I am the Director of Workforce Development at LightHouse for the Blind and Visually Impaired. My wife Janet Wong has been an Educator at Calvary Nursery School for over a year and has over 25 years' experience in early childhood education. We have known Harlen Kelly, Jr. for over 12 years and he is an honest, caring, and mindful man. He was the basketball coach for my youngest son, Nolyn Wong, from kindergarten to 6th grade. As a coach he instilled hard work, discipline, and integrity and as a result my son is the Wresting Captain at Stuart Hall High School.

His oldest son Harlan "Trey" Kelly III and Nolyn are close friends. We interacted with Harlan Kelly Jr. during basketball games, school functions, sleep overs, and dinners and he has consistently shown honesty, generosity, and integrity.

In March 2015 our sons attended Star of the Sea School and there was turmoil between the parish and school. The new priest was punitive, and an indifferent authoritarian. The priest created a hostile environment, in which the children were in constant fear for their safety.  Harlan Kelly Jr. was

instrumental as one of the parent leaders to rally against the priest in partnership with the principal, faculty, and other parents to resolve the toxic school environment.

Thank you.

Very truly yours,

Edward and Janet Wong

Edward D. Reiskin
15490 Two Bar Rd
Boulder Creek CA 95006
(415) 205-5481
ereiskin@gmail.com

November 11, 2023

The Honorable Richard Seeborg
Chief District Judge
*United States District Court*
*Northern District of California*
450 Golden Gate Avenue
Courtroom 3 - 17th Floor
San Francisco CA 94102

      **RE:**   *United States v. Harlan Kelly, Jr.*
             **Case No.: 3:21-CR-00402**

Dear Honorable Judge Seeborg,

My name is Ed Reiskin. I am a career civil servant, husband, and father of three. I am writing in support of Harlan Kelly to provide some perspective as the court considered sentencing for what I understand are serious criminal offenses. I have known Harlan for roughly 15 years, both professionally from working in San Francisco city government and personally as our children attended the same school.

Over work meetings, family meals, and social events, I have had opportunity to see Harlan's whole self and we have become friends; breaking bread and discussing challenges of work, parenting, and life generally. Many people in San Francisco are aware that Harlan has been a pillar of the community who "reaches back" to help afford young people opportunities for growth in the field of engineering, but he also helps his neighbors in quieter ways. My wife and I have observed him strengthen youth and families at every turn, from taking in the needy neighbor kid for informal mentoring to extending a camping opportunity to families in need of nature and respite. Harlan and his wife Naomi helped our family when we were in need and they did so without expectation of reciprocity.

Beyond his many contributions and achievements, Harlan is simply a good man of faith from humble origins who never pauses before helping others. Dinner with the Kellys is always about love and learning and they set the platinum standard for a partnership with work-life balance in action. They epitomize strength in the struggle. The Kellys were the first outing we ventured out for when covid restrictions were lifted.

In all of my and my family's interactions with Harlan, he has proven a thoughtful, intelligent family man. To this day, I would wholly trust him with my children and my family resources alike.

Along with being an active, attuned parent (Harlan served as coach and math tutor to his two fine sons), his concern for the common good stretches in ways formal and informal.  He has cooked our family dinner when we were recovering from illness and offered good counsel for personal and professional issues alike.  He has shared his family with ours, including his father who presided over the supper's prayer and kept us all riveted with stories of being a man of color and an entrepreneur.  When our son became interested in pursuing a small business dream, Harlan availed himself in an encouraging manner and shared his family knowledge in the field.  When work stressors became heavy, he was a good listener and source of support.  I view him foremost as a decent human.

We have read the unfortunate articles related to this case in the SF newspapers and remain firmly, unequivocally supportive of Harlan's capacity to redeem himself in the eyes of the law, if afforded the opportunity.  Along with his strong wife Naomi and their unwavering faith, family and community, Harlan is fortified with the resources to take accountability and continue to be a source of light to so many people. Considering all the good Harlan has brought to the City of San Francisco and the Sunset District, we humbly implore for sentencing that sees the whole man he is, as we see him.  And we will continue to consider him a friend, regardless.


Very Truly Yours,


Edward D. Reiskin

Edward "Ted" Henifin
802 Lakeland Drive, Apartment 414
Jackson, MS, 39216
757.274.7904
ted@jxnwater.com

January 14, 2024

The Honorable Richard Seeborg
Chief District Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

RE:    United States vs Harlan Kelly, Jr.
       Case No.: 3:21-CR-00402

Dear Honorable Judge Seeborg,

I am writing you in support of Harlan Kelly, Jr., a friend, and professional colleague for
nearly a decade. I am currently working in Jackson, Mississippi as the Interim Third-Party
Manager of the Jackson water and sewer system. I was appointed to this position on
November 29, 2022, by the Honorable Henry T. Wingate, US District Judge for the Southern
District of Mississippi, Northern Division. My appointment was the culmination of months
of work by the Department of Justice and the US Environmental Protection Agency after the
water system in Jackson failed in August 2022, leaving 160,000 residents of the capital of
Mississippi without water for weeks. In the 13 months since my appointment, we have
made tremendous strides in stabilizing and repairing the water system. While there is
much more work to do, our customers are gaining confidence in the system and getting
safe drinking water every day.

The Jackson appointment is the capstone to my 41+ year career in public works and
utilities. I have been a public servant my entire career serving at the Federal, state, regional,
and local levels. I met Harlan at a convening of utility leaders in Washington, D.C. in
October 2013. Harlan had been recently appointed to lead the SFPUC and thought building
connections and relationships with other utilities across the US would be beneficial. He
was right. The connections and relationships built at that convening lead to significant
improvements in utility services across the country. The group continued to meet in-person
occasionally and by conference call for years. The group organized into the Water Agency
Leaders Alliance (WALA) and continues to meet regularly to address common challenges
facing water utilities across the nation. WALA has successfully made water workforce
development a top national priority. WALA's work on affordability led to the two-year pilot

of a national Low Income Household Water Assistance Program (LIHWAP) that provided billions in Federal Assistance to households challenged to pay their utility bills.

The utility leaders that participated in WALA received support and solutions from their counterparts, advice and counsel they would not have had access to without WALA. From that first convening, Harlan led this important work, dedicating SFPUC resources as staff to WALA. WALA would not exist without Harlan selfless support.

At the SFPUC, Harlan created a model community benefits program that has been emulated by many utilities, large and small, throughout the US. The program is based on the basic concept of having consultants and contractors, benefiting from significant investments in a community's infrastructure, should give back to that community in the form of workforce training, support of local non-profits, community projects, etc., to ensure the broader community's social infrastructure is improved with the physical infrastructure. Without Harlan's leadership, this would never have happened in communities from Hampton Roads, Virginia, to San Francisco and many, many places in between.

I am aware that Harlan faces sentencing for serious criminal offenses. As I have described above, based on my personal and professional relationship with Harlan, I find it hard to believe he is in that situation. I would ask you consider Harlan's body of work across his long career of public service in your sentencing decisions. Beyond San Francisco, Harlan has had such a positive impact on utilities across the country and through them directly to the lives of those hundreds of thousands of families who have been the recipients of better service, Federal assistance with paying bills, and community programs that were supported or started with a utility's community benefit plan.

I attribute my appointment to my current position to my relationship with Harlan. Through Harlan and WALA, I became involved with the US Water Alliance (led by a former employee of Harlan's). It was my work with the US Water Alliance that brought me to Jackson to lend support during their Federally declared water disaster in September 2022. It was that work that exposed me to the US Environmental Protection Agency and the Department of Justice team working on the long-term solution to Jackson's water challenges. The citizens of Jackson, Mississippi, may not know they too were touched by the selfless work of Harlan Kelly, Jr.

Sincerely yours,

Edward "Ted" Henifin

Emilio Cruz

4960 Desmond Street, Oakland CA. 94618

(415) 844-0522

cruzonpoint@gmail.com

The Honorable Richard Seeborg
Chief District Judge
United States District Court
Northern California District
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

      RE: United States v. Harlan Kelly, Jr.
      Case No.:3:21-CR-00402

Dear Honorable Judge Seeborg,

I have been acquainted with Mr. Harlan Kelly, Jr. for 35 years. We first met in 1987, when I was a student trainee for the San Francisco Department of Public Works.

The entire time that I have known him, he has been in public service for the City and County of San Francisco. After we graduated from our respective universities, we both worked for the Department of Public Works. Being of the same cohort, and coming from rival schools, we began a friendship and camaraderie that has lasted through the 35 years. Though he stayed with the City and I chose to leave for the private sector, our paths continued to cross and our friendship remained.

In 1996, while we were both working for the City, I separated from my wife and we began divorce proceedings. As she was an attorney for a successful corporate law firm in Palo Alto, her income was three times that of mine. Her income was the reason why we were able to purchase a home in San Francisco. Given that, it seemed fair to me that she should keep the house. When I moved out, Harlan offered me his spare bedroom until I could secure a place for myself. This act of generosity towards someone in acute need was not uncommon for Harlan. He often thinks of others and tries to help people. So much so that I believe some people have taken advantage of him over the years.

Though his positions with the City were all technical in nature, he always expressed concern for underserved populations. While at the Department of Public Works, he and his best friend Robert Mason began a program called Project Pull, to reach into underserved communities and offer high school aged boys and girls a paid summer internship at the Department of Public Works in order to expose them to technical careers. This early exposure is critical because for a student pursuing an engineering degree, they must begin the selection of their coursework in their sophomore year of high school in order to improve their chances of graduating from a four year university with a B.S. degree.

Years later, when I returned to public service as the Assistant General Manager for the SF Public Utilities Commission, Project Pull was still in place and had grown from the original cohort of about a dozen students to well over ten times that number. Additionally, Harlan worked with the Sheriff's Department and the SFPD to fund a program called the Garden Project. This program worked with a 501© 3 to offer at risk youth identified by the SFPD the opportunity to learn job readiness and basic agricultural skills at a facility provided by the Sheriff's Department. This diversion program offered a paid internship to youth in San Francisco, getting them off the streets in the summer and into basic training that could help them secure living wage jobs in the future.

Finally, the SFPUC also created an internship program for blue collar positions within the Wastewater Enterprise. Civil service positions within Wastewater offer a great career at a living wage and many positions do not require a college degree.

Harlan has spent decades making an effort to help underserved communities, especially in San Francisco. He is generous and tries to help people. He may have tried to help the wrong people in the wrong way, but it seems to be in his nature to try to help.

Sincerely,


Emilio Cruz



FLOYD K. ROLLINS II
PRESIDENT

SAM J. GEBLER
VICE PRESIDENT

ADAM H. WOOD
SECRETARY

STEPHEN V. GIACALONE
TREASURER

DIRECTORS

TIMOTHY H. FINCH

MICHAEL GUAJARDO

SINA RIAHI

HUCK RAMSAY

JERAMIAH CADIGAN

### SAN FRANCISCO FIRE FIGHTERS
**– Local 798 –**

1139 MISSION STREET, SAN FRANCISCO, CA 94103-1514
TELEPHONE (415) 621-7103 • FAX (415) 621-1578
WWW.SFFDLOCAL798.ORG

Floyd K. Rollins II
1139 Mission St.
San Francisco, CA. 94103
415-621-7103
floyd@sffdlocal798.org

December 7, 2023

The Honorable Richard Seeborg
Chief District Judge
*United States District Court*
*Northern District of California*
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

      **RE:**   ***United States v. Harlan Kelly, Jr.***
                **Case No.: 3:21-CR-00402**

Dear Honorable Judge Seeborg,

My name is Floyd Kenneth Rollins II and I am the President of San Francisco Firefighters Local 798. I am also a Captain in the San Francisco Fire Department where I have worked for 26 years. I am currently assigned to Rescue Squad 2 out of station 7 in the Mission District where I was a firefighter before I promoted. I was born and raised in San Francisco and attended San Francisco Schools all the way through college. I feel very fortunate to be able to say that I was born and raised in a great city like San Francisco and also to serve the citizens in my capacity in the fire department. My parents, Floyd and Johnnie Rollins, who have passed on, came here to San Francisco purchased a home and decided this is where they wanted to raise a family. My mother was a grade school teacher in San Mateo and my father was a real estate broker so there was no negotiation when it came to my education and upbringing because both of my parents were very involved in all areas of my life. I am truly blessed to have been raised by 2 loving and involved parents who instilled many great virtues in my brother and my life.

I am taking this opportunity to speak on behalf of Harlan Kelly, Jr. who I consider a family member and a good man. I do realize that Harlan is facing serious criminal offenses, but I would like to emphasize that over the years I have known and worked with Harlan in his capacity as

Affiliated with INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS, AFL-CIO, CLC

head of the San Francisco PUC and other positions he has held within the City and County of San Francisco, I cannot think of anyone who worked harder to produce positive outcomes for the city. I remember over the years working with Harlan on improvements to San Francisco's auxiliary water system which is used specifically for firefighting, our domestic water system which feeds the regular fire hydrant system, and other projects that the fire department worked in partnership with the PUC on and Harlan's approach was always one of common sense and practicality. He never tried to set unrealistic goals or timelines that would never come to fruition. He also made sure to engage our Union Executive Board members to really understand what was needed so that the outcome of whatever we were working on was functional and useful. Having worked for the city for so many years, that was refreshing to experience because so many times, outcomes would be less than practical and hardly functional. Working with someone who wanted to leave it better than they found it was refreshing.

Harlan's wife's mother and my mother taught grade school together at San Mateo Park School. That is why I said earlier that I consider Harlan and his family a part of my family. I have always admired Harlan as a good family man and a great father. Be it going to his son's games, supporting Naomi in whatever she is doing of just being supportive to me as another city employee, Harlan is that person. He has always been an ear that will listen and offer genuine supportive help. I believe he didn't have to do that but because he is a good stand-up man, he always fit into that role with ease. Having been around his sons, you can for see the positive influence that he has had on their lives. They are great and well-mannered young men who will go far in life and I firmly believe that solid and supportive parenting has everything to do with that.

Your Honor, as I previously stated, I do know that Harlan is facing some serious criminal offenses, but I do genuinely believe that Harlan is a genuinely good man who has worked many years to leave any position he held better than he found it. As a black man, I have to say that Harlan has always exhibited role model behavior that can influence young folks who may be looking at careers in city government. He always demonstrated steady, competent leadership that lead to positive outcomes. I also believe that he has more work to do in his lifetime. I hope you will take into consideration all I have written in this letter and know that my words are genuine. I am not an individual who would just say anything to prop someone up because I believe in standing behind whatever I put out and say. I can say that I have no problem standing up for Harlan Kelly, Jr.

Thank you for your time and please feel free to reach out to me to clarify anything I have said in this letter.

Happy Holidays!

Very truly yours,

Floyd Kenneth Rollins II
President
San Francisco Firefighters Local 798

The Honorable Richard Seeborg
Chief District Judge
*United States District Court*
*Northern District of California*
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

RE: *United States v. Harlan Kelly, Jr.*
Case No.: 3:21-CR-00402

Dear Honorable Judge Seeborg,

I am a lifelong San Francisco resident and I have committed my 40-year career to public service and environmental protection. I am writing this letter in support of my friend and former colleague Harlan Kelly, who I understand will soon be sentenced for serious criminal offenses.

I first met Harlan back in 1998 when I was the Director of Department of the Environment for the City and County of San Francisco and he was City Engineer.   Even then, Harlan stood out for his openness and his willingness to listen to ideas that differed from his own. His inclusive approach, bringing stakeholders to the table, facilitated constructive dialogue, and resulted in more effective and sustainable solutions. One project that stands out is our collaboration on the Ocean Beach project, where Harlan quickly grasped the importance of balancing sound engineering practices with community needs. This experience underscored his commitment to finding solutions that are not only technically sound but also sensitive to the unique challenges and aspirations of the communities we serve.

I joined the SFPUC as a Commissioner in 2008. During our time together at SFPUC I had the privilege of partnering with Harlan on various initiatives, and his dedication to fostering positive change was unparalleled. Under Harlan's leadership, the PUC office building became a symbol of environmental responsibility, earning recognition as the greenest public building at the time of its construction. Harlan's commitment to sustainability was evident in the building's adherence to the Green Building Ordinance. This exemplifies Harlan's dedication to aligning organizational practices with the values of environmental stewardship. What was also incredible with the building of the SFPUC headquarters was Harlan's vision for community engagement. This was evident in the PUC's commitment to allocating 40 percent of the construction of the building towards hiring a local workforce from within the community. This not only promoted economic growth but also fostered a sense of ownership and pride among residents and ratepayers.

One of the things that I have always admired about Harlan is his collaborative spirit. It has resulted in him being able to solve difficult city issues. For example, Harlan was instrumental in tackling in-city flooding issues, which significantly impacted San Francisco homeowners in low-lying areas. Through multi-stakeholder efforts, we were able to develop strategies that not only addressed immediate concerns but also laid the groundwork for long-term resilience in the face of changing climate patterns, which was not an easy feat.

I will conclude with what I believe is one of Harlan's most noteworthy achievements while at the SFPUC, the adoption of the first-ever Environmental Justice (EJ) Policy and Community Benefits Policy. These groundbreaking policies demonstrated his commitment to addressing issues of equity and ensuring that the benefits of public projects reach all segments of San Francisco. The policies institutionalized his commitment to equity and will outlast any one individual leader. This work is demonstrative of who he is as a leader and a person. Harlan is someone who cares deeply about others, and he has dedicated his life to public service. I ask for your leniency for this 30+ year dedicated public servant with no criminal history. The City of San Francisco is a better place because of his involvement.

Very Truly Yours,
Francesca Vietor

HK-SENTENCING-0046

Frejeanne R. Scott
1225 Fourth Street #126
San Francisco, CA  94158
frejeannescott@gmail.com
November 28, 2023

The Honorable Richard Seeborg
Chief District Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA  94102

RE:    United States v. Harlan Kelly, Jr.
       Case No.: 3:21-CR-00402

Dear Honorable Judge Seeborg,

My name is Frejeanne Scott and I am writing to you regarding my personal views as a private citizen regarding Harlan Kelly, Jr. in the above referenced case.  I do understand the significance of the matter before you and the serious decision that will be before you and I do not underestimate the weight that your position brings. I would like to offer for your consideration information that would not be publicly available in the hope that this provides insight regarding Harlan Kelly, Jr. from the perspective of a friend who knows him and his personal qualities.

I moved to the City and County of San Francisco in 2017. When I relocated, I didn't really know anyone in San Francisco. After living in the same location for over 27 years it was challenging to move to an area without a support system. This was particularly challenging because I have a son who has special needs and we had to establish a support network for him and acclimate him in a new environment. Upon relocating I met Harlan Kelly, Jr., his wife Naomi, and his family and over the years we have become friends.

Having a son with special needs, sometimes gives me a different view of the world. I try to protect my son from people who may not understand or react well to his situation. When I encounter people who accept him as he is and welcome him without reservation, as a mother, it is important know my son is safe and treated fairly and inclusively like a typical child without disabilities. This is what our son experiences with Harlan. Harlan interacts with him, jokes with him and has a way of having discussions with him that highlights and reenforces his strengths, which in turn helps my son feel good about himself and feel included. Harlan makes no differences between him and my other children. Harlan has supported our son in ways in which others who know him have not. For example, my son attended a special needs inclusion educational program. Despite challenging

circumstances in his own life, and despite family commitments and obligations with his own family, Harlan took the time to attend my son's ceremony to support him. This meant the world to my son and my family.

Harlan is very family oriented. I have witnessed his interaction with his wife, Naomi and their sons Trey and Mason. He is very attentive to each of them in every aspect of their lives, from their education to their spiritual development, to their extracurricular activities. He has coached their sports teams, actively hosted sleep overs with their friends, attends all their athletic competitions, musical recitals and any other of his sons' endeavors. From my perspective he has been a great father who along with his wife Naomi are raising their children in a loving and supportive environment.

An example of his testament to family values is when our daughter was married, she mentioned that they would not be videotaping the ceremony due to budget constraints. Because he understood how precious moments such as weddings are to family legacy and memories later in life, and without being asked to do so, Harlan videotaped the ceremony, edited the video and did a beautiful job. As a gesture of kindness, he presented a professional quality video of their wedding to our daughter and her husband that will provide a lasting memory for our family for generations to enjoy.

There are many other examples that I could share. What I would like to impart is that I have known Harlan to be a kind, compassionate, thoughtful person, and a man with strong family values. I'm hopeful I have provided my personal insight who Harlan is as a person.

Thank you for the opportunity to provide you with this information. Thank you for the service that you provide to our Country.

Sincerely,

Frejeanne R. Scott

# Gg

Gerald Green.                                                  December 14, 2023
7765 Greenly Drive
Oakland, CA 94605
415-377-5286
gerald_g_green@yahoo.com


The Honorable Richard Seeborg
Chief District Judge
United States District Court
Northern District of California
450 Golden Gate Ave
Courtroom 3- 17th For
San Francisco, CA 94102

Re:  United States v. Harlan Kelly, Jr
     Case No. : 3:21-CR-00402

Dear Honorable Judge Seeborg,

I am writing to express my for Harlan Kelly, Jr., defendant in the matter of U.S. v. Harlan
Kelly, Jr.

I would like to begin by briefly introducing myself and clarifying my relationship with Mr.
Kelly. From 1984 to2004 I was a staff member of the San Francisco Planning
Department. The last eight years of my career at the Planning Dept. I was privileged to
serve as Director of the Dept., appointed to that position by Mayor Willie Brown, Jr. in
1996. During that period, Mr Kelly was Deputy Director with the Dept. of Public
Works(DPW) and the Assistant General Manager of the SF Public Utilities
Commission(SFPUC). The Planning Dept., DPW and SFPUC require significant
interaction and coordination to carryout work programs and responsibilities. It is under
these circumstances that we first met.

I retired in 2005 from the City and County of San Francisco and have maintained my
friendship with the Kelly family and have followed the growth of his two sons. His family
and especially sons Trey and Mason mean everything to he and Naomi and I'm sure it
is extremely difficult to face them with the reality of his mistakes.

I have known Harlan for more than 25 years, and during this time I've recognized that Public Service and Integrity are significant to him and help define who he is. He chose to remain working in Local Government instead of taking a high paying position at an Engineering Firm in the private sector. Serving his Community meant something to him. He demonstrated to me long ago that Public Service requires Integrity to be trusted and successful in responding to community needs.

I recognize that Harlan has lost the trust he had established because of his actions. I also cannot ignore Harlans past actions that helped to build that trust and integrity in the Community. Past actions that included working with my staff (at the Planning Dept.) during my tenure at as Planning Director to strengthen relations and communications between our agencies by devoting staffing and funding to allow what the Planning Dept. could not include in it's budget. Harlan also promoted diversity within both the agencies responsible for by promoting women and people of color to positions historically unavailable beforehand. I cannot ignore his recognition by KQED/Union Bank as one of four local/heroes because of the jobs and opportunities for local people created under Kaplan leadership.

It may be unreasonable to expect people to trust Harlan again after the guilty verdict in his trial. However, Harlan deserves a chance to restore his integrity and again contribute to his community. It is up to him to do the personal reflection, therapy work and community retribution to begin the restoration of his integrity. I ask the Court to consider Harlans character, his accomplishments and the support he still has in the Community in determining an appropriate sentence in resolving this case. Again, I believe he is capable of contributing positively to his community.

I trust that your judgement will be fair and take into consideration the complete picture.
Sincerely,

Gerald Green

Glenn F. Little
143 Boxelder Dr
Stafford, VA 22554
(919)830-4260
glittle2@Gmail.com                              1 November 2023

The Honorable Richard Seeborg
Chief District Judge United States District Court Northern District of California
California 450 Golden Gate Avenue
Courtroom 3 – 17th Floor
Floor San Francisco, CA 94102

RE: United States v. Harlan Kelly, Jr. Case No.: 3:21-CR-00402

Dear Honorable Judge Seeborg,

I am Harlan and Naomi Kelly's uncle and I have known Harlan since their marriage in 2006.  My wife, Betty and I retired in 2000 after 27 and 32 years, respectively, from the Central Intelligence Agency (CIA).
  Over the years I have witnessed and interacted with Harlan and Naomi on many occasions on both coasts. He and Naomi have raised two exceptional young boys who we are proud to call our grand nephews.  I have observed Harlan as a strict, but loving and supportive father to his sons.  This, undoubtedly, attests to their respectful natures and their ongoing achievements in education and sports.   Quite noteworthy, given the difficulties of raising Black male youths today.
  Finally, I am especially grateful for the support Harlan showed for his father-in-law, my late brother, who lived with him for an extended period.  My brother suffered with various medical and personality issues.  At no time did I underestimate the patience and fortitude required by Harlan to deal with this situation.  I know that even I would have found it extremely difficult.  He has been a faithful supporter of other family members that live in and around the bay area.  Ever present when called upon for assistance.

Judge Seeborg, we are aware that Harlan is going to be sentenced for serious criminal offenses.  He is a good person and we pray that neither he nor his family are adversely impacted by the outcome of this case.

Very Truly Yours,

Glenn F. Little
Betty Jo Little

Harlan L. Kelly III
1622 11th Avenue
San Francisco, CA 94122

January 24, 2024

The Honorable Richard Seeborg
Chief District Judge
*United States District Court*
*Northern District of California*
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

> **RE:**   ***United States v. Harlan Kelly, Jr.***
> **Case No.: 3:21-CR-00402**

Dear Honorable Judge Seeborg,

Thank you, Judge Seeborg, for considering my letter of support for my father, Harlan Kelly Jr. I am a senior in high school, who just finished applying to colleges, and will graduate in May. I volunteer coaching 5th grade basketball for CYO and love playing the piano. I am blessed to have my dad, who has always been present and supportive of me.

I love spending time with my dad. He has been with me and supported me through every endeavor I face in my life. He attended all my football games whether or not I started or even got playing time. We are coaching CYO basketball together, which is a lot of fun, and I am learning how to be a leader from him. My dad, being a civil engineer, has helped me with all of my math classes, from AP Calculus to Linear Algebra to even Physics. Every night, our family sits down for dinner and discusses everything, from sports games to school.

I have already received a few college acceptance letters. I will leave home in the Fall. With my Dad's upcoming sentencing, I'm worried for my family without my father at home, especially for my brother. I'm so worried that while I benefited from my Dad's guidance during my high school years, my brother may not have that. I've been considering staying at home, starting my university experience here, instead of going away, so that I can step in for my father as Mason starts high school.

I know Dad has been so remorseful for what he did. He has already been punished for years and has struggled with the guilt because of the consequences we have all suffered. It has weighed heavily on him all this time. Please consider if there is any way to sentence my Dad to community service rather than incarceration. Thank you for considering my comments.

Sincerely,

Harlan L. Kelly III (Trey)

**James Kramer**
**1011 Church Street**
**San Francisco, CA 94114**

January 9, 2024

The Honorable Richard Seeborg
Chief District Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

      RE: United States v. Harlan Kelly, Jr. Case No.: 3:21-CR-00402

Dear Honorable Judge Seeborg,

I am writing this letter in support of Harlan Kelly, Jr.  I have known Mr. Kelly for over twenty years as a board member and fitness member of the Embarcadero YMCA.  During this time, I have had the opportunity to work directly with Mr. Kelly on matters important to the YMCA and its mission.  I am writing to share my personal observations of Mr. Kelly in hopes that you take them into consideration when sentencing him later this month.

As an initial matter, I offer that Mr. Kelly is very community focused.  For many years, he was an active member of the YMCA Board of Managers and a leader in our efforts to protect and mentor the underserved in San Francisco.  Constituents served include students attending the YMCA's Youth Chance High School, a community school that is operated through a partnership between the Embarcadero YMCA, San Francisco Unified School District, and the San Francisco Department of Education.  Students are young people ages 16-19 years old who have severely fractured relationships to education, academic institutions and how they see and experiences themselves as learners.  Mr. Kelly devoted his time and financial resources to this worthy cause.

In addition to serving the YMCA's mission, Mr. Kelly has been a mentor to many members as part of a thrice weekly pickup basketball game.  I have witnessed first-hand Mr. Kelly providing advice and guidance to members on all matters of issues, both personal and professional.

I appreciate that Mr. Kelly was convicted of serious offenses.  Nothing in this letter is meant to diminish this.  Rather, my goal is to provide you some insights into Mr. Kelly as a person that likely did not come out at trial.  I would ask that you consider the good Mr. Kelly has done and I expect will do in the future as part of any sentence.

Regards,

Jim Kramer

December 20, 2023

The Honorable Richard Seeborg

Chief District Judge

United States District Court

Northern District of California

450 Golden Gate Avenue

Courtroom 3- 17th Floor

San Francisco, CA  94102

RE:  United States v. Harlan Kelly, Jr.

Case No.: 3:21- CR-00402

Dear Honorable Judge Seeborg,

My name is James A. Parrott and I am the CEO of the Louisville & Jefferson County Metropolitan Sewer District.   I have served as a CEO for 3 public utilities over the last 35 years.  My wife and my daughter have been in Louisville since 2015 where we are enjoying our life and we also own a farm in Kentucky that has been in my family since 1909.  I am writing you to share with you my knowledge of and experience with Mr. Harlan Kelly, Jr. whom I have known since 2005.  Harlan and I originally met at a National Design Build Institute Conference where we served on a speaker's panel presenting on "Effective Leadership and Strategies to Manage Major Capital Improvement Programs in the Public Sector".   I felt it was important and appropriate for me to reach out to you particularly at this time, due to the fact that , I have been made aware that Harlan may be sentenced for serious criminal offenses.

First of all, in my interactions with Harlan Kelly, Jr. he always exhibited professionalism, quality technical and engineering skills and a leadership quality that is very rare in the public sector.  Harlan was viewed by me and numerous peers and colleagues as a transformational leader who had a keen interest in bringing value to the communities we serve.   Harlan was very active in the utility sector on the national scene and we served on the Board of Directors together for the National Association of Clean Water Agencies for years.    Harlan and I also co-launched the Water Agencies Leaders Alliance (WALA) in 2009 which was founded on the principles that  public sector utilities should aspire to be in the local communities.  WALA is still active today and because of Harlan's leadership we were able to advocate successfully for Federal infrastructure investments, Programs to support workforce development in the utility sector and community revitalization via utility infrastructure programs, especially in communities that have had historical dis-investment.  Essentially, Harlan's focus was to ensure that public utilities could be anchor

institutions that would create jobs and economic opportunities for minority, small and women owned business within utility construction programs.

In my experiences with Harlan, he always displayed integrity, ethics and a faith in God.  Harlan is also the ultimate family man.   He has a beautiful, intelligent and successful wife in Naomi and two of the greatest young sons that any man would be proud to be a father too.  Your Honor, Harlan's family needs him to be present in their lives.   Harlan is a great man, father, husband, peer, friend, leader and pillar in his local community and within the public utility sector.    We are all pained by Harlan's current legal predicament. However, Harlan has done so much and given so much of his time, talent and heart to his family, to the community and to thousands of utility leaders across the globe.

I wanted you to know the Harlan Kelly, Jr. that I know and whom I have worked with since 2005.  I can call him a friend and colleague but I have come to love him like a brother.   He is a GOOD Man!    I am asking that you consider all of the value that Harlan has added to his family, community and the public utility sector and future generations.  What Harlan has contributed to the community is priceless.   Please value his worth in your deliberations going forward.

Thank you in advance for your consideration.

Respectfully submitted,

James A. Parrott

140 North Fourth Street #441

Louisville, Kentucky 40202

502-709-1924

Jamesparrott13@gmail.com

Janice Ewing
555 Jean St., #517
Oakland, CA 94610
(707) 704-4181
jnmewing@yahoo.com


December 13, 2023


The Honorable Richard Seeborg
Chief District Judge
*United States District Court*
*Northern District of California*
450 Golden Gate Avenue
Courtroom 3 — 17th Floor
San Francisco, CA 94102


      **RE:**    ***United States v. Harlan Kelly, Jr.***
                **Case No.: 3:21-CR-00402**


Dear Honorable Judge Seeborg,

     I am a retired educator who still periodically subs for Berkeley Unified School District (BUSD). I am a former military kid and proud daughter of a former Tuskegee Airman, Major James A. Ewing Jr. Because of my father, I was privileged to live in France and Japan for approximately three years each. Because of Oakland Unified School District (OUSD), I was privileged to live in Cuernavaca, Mexico for approximately 6 weeks for a better understanding of the Spanish culture and language.

For my personal survival and peace of mind I have been forced to learn many languages (including body language) which often reveals to me the inner character of strangers, students, and friends alike.

I started formally teaching at OUSD in 1982 and San Mateo Foster City School District in 1989. In the 1990-1991 school year, I secured a permanent position at Abbott Middle School. I rented a room in the Little household to reduce my commute for the next seven years.

I met Harlan Kelly when Naomi brought him to her Aunt Ida's home to meet her family after getting engaged.

Mr. Kelly impressed me as a gentleman and typical scholar of the San Francisco 49ers football team.

As Naomi and Harlan's family of two grew to welcome two sons into their legacy I was periodically invited to join them at the eldest son's basketball games that were held in various Oakland facilities.

From Harlan's insistence of including me in the celebration of his mother-in-law, Maria's, 70th birthday to the funeral of Mr. Little (his father in law) I have always been impressed with him being a positive role model to his sons and a strong influence to the family's legacy of commitment to community values.

Finally, it is hoped that whatever sentence is administered to Harlan that it does not prevent/reduce his ability to continue his positive behaviors to his sons and other young men in the community at large.

As a teacher with over 30 years experience, I have learned as much from my students/ parents as they have from me. I consider Harlan Kelly to be a gifted/talented role model that could continue to help the greater community in spite of his mis-steps.

Very truly yours,

Janice Ewing

HK-SENTENCING-0058

Jim Fambrini
28 Westmont Dr.
415-297-0333 (cell)
fambrinijim@gmail.com

November 30, 2023

The Honorable Richard Seeborg
Chief District Judge
*United States District Court*
*Northern District of California*
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

RE:   *United States v. Harlan Kelly, Jr.*
      Case No.: 3:21-CR-00402

Dear Honorable Judge Seeborg,

My name is Jim Fambrini. My wife Sue and I have been friends with the Kelly's for 6 years now since their family came to St. Stephen school. Harlan's son Mason and my son Anthony are in the same class. The Kelly's are wonderful people and a wonderful family who we have treasured as friends. Harlan Kelly Jr. and I coach our son's soccer and basketball teams at St. Stephen school in San Francisco. Harlan and his family have been an integral part of our school community at St. Stephen school for the past 6 years. Harlan and his wife are very involved at St. Stephen school. Our wives are involved in the St. Stephen women's guild, and we have all volunteered at St. Stephen school together for many school events. Harlan has been a coach and friend to the boy's, who are currently in the 8th grade at St. Stephen school. My son Anthony, and all the 8th grade boys, look up to his knowledge and skill, especially in basketball, and he has become a trusted friend and mentor to many of the boys in this class. Harlan is a good teacher and coach to the boys, he gets down to their level and encourages them when they feel defeated in a game, and he celebrates their wins, and in turn they admire and respect Harlan and they love him as their coach. Harlan and his family are always supporting and attending school events and games, they are always so gracious and respectful to others. Harlan has always been an integral part of the boys' sporting growth in sportsmanship throughout their formative years in grammar school. He has taught them to respect others, to be a team player, and to play to the best of their ability.

From the first time I met Harlan Kelly Jr., he was very approachable, kind, friendly, and patient. He has coached my son in basketball and baseball, by giving him some pointers on how to get better at a skill. Harlan was at every practice for these boys that he could make it to. He was always willing to help the coaches, or an individual boy if the boy needed some one-on-one time to master a skill. Harlan has also helped me with coaching advice and ideas. He taught my son, and his classmates, confidence, basketball skills and sportsmanship. Harlan puts his heart into everything he does for our school and its students. This says a lot about his character and the

HK-SENTENCING-0059

type of person he is. Besides coaching, Harlan is also, and most importantly, very dedicated to his family. I know this because I see it firsthand. He is always there for his boys, and his wife Naomi. They are a wonderful and loving family, and he is truly a good man in all respects, I would trust him with anything.

In the 6+ years I have known Harlan, I can say whole-heartedly that I value him as a good and trusting friend.

Very truly yours,

Jim Fambrini

HK-SENTENCING-0060

December 1, 2023

The Honorable Richard Seeborg
Chief District Judge
*United States District Court*
*Northern District of California*
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

      **RE:** *United States v. Harlan Kelly, Jr.*
      **Case No.: 3:21-CR-00402**

Dear Honorable Judge Seeborg,

I am writing to share my thoughts on my friend Harlan Kelly, Jr.

I have known Harlan socially for over 15 years. I met him through his wife Naomi, and since that time, we have spent many days and evenings together at family events – lunches, dinners, outings, and such. I have watched his sons Mason and Trey grow, and I consider them two of the most thoughtful, caring, and authentic young men I have had the pleasure to know.

I think Naomi and Harlan are two exceptional parents who have raised their children beautifully, especially over the last few years which have been difficult, to say the least. They have both held each other up and kept Trey and Mason safe and focused on their own growth into young adulthood. This cannot have been easy given the emotional, psychological and financial stress Harlan and Naomi have endured throughout this time. And it will continue to be difficult in the ensuing years. This is something I resonate with deeply given how my life and those of my siblings were profoundly impacted by the sudden loss of my father when I was 14. Trey is 16. Mason is 12.

Harlan's presence in his sons' lives is essential. As young Black children, they are growing up into a world that is increasingly complicated racially, socially and economically. As their financial lives have been severely impacted by job loss, Naomi and Harlan need each other to be able to raise their children to be safe and successful, now more than ever.

Harlan has placed his children's needs above his own during a time when everything has fallen apart for him. He has similarly placed the needs of community as a top priority through volunteering and donating to causes throughout the city such as his church, the YMCA and the Boys and Girls Club.

I have been and will always be deeply grateful to Harlan for his friendship. I have admired all the work he did for the San Francisco Public Utilities Commission, his community service, and mostly I have been inspired by, his parenting.

I hope that your Honor takes the whole picture of Harlan Kelly into full account.

                       Very truly yours,

                       Jonathan Moscone

# Joy Washington

5560 Forbes Dr
Newark CA 94560
United States
(510) 714-6825
peaceandjoyw@gmail.com

Monday, December 12, 2022

The Honorable Richard Seeborg
Chief District Judge
*United States District Court*
*Northern District of California*
450 Golden Gate Avenue
Courtroom 3 - 17th Floor
San Francisco, CA. 94102

     RE: *United States v. Harlan Kelly Jr.,*
        Case No. : 3:21-CR-00402

Dear Honorable Judge Seeborg,


My Name is Joy Grace (Kelly) Washington, sister of Harlan Kelly Jr.

I am currently retired after working for over 35 years as a Deputy Clerk with the State of California, First Appellate District, Court of Appeal, in San Francisco.

It is a blessing to have been retired since 2013. In planning for retirement, my plan was to retire from my current job with the court, and to embrace some of my life's desires. After serving many wonderful years, my work with the court has allowed me the opportunity to work closely with many amazing people. I learned to, appreciate and respect everyone, from the maintenance workers, our legal staff, managerial staff, the Appellate Justice's, and the Justices of the State Supreme Court, who all impacted my life greatly. Working at the court taught me to respect and to treat everyone equally. As a Deputy Clerk, with the First District, I had many responsibilities, from assisting attorneys in tracking the record preparation process, implementing briefing schedules,

filing and processing various incoming Writ petitions, scheduling court calendars, to preparing and issuing various court orders.

Retirement has allowed me to plug into a lot of the things I always wanted to do and enjoy, but never the time. Such as, facilitating a Bible Studies Fellowship, International (BSF) class weekly, serving in my local church, Destiny Christian Fellowship, as a weekly LifeGroup Facilitator, being a part of the Destiny Online Prayer Team, overseeing Destiny's coffee cafe', serving as the current Vice President for the African American Cultural and Historical Society, (AACHS) and Founder of Prayers of Peace Ministries, Inc.,

My husband and I have been married for 37 years, and together for over 40. We have one son 35 years old. As a Family, my husband and I spent many years supporting our son throughout his life, in attending various seasonal sporting events.

Our son started participating in organized sports at age 4, until graduating from Sonoma State University. During those years, we rarely missed a game, and I can say the same for Harlan. He made it a point to attend and be there not only for our son, but for all of the teammates, showing support, cheering them on and often sharing words of encouragement. Harlan enjoyed attending the games and rarely missed.

As a brother, Harlan and I are 4 years apart and were raised in a loving family household together in Fresno, California. We grew up in a blended family, but were raised to see each other as brothers and sisters. Our mother had 6 children, 3 from a previous marriage and our father had 2 children from a previous marriage.

Our 3 older siblings all left home by age 18, leaving the younger ones to grow up together.

I feel that you are the person you become, as a child. It's in your heart.

As a child, Harlan always pretended to be three different characters, Clark Kent, Superman and Batman. All three characters were people that would come to a persons rescue, be of help, often avenging the bad guys and even saving lives.

Well, as an adult, I have watched by brother implement those same qualities to many people by encouraging, mentoring and exposing young students to professional environments that would impact their lives forever. To me, he became the reality of a true hero and I couldn't be any more pleased with the person he has become.

We have continued to share a close relationship throughout our professional careers, supporting each other in attending various community events and family gatherings.

Harlan and I have spent most of our Christmases together here in the bay area, for over 32 years. Our parents looked forward to coming up and spending the Christmas Holidays with us and we were honored and looked forward to their arrival.

Harlan has always been a very giving and trusting person, often trusting to a fault. He would often give people many chances, even after betrayal. He is the type of person that would trust you with the keys to his car and home so you can go and rest while he had to finish up at work.

As a family, we looked forward to returning to our family home and spending time in Fresno, hosting our Thanksgiving Family Feast which was attended by as many as 40 to 70 people annually. We loved gathering with family and friends for any given reason throughout the year, with Harlan often assisting in the planning.

As a Father, I see Harlan playing a vital in his son's lives. It's truly a blessing to see him interact with his sons. You immediately witness the love and respect they have for each other. He is showing them how to be Men, especially during these impressionable years and trying times in their lives. Supporting his sons emotionally, physically, academically, and athletically.

As a Husband, Harlan loves his wife. He respects her decisions and holds her to very high regards. When it comes to family or wife, he would always say, "Let me check with Naomi." before giving us an answer. Her opinion always mattered.

As a Son, growing up, Harlan was never involved and any illegal activity, caused our parents grief, had any bad report of misconduct, disorderly conduct or otherwise.

He has always strived to be a scholar student and finish well. Which he has done.

Harlan has received different awards for various achievements throughout his professional career over the years, and we as a family are very proud to have been in attendance to witness him accepting many of them.

I have been made aware of the alleged charges against my brother Harlan, and I am in disbelief with the verdict. Unfortunately, I see Harlan guilty of one thing only, being too trusting of some of the people around him.

With Harlan being a model citizen and an upstanding leader in the community, if anything, probation would be a suitable sentence.

I love my brother, and would love to see him home with is wife, raising their sons together during the most impressionable years of their lives.

Sincerely yours,

Joy Washington

November 30, 2023


Hon. Richard Seeborg
Chief District Judge
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:    United States v. Harlan Kelly, Jr.
       Case No. 3:21-CR-00402

Dear Honorable Judge Seeborg:


Thank you for letting me express my perspective on Harlan Kelly.  I'm a very close family friend and think I can offer some valuable insight into his life and character as you weigh such critical decisions on sentencing and how to administer justice.

Harlan and Naomi were both incredibly hard-working public servants who dedicated their lives to serving the city. During the height of their careers, they were in survival mode and burning the candle at both ends--balancing work, young kids, and critically ill parents.  As a matter of fact, Harlan's mother and Naomi's father passed away during this timeframe. Both Harlan and Naomi were also dutifully serving former Mayor Ed Lee on all issues facing the City during this time, putting out one fire after another and working many late nights.  Harlan constantly did work in the community in the evenings and took time out of his day to answer any call from a constituent, small businessperson or whomever needed help from the city and the San Francisco Public Utilities Commission.  If you ever went to the Kelly's on a typical night, Harlan and Naomi were getting home after 12-hour days, making late dinners for their boys, and doing homework with them on white boards next to the kitchen near bedtime.

It is with that context that I offer my thoughts on Harlan's personality and character.  While Naomi could multi-task and thrive in such chaos, Harlan was not cut out for it.  He is a talented project manager of multi-billion dollar infrastructure projects but lacks executive functioning for multi-tasking and

HK-SENTENCING-0066

sniffing out people's agendas. Together, Naomi and Harlan make a team—they help each other through life and talk through decisions that may be challenging for the other person. However, when their lives were so crazy, Harlan didn't have the benefit of his partner's advice and guidance on a consistent basis, and he had errors in judgment. He had an error in judgment in who he let into their lives. He had an error in judgment by launching into help anyone who asked. He didn't dot his "i"s and cross his "t"s, but knowing Harlan, as I do, I believe it wasn't from a place of benefitting himself. Rather, I believe he was trying to be kind, gracious, and helpful to people who were foisting themselves on to him. Harlan is a good man, an incredibly patient and loving Dad, a supportive husband, and a loyal friend. He would give anyone the shirt off his back without question. He's gentle, kind and human.

Harlan and Naomi have both lost their jobs because of this, their legal bills are overwhelming them, and they've lost many friends and colleagues who don't have context on what they read in the paper. They have desperately tried to shield their boys from the trauma of this situation, but the boys have Google. They were both getting ready for school when their house was raided by the FBI. They know what's at stake. Their youngest son had extreme anxiety that affected his eating which required medical intervention. The punishment for this started long ago.

Things are not as chaotic in the Kelly family now. Things are much more sad. But homework on the whiteboard is getting done earlier in the evening and Harlan has time to be a role model for his boys—showing them daily how to treat people with kindness and how to have character in the toughest of circumstances.


Thank you very much for your consideration,

Karin Johnston

` November 18, 2023

The Honorable Richard Seeborg
Chief District Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

Re: United States v. Harlan Kelly, Jr.
    Case No.: 3:21-CR-0042

We are writing this letter as a character reference for Harlan Kelly Jr.  We have known Harlan
Kelly Jr. for over 20 years and are proud to say that he is a person of great character.  We, my
husband and I, are the Godparents of Mr. Kelly's wife Naomi and have known Harlan to be a
loving and devoted husband to Naomi and a wonderful father to his two sons.

In my experience, Harlan has been an honest, hardworking, and responsible individual.  His
career path and promotions indicate his dedication to the City of San Francisco and the
people he has served.  Throughout the years the people that have worked with him or under
him can attest to his character and dedication to the City of San Francisco and consistently
remarked about his leadership and management skills.  Many have become personal friends
that have joined our family gatherings and celebrations.  He is always willing to lend a helping
hand to those in need, and I have seen firsthand his dedication to family members and
friends of every description.   Harlan has been an active member in his community,
befriending neighbors and becoming an integral part of his neighborhood.

 We strongly recommend that Harlan Kelly Jr., who has given over 30 years of dedicated
service to the people and city of San Francisco, developed and trained many individuals for
positions as a city employee, be shown leniency in his current legal situation.

If you have any further questions or require additional information, please do not hesitate to
contact us.

Sincerely,

Kathleen Cotton and Albert Cotton –

HK-SENTENCING-0068

2498 Pepper Tree Lane, Manteca CA. 95336

Email: kcotton1@gmail.com, alecotton@msn.com.

510-648-0844, 408-218-0547

2

HK-SENTENCING-0069

Kathryn How
1354 Drake Avenue
Burlingame, CA
kathy.how@me.com

November 30, 2023

The Honorable Richard Seeborg
Chief District Judge
*United States District Court*
*Northern District of California*
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

      **RE: *United States v. Harlan Kelly, Jr.***
      **Case No.: 3:21-CR-00402**

Dear Honorable Judge Seeborg,

Allow me to introduce myself. I, Kathryn, am a professional civil engineer who has retired from city of San Francisco after more than 35 years of service. I retired as the former Assistant General Manager for Infrastructure at the San Francisco Public Utilities Commission (SFPUC), a position I held for approximately 6 years. In this position, I was responsible for implementation of all capital improvement projects for the Sewer System Improvement Program, as well as the SFPUC Water System improvement programs in-city, in the Bay Area, and at Hetch Hetchy in San Joaquin County. This meant overseeing all planning, environmental review, design and construction of large scale infrastructure improvements (e.g., a project to improve the wastewater treatment plant, costing over $1 billion), including work performed by in-house engineers and construction management personnel, as well all related work performed through consultant contracts, and construction bidding. Prior to being the Assistant General Manager (AGM) for Infrastructure, I was a "bureau" manager and Deputy AGM for 7 years at the SFPUC, responsible for all engineering design and construction management of the Water System Improvement Program (WSIP), a successful program that was completed at a cost $4.8 billion. For 16 of my 18 years at the SFPUC, I reported directly to Mr. Harlan Kelly Jr. (Mr. Kelly).

I write this letter to ask that when you sentence Mr. Kelly for the charges related to his actions at the SFPUC that you please also consider all the years in which he provided excellent service to the City and County of San Francisco (CCSF), at the Department of Public Works (SFDPW) and the SFPUC - the approximately 35 years he diligently followed the City's regulations, helped improved infrastructure/facilities for the citizens of San Francisco, and helped staff to grow and succeed in their careers.

I started working with Mr. Kelly in 1984 when he was a student trainee, and reporting directly to Mr. Kelly in 1996, as SFDPW Assistant City Engineer until 2001. I have gotten to know Mr. Kelly quite well, and I and my husband have become friends with him, his wife Naomi, and his two boys, Trey and Mason. Over the more than 35 years that I have known Mr. Kelly, he and I have had several philosophical conversations about working as civil engineers, and working for a government

HK-SENTENCING-0070

organization. We both agreed that if we were given an opportunity to roll back time, we would both still choose the civil engineering profession, and choose to work for a government organization. This is because 1) civil engineering is about maintaining in good working order, improving, or creating, infrastructure and systems that are assumed to always be available by the average citizen, but is also essential to everyone (e.g., being able to drive on paved roads, being able to turn on the tap and get uninterrupted clean water, being able to dispose of sanitary flows/flush without interruption, etc.), and 2) being in government allows a sense of guardianship and responsibility that the consulting firms don't provide. And, Mr. Kelly has always wanted to improve the lives of people in the communities within San Francisco, especially for the historically black Bayview community.

Mr. Kelly moved up the ranks of the engineering profession at the CCSF through diligence and hard work. When he became the City Engineer at SFDPW, he pushed for issues such as diversity in the workplace, making it his priority to set up outreach plans to hire more underrepresented minorities and women. He developed the Project Pull program to helped disadvantaged high school students learn through job training.

Equally important, when Mr. Kelly began his tenure as the Assistant General Manager for Infrastructure (AGM Infrastructure) at the SFPUC in 2003, he worked hard to complete projects and programs, and specifically, to set up the structure and systems to implement the $4.8 billion SF Water System Improvement Program (WSIP) that had many projects to improve the SF water system that starts upcountry in Hetch Hetchy and traverses to the intricate water system within San Francisco. He did this by 1) negotiating with the local engineering labor union to create a collaborative work environment where planning, and design and construction management work was completed with an agreed upon 60%/40% distribution of work between in-house planning, engineering, and construction management professionals and consultants (actual realized: 55% planning, design, and construction management completed by in-house staff and 45% completed by consultants); 2) reorganizing to provide for engineering planning, environmental review, design, etc.; and 3) overseeing and directing the creation of a group called Program Controls, to track and manage program and project schedules and costs, including use of professional consultant contracts. This group was also tasked with regularly issuing monthly, quarterly and annual reports. At a minimum, quarterly and annual reports were provided on a strict schedule to the general public, the SFPUC Commission, and the wholesale water customers, represented by Bay Area Water Supply & Conservation Agency (BAWSCA).

Mr. Kelly also made sure that annual reports were provided to the State of California's Department of Water Resources and Seismic Safety Commission. While he was overseeing and managing the activities to complete the WSIP, he instituted procedures for the consultant selection process, as well as procedures for tracking the consultant services provided for specific scopes of work and costs (cost control system). This is important to mention, because the program and projects went through extensive audits throughout the years from 2003 through approximately 2013 when Mr. Kelly was AGM Infrastructure, and even continued into 2021, when Mr. Kelly was General Manager for the SFPUC. He was, and to my knowledge, has always been very diligent in following SF regulations, State regulations, and meeting the demands of BAWSCA. And, all the consultant contracting, usage of consultants, and reporting of projects and programs progress have always withstood every audit by the State, BAWSCA and SF Controller's office. These contracts were much larger that the lighting contractor that ended up being the focus of the FBI investigation, and no improprieties were ever noted from these audits.

When Mr. Kelly became General Manager for the SFPUC in 2013, he was expected to have a significant focus on getting the SF Sewer System Improvement Program and its projects initiated and implemented, with the largest single project (over $1 billion) to upgrade the wastewater treatment plant that handles 80% of SF's flows in the Bayview neighborhood (Biosolids project). The last time the plant had a major upgrade was in the mid 1990's, partly because the community had many concerns associated with bad air quality/social injustice, expansion of a wastewater treatment plant in

HK-SENTENCING-0071

their neighborhood, jobs being outsourced, more disruption - the list goes on. Mr. Kelly, to his credit, was able to convince leaders in the community to approve the project, and he spearheaded collaboration with community leaders to keep them informed, create partnerships with contractors for job training for people in the community. And, he took a personal interest and action to provide a new community center in the neighborhood to replace the seismically unsafe one that the city constructed in the 1980's. Without his connection to the community, the Biosolids project would not be under construction now, and the new community center would not be in existence. With Mr. Kelly's leadership and continually working with the City Attorney's Office, planning, design, construction and construction management for the project and the community center proceeded with multiple consultant contracts, and an innovative construction contracting approach. All of the contracting processes were well documented, and information was, and continues to be, provided to the State, in compliance with loan funding requirements. Again, no improprieties were ever noted, and I like to think this is because Mr. Kelly always consulted with the City Attorney's Office and the Controller's Office over any questions, issues raised by the consultants, in house staff, and other special interested parties.

In closing, I would just like to ask for leniency in Mr. Kelly's sentencing. It is difficult to fathom why Mr. Kelly would intentionally commit fraud on such a small lighting contract when he has always been so straightforward and strict in following regulations on all the contracts under the Infrastructure Division, the division within the SFPUC responsible for the most spending, averaging $500 million annually for programs and projects to maintain, replace and improve SFPUC owned infrastructure. Lastly, I think Mr. Kelly is very remorseful over his actions with Mr. Wong.

Very truly yours,

Kathryn How

Kevin L. Jones
702 Whitewater Court
San Jose, CA 95133
408-829-3971
Kevin.L.Jones@nasa.gov

January 16, 2024

The Honorable Richard Seeborg
Chief District Judge
*United States District Court*
*Northern District of California*
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

RE:   ***United States v. Harlan Kelly, Jr.***
       **Case No.: 3:21-CR-00402**

Dear Honorable Judge Seeborg,

Mr. Harlan Kelly, Jr. has been an esteemed colleague, trusted and dependable friend for several decades. I first met Harlan at a social gathering of members and friends of the National Society of Black Engineers (NSBE), fairly early in my almost 30-year career at NASA Ames Research Center. Our group of friends gathered socially, usually on a monthly basis with each person taking a turn at hosting the group. When I became the person that coordinated our monthly get togethers, I remembered Harlan specifically requesting to host in the month of October to honor his close friend Robert Mason that heroically passed away trying save his nephew from drowning in a river. And when Harlan hosted, there was always, great, thoughtful conversations, lots of fun and plenty of food. Since Harlan is known to be a kind hearted, caring person to many, he always ensured that any leftovers were shared with people that needed the food, including neighbors and friends that were not in attendance.

I also had the pleasure of being able to work with Harlan when we traveled to various recruiting events, primarily the NSBE national convention and regional conferences where we both endeavored to take on the task to identify diverse STEM talent, particularly that from under-represented communities with the intent to have them hired by our respective organizations. We occasionally collaborated on planning, approaches and efforts to move the needle to increase the representation from these communities. It was great interacting with Harlan and his team at the various engagements.

Harlan was not able to attend all of our social gatherings, and the primary reason is because he was openly family first! Being thoroughly engaged in all aspects of this children's life and a supportive husband, understandably reduced his availability, but we always enjoyed his positive

perspectives, optimistic disposition, and mostly cheerful demeanor.  Even though Harlan faithfully prioritized his family responsibilities he was always willing to lend a helping hand. Whether it was career advice, sharing is his expertise that stems from his love of technology, or just being a much-needed listening ear, I have deeply valued my friendship with Harlan through these many, many years.

It is for these reasons, that I without any hesitation am honored to submit my letter of tremendous support on his behalf.  I therefore, pray for Harlan and his family, in much the same way I prayed for his recovery when he had a near death health scare.  I especially pray that you are able to offer leniency in Harlan's sentencing. I also pray that healing for Harlan and his family will soon be in the near future.

Very truly yours,

Kevin L. Jones

**L. Matthew Goudeau**
**2400 Pacific Avenue, #710**
**San Francisco, CA 94115**
**415-377-9421**
**matthew@matthewgoudeau.com**

December 18, 2023

The Honorable Richard Seeborg
Chief District Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

RE:     United States v. Harlan Kelly, Jr.
        Case No.: 3:21-CR-00402

Dear Judge Seeborg,

I am writing in support of Harlan Kelly, Jr., a friend and former colleague of nearly 25 years.

Throughout our long association, Harlan has consistently shown unwavering dedication, not only to his family but also to his community.  His guidance and active involvement in his teenage sons' academic and sporting pursuits have been pivotal in shaping their growth.

In the face of current challenges, Harlan remains resolute in maintaining stability and support for his family.  His absence, due to any sentencing, could significantly impact his sons' well-being, given his crucial role as a guiding figure in their lives.

Harlan's genuine care for his family showcases his true character, which I believe is integral to understanding him fully.  Additionally, his commitment to uplifting underserved communities through initiatives aimed at providing mentorship and resources to those facing economic hardship demonstrates his dedication to making a positive impact.

Your honor, I respectfully urge your thoughtful consideration of these aspects of Harlan's character in determining the path forward in his case.

Sincerely,

L. Matthew Goudeau

**VIA E-MAIL**
Leamon J. Abrams
2140 Ward Way, Woodside, CA 94062
(415) 260-0807
Lja120@comcast.net
December 19, 2023

The Honorable Richard Seeborg
Chief District Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

RE:     United States v. Harlan Kelly, Jr.
        Case No.: 3:21-CR-00402

Dear Honorable Judge Seaborg:

I have gotten to know Harlan as a fellow dad, co-worker, and friend. I understand the serious charges that he faces, however it does not diminish the quality of the person I have come to know and respect.

As a fellow dad, our conversations centered around our similarly aged kids. My girls, Ella, and Leilah are about the same age as his boys. We would talk about the time his football/basketball playing boys played volleyball with my daughters. We would laugh about how surprised the boys were when they saw the ferocious hits by the girls. We often joked about the benefits of arranged marriages – in this way I would know that my girls would be around boys who were raised right, and whose parents I wholeheartedly trust and endorse. I feel the same today, as before.

As a co-worker, in a City like San Francisco, African American professionals tend to know one another, or are one-stepped removed. So, it is not surprising, that while I worked for private companies, I knew of Harlan. Upon my accepting a position in City government, our interaction covered the gamut – how to address a thorny policy issue or where to park while attending a community event. I counted on Harlan because his core values were always about "the community," there was no better believer in the "teach one, bring one" tenant than Harlan. This was not easy; over the course of our friendship, the African American population in San Francisco declined from 12 to 3 percent – which sometimes resultant in a feeling of entitlement as black influence diminished. But this only hardened Harlan's insistence for black excellence – workforce development, youth internships, and other economic development efforts were his answers for stemming the decline. It would have been far easier to join the voices of victimization, but Harlan was always one to make the case for arduous work.

When he appointed me to lead a public engagement process in Bayview Hunters Point, his mandate was unambiguous. Do the outreach, involve stakeholders – listen to everyone – youth, ministers, unemployed, underemployed, business owners, community advocates. He told me to be impartial, objective and to use information to create data that would inform and educate decision-makers. He explicitly directed me to not bias the process – there was no desired outcome as far as Harlan was concerned. After many months of meetings, door knocking and late-night discussions, I presented my findings and recommendations. That process led to the decision to invest in a new community center, despite many believing that this represented an abandonment of history and the legacy of the old facility. I was directly involved. I was the prime point of contact and responsible for the entire effort from cradle to grave. And not once, during the entire process was I directed or prompted to deliver anything but honest, fair objectivity. That is leadership. That is Harlan.

As a friend, Harlan was always there with advice – about the best place to work out, diet and nutrition or just how to deal with life. Harlan has been a community advocate, a devoted father, and a friend. I hope that on balance, that the serious charges he has been found guilty of can be balanced against the totality of his lived experience.

Very, Truly Yours,

Leamond Abrams
Leamon J. Abrams

L O U I S  J.  G I R A U D O
35 San Buenaventura Way
SAN FRANCISCO, CALIFORNIA 94127

November 6, 2023

The Honorable Richard Seeborg
Chief District Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

Re:     United States v. Harlan Kelly, Jr.
        Case No.: 3:21-CR-00402

Dear Honorable Judge Seeborg,

My name is Louis Giraudo.  I am a native San Franciscan, a businessman, an
attorney, and former Commissioner of the San Francisco Public Utilities Commission
as well as other commissions.  I have and still sit on the Board of Directors of for-
profit, private, and publicly traded corporations with revenues exceeding ten billion
dollars and on the Board of Directors of not-for-profit corporations and charitable
trusts.

My family, four children and eleven grandchildren are all San Franciscans.

I write to you today in support of Harlan Kelly.  I have known him professionally and
personally for many years.  As a commissioner and adviser to all of San Francisco's
Mayors, from the time of Diane Feinstein to Mayor London Breed, I observed
Harlan's service to the City & County of San Francisco.  In all my experience with him
he performed his professional duties with the highest degree of integrity.  He was a
civil servant who stood out as one with a work ethic that exceeded the norm.

I have also experienced and observed Harlan as a family man "father and husband". His relationship with his children is envied by many.  He is a good father and with his wife have created a healthy family environment.  Through these trying times they have managed to help their children deal with the difficulties of life in the public eye.

Please consider his family in your decision process.  They have all suffered a great deal.

Very truly yours,

Louis J. Giraudo

**Marc Q. Jones**
PO Box 12905
Fresno, CA 93779
559.355.8387

December 19, 2023

The Honorable Richard Seeborg
Chief District Judge
United States District Court Northern District of California
450 Golden Gate Avenue
Courtroom 3 - 17th Floor
San Francisco, CA 94102

**RE: *United States v. Harlan Kelly, Jr.***
**Case No.: 3:21-CR-00402**

Dear Honrable Judge Seeborg,

My name is Marc Q. Jones.  I am a college basketball analyst and professional training and coaching consultant. I understand that Harlan Kelly has been convicted of white-collar crimes. While I understand the seriousness of the offenses and the importance of upholding the law, I am compelled to share some insights into Harlan's character, and it is with great sincerity that I am writing this letter of support on his behalf.

I have known Harlan Kelly nearly my entire life having grown up in the same neighborhood and attended the same elementary school.  Although I am several years his junior, I have fond memories of tagging along with Harlan and my older cousins who are also amongst his many friends.

When Harlan was still in college, I was still in junior high. During that time he came back and *volunteered* to coach many different sports at our school. He greatly impacted and inspired us to work hard and continue in sports. Many of us went on to compete in college and as professional athletes. Several of us even enjoyed successful careers in Major League Baseball and the NFL.

I know first-hand the significant impact mentorship by men like Harlan can have on the lives and future of kids, having been involved myself in basketball from the elementary, junior high, high school, collegiate and professional levels. I currently consult and collaborate with educators in several local school districts to nurture and shape the lives of middle-school and high school students in our area.

I am aware that Harlan deeply regrets his actions and is committed to making amends. He understands the gravity of the situation and has taken steps towards self-improvement and restitution. His remorse is genuine. Harlan's guidance played a role in setting myself and many others on a path to success, and I firmly believe he is still capable of making a positive difference in the community. He has so much knowledge and experience to impart to others, which I strongly believe would be best utilized in service to society and our youth.

I kindly ask you to consider alternative sentencing options, such as community service, probation, or a combination of measures that would allow Harlan to make reparations while still contributing positively to society. Thank you for your time and consideration.

Sincerely,

**Marc Q. Jones**

Maria N. Little
2790 19th Avenue, unit 27
San Francisco, CA 94132
(415) 242-3410
mnickens_little@yahoo.com

November 28, 2023

The Honorable Richard Seaborg
Chief District Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 3 - 17th Floor
San Francisco, CA 94102

**RE:   United States v. Harlan Kelly, Jr.**
**Case No.:  3:21-CR-00402**

Dear Honorable Judge Seeborg,

    I am writing on behalf of Harlan Kelly, Jr., my son-in-law, and father of my grandsons (now ages 14 and 17).   I am a retired middle school science teacher with 39 years of experience in the public school system. I met Harlan in 2000, eight years before I retired. He and my daughter have been married for seventeen years. I am and continue to be an integral part of the Kelly family's routine since I am physically the closest relative for support and participation in most family activities. Harlan's family mostly live in the Fresno area. I moved to San Francisco after graduating college in 1969 and married here.  From the early 80s, I was a single parent of a son and daughter.  My son is married with his family in the Washington, D.C. area where I grew up.

    I'm sharing this to emphasize the importance of family, developing friendships, and community relations, especially when one's life journey uproots you to begin a new life far away from one's family support systems.

    Harlan's longtime commitment to public service was established in this community before I met him.  He and a beloved friend, now deceased,

pioneered a youth program, **Project Pull**, to encourage science, mathematics, and engineering in San Francisco and provide an opportunity for disadvantaged and enthusiastic teens to consider public service and STEM careers.  This is a lofty goal and gift for minority youngsters to pursue as they struggle to learn valuable survival and coping skills and uplift their community.  I witnessed this annual summer program, which was also a benefit for professional employees who agreed to accept a summer intern to shadow them and participate in different areas of public service through the multiple departments involved with city services and administration.  Countless youth throughout San Francisco have benefited from Project Pull and tout their experience on their college applications.

I'd be remiss not to inform you of the after-school sports activities and coaching roles that Harlan volunteered for over the years to support his elementary school-age boys. He never had any "downtime" between family activities and his concern for this community.  For any child or adult needing a listening ear or seeking advice, he made the time to spend with them.  He continuously provides and offers his time and advice to young and old to this day.

I know Harlan as a quiet, respectful, loving father, husband, and responsible public employee who always reaches out to assist those who request guidance to improve their life situation.  I am aware that Harlan faces sentencing for serious criminal offenses.  I respectfully invoke your consideration of Harlan's many years of faithful public service. And, I beseech that you weigh in his favor his untold past and continuing volunteer hours and his deep commitment to the formation and advancement of San Francisco's underserved youth population.

I am requesting your compassion on behalf of his wife, his eighth-grade and twelfth-grade sons, and me.

Very truly yours,

MARIA N. LITTLE

Marie-Claire Rensch
701 Pennsylvania ave #207, San Francisco, CA 94115
415-948-9534
marieclaireaar@gmail.com

11/27/2023

The Honorable Richard Seeborg
Chief District Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

      **RE: United States v. Harlan Kelly, Jr.**
      **Case No.: 3:21-CR-00402**

Dear Honorable Judge Seeborg,

Since meeting Harlan Kelly, Jr., while working for the City and County of San Francisco in 2016, and over the years since getting to know his family, one thing has always rang true about Harlan, he is a stand-up individual who cares deeply about his family and community. Whenever I speak with Harlan, I know, I will get an exciting update about his sons and how they are excelling in their activities– he is not only proud of his children but so active in their lives. From rooting for their academic achievements to attending their games, seeing Harlan's relationship with his children is so heartwarming. He has clearly worked to build a strong foundation for them both. Harlan and his family have always welcomed me in their home, celebrating my exciting milestones in my life and welcoming me to celebrate moments in theirs as well, and that is something that is not unique to me but I have seen that that is how he is our other mutual acquaintances. What also stands out to me when thinking of Harlan, is his dedication to building community in San Francisco. I have been fortunate to reach out to him for advice and without hesitation, he makes the time to not only share sound advice but also check back and see how else he can be of assistance. He is a pillar and helps keep his community anchored. Harlan has shown the true and lasting impact of leading with compassion and trust. His leadership style has helped me shape how I approach my work and career growth. From his work in building career pipelines while leading the SFPUC, and seeing firsthand how that has helped and opened opportunities for so many San Franciscans, Harlan is always looking out for the good of so many without looking what he can gain from it.

          Warm regards,

          Marie-Claire RENSCH

HK-SENTENCING-0083



**November 13, 2023**

**LETTER OF SUPPORT HARLAN KELLY, Jr.**

Supporter: Mark A. Primeau, AIA
1150 Haight Street, San Francisco, Ca. 94117-3029, Cell: 415-602-2906
Email: MARKPSFCA@Aol.Com

The Honorable Richard Seeborg, Chief District Judge
*United States District Court, Northern District of California*
450 Golden Gate Avenue, Courtroom 3 – 17th Floor
San Francisco, CA. 94102

> RE: *United States v. Harlan Kelly, Jr.*
> Case No.: 3:21-CR-00402

Dear Honorable Judge Seeborg,

By way of introduction, my name is Mark A. Primeau and I'm CEO of PB Strategies, LLC, a Project Management & Capital Projects Consulting practice in San Francisco, founded by me in 2000. I am a Registered Licensed Architect in California for 39 years.

I have known Harlan Kelly, Jr., his Parents, Siblings, Wife- Naomi Kelly and their two Sons for several decades. I first met Harlan in 1984 when I joined the San Francisco Department of Public Works, 39 years ago.

During our time at DPW, both Harlan and I had amazing opportunities to manage important historical and iconic Public projects: such as the seismic upgrade and renovation of San Francisco City Hall, War Memorial Opera House, Bill Graham Civic Auditorium, Kezar Stadium, and many other projects throughout our careers. It was a special honor to work on Public projects, it was our way of serving the Citizens of San Francisco, by making the buildings live well into the next century and beyond!

As an Architect, and Harlan as an Engineer, we grew professionally at DPW by sitting for Civil Service exams for promotive opportunities that lead each of through the technical architectural & engineering worlds into the field of project management of large infrastructure projects.

Along the way, DPW formed a softball league to play against other City departments- and we both joined the team. I was the lone Architect among the Engineers, but I had a rocket arm that they sorely needed to play 3rd base.

Why I mention this piece of our history, is that I've been able to observe, first hand, Harlan's character and compassion for others in many different settings such as when he founded "Project Pull," with this late best friend Bob Mason, a program that offered opportunities and mentoring to young aspiring engineers and architects, mostly high school graduates and first year college youth into the Public sector.

Project Pull clearly illustrates Harlan's commitment and passion to give back to the Community by creating our younger generation with a first step forward on a pathway towards becoming an Engineer or Architect in the Public sector.

In Late 1995, I interviewed for the position of Director of Public Works, and was selected for the position in 1996 by Former Mayor Willie L. Brown, Jr. After I was appointed, I appointed Harlan Kelly, Jr. to be my City Engineer, the highest-ranking engineering position in Public Works, and the first person of color to hold that position.

More importantly, I trusted Harlan's judgment, honesty, and commitment to the Public Good.

We worked closely on many capital projects, but more importantly we reorganized the Department, by creating a "Quality Assurance Movement" to reflect the inclusion of Women and People of Color into management roles with an emphasis on delivering quality services to the people of San Francisco. We formed Process Improvement Teams (PITS) to identify processes and regulations that needed to be improved, streamlined, and made more efficient to better serve the public.

At that time, then Supervisor Gavin Newsom embraced the "Quality Assurance Program" and held it up as paragon process that all City Departments should follow in the pursuit of increasing quality services to the public. Many other Supervisors like Barbara Kaufman passionately supported the Quality Movement that me and Harlan, along with other team members, created at Public Works.

**HK-SENTENCING-0084**

**Page 2 - The Honorable Richard Seeborg, Chief District Judge**
*United States District Court, Northern District of California*
450 Golden Gate Avenue, Courtroom 3 – 17th Floor
San Francisco, CA. 94102

RE: *United States v. Harlan Kelly, Jr.*
Case No.: 3:21-CR-00402

In conclusion, Honorable Judge Seeborg, I am fully aware that Harlan Kelly Jr. will be sentenced for serious criminal offenses.

I sat in your court room to hear opening arguments during the trial- and I'm well aware of the impact that sentencing can have on Harlan and his family. The impact of sentencing on loved ones can have ripple effects for a life-time! And can stay with their children for a life-time, and for their future family's life-times.

I would gracefully request that you consider my 39 years of experience working with Harlan as a colleague, as a peer- then as my right hand as City Engineer as Director of Public works, together with the impactful presence his passion has had on the community in rendering a sentence decree for Harlan.

I fully respect your decision and take gratitude that you have taken into account all of the Courts' findings and subsequent letters of support, along with this letter defining my long-term relationship with Harlan over decades of Public Service.

Very truly yours,

Mark A. Primeau, CEO
PB Strategies, LLC

*1150 Haight Street   San Francisco California 94117*
*415-602-2906  fax 415-554-0133*

WILLIE L. BROWN, JR.
ATTORNEY AT LAW
100 THE EMBARCADERO
PENTHOUSE
SAN FRANCISCO, CALIFORNIA 94105-1217

———————

TELEPHONE: (415) 777-0310
FACSIMILE: (415) 777-0360

February 14, 2024

**VIA E-MAIL and MAIL**

The Honorable Richard Seeborg
Chief District Judge
*United States District Court*
*Northern District of California*
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

      **RE: United States v. Harlan Kelly, Jr.**
           **Case No.: 3:21-CR-00402**

Dear Honorable Judge Seeborg,

      It was the afternoon of January 8, 1996, following my inauguration as the Mayor of San Francisco. A young man entered my office and introduced himself as Harlan Kelly. He identified as a City engineer, and during our brief 10-minute conversation, an admiration and a friendship blossomed.

      Throughout my eight-year tenure as Mayor of San Francisco, Harlan Kelly, in his capacity as a City engineer, played a crucial role in the completion of the restoration and repair of City Hall following the 1989 earthquake. He displayed dedication, responsiveness, and effectiveness in managing capital projects, including the restoration of our sewer system. His particular skills greatly benefited the Hunters Point Bay View area and its residents, who had previously felt mistreated by the City. Through his work, he substantially alleviated the criticisms the City had faced from the Bay View Hunters Point neighborhood. The City is indebted to him for his contributions.

      His commitment to realizing Dr. Martin Luther King's dreams translated into opportunities for many young African Americans to become eligible for City employment.

      In conclusion, I remain an admirer of all that Harlan Kelly has accomplished in furthering the dream of Dr. King, benefiting so many, including myself. It inspires me to do everything in my power to share the joy and benefits with those who know him.

I am aware of Harlan Kelly's encounter with the legal system.  However, one thing I am certain of is that personal gain was never his motivation for violating our laws.  His removal from what he considered a lifelong position has been truly devastating.  I make a point of visiting Harlan Kelly regularly.  His conviction has taken a significant toll on him and his family. His wife, Naomi, and their two sons have undergone profound changes since the charges were filed and have been deeply affected by the conviction.  I hope that there may be a way for this court to grant Harlan Kelly the opportunity to move forward.  If I were still in government, I would do my utmost to provide Harlan Kelly with a second chance.

Very Truly Yours,

Willie L. Brown Jr.
wlb@williebrowninc.com

Michael Harris
465 44th Street, Oakland, CA 94609
415-510-420-8890
Mhh1999@comcast.net

November 29, 2023

The Honorable Richard Seeborg
Chief District Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

RE: *United States v. Harlan Kelly, Jr.*
Case No.: 3:21 -CR- 00402

Dear Honorable Judge Seeborg,

My name is Michael Harris and I am writing on behalf of my friend, Harlan Kelly. I am a longtime member of the Northern District of California bar and I was a civil rights attorney for 40 years before retiring in June. The last 12 years of my practice focused on the civil rights of children and youth. I grew up in San Francisco and have resided in Oakland for the past 35 years. I'm married with three children and two grandchildren.

I met Harlan through a mutual friend in the early 1990's. The three of us loved to play basketball and the friend brought Harlan along to play at our regular game at the Embarcadero YMCA. We routinely played a few times a week, early in the morning before work. Harland and I have remained close friends since then, and we still play basketball together at the "Y" a few times a week in the morning. Over the years I have attended Harlan's wedding, several of his birthday parties, and summer cook outs with friends. We also went to our "Y" basketball players Christmas celebrations together.

In his work life Harlan was very involved in the "Celebration of Black American History" a group of City employees dedicated to increasing cultural awareness among other City employees. Each year the group put on a Black History Month event. Harlan invited me to a number of these celebrations of Black history and culture. The events were very successful at bringing together diverse City employees and improving mutual understanding. In similar fashion, I invited him to my then-employer's Martin Luther King event honoring Willie Mays, and other events put on by a few non-profit organizations on whose Board I sat.

My son Jelani was a participant and beneficiary of Project Pull, the program Harlan started and ran to give youth of color an opportunity to experience public service with the City and County of San Francisco. (More about Project Pull can be found here: https://www.youtube.com/watch?v=uksNR24-HWI) I knew very well how important and

necessary this program was.  When I worked for the Lawyers' Committee for Civil Rights, one of my early cases was against the City and County of San Francisco dealing with employment discrimination against applicants of color for employment and promotions within the Civil Service.  (*United Minorities Against Discrimination v. City and County of San Francisco.*)  When the case was filed in the 80's, communities of color did not have the same access to City jobs as did white job applicants.

I am aware of Harlan's convictions, but I would like to share with the court that Harlan is a loyal and supportive friend, devoted father, and someone who cares deeply for young people in the community.  He has worked diligently, through Project Pull and otherwise, to open opportunities for youth to City jobs and careers.  An example of him being a loyal and devoted friend for me is one summer we both attended a cookout at the home of one of our mutual friends in Orinda.  It is embarrassing to admit but that day I had too much to drink.  Harlan noticed my condition and insisted that he drive me home to Oakland and he would not let me drive myself home.  Although he had to drive quite a bit out of his way, thanks to him, I made it home safe and sound.

Very truly yours,

Michael Harris

Naomi M. Kelly
1622 11th Avenue
San Francisco, CA 94122

January 23, 2024

The Honorable Richard Seeborg
Chief District Judge
*United States District Court*
*Northern District of California*
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

> **RE:** *United States v. Harlan Kelly, Jr.*
> **Case No.: 3:21-CR-00402**

Dear Honorable Judge Seeborg,

I understand clearly that the Court should and must uphold the principles of justice and maintain the public's trust. And so it is with the utmost respect that I write this letter to you as the wife of Harlan Kelly, as well as the mother of his two sons, to present our family history for you to consider.

Harlan and I met in 1996, and we instantly became friends. We started dating in 2003 and were married in February 2006. During that time, the personal quality that attracted and deeply impressed me was his commitment to his family in particular and the community in general. In essence, I married a family man who revered his mother and father and was devoted to his extended family while committed to the community at large. His colleagues and friends adored him because he always saw the good in people (even those with many flaws) and constantly advocated for them. Many years later, in 2021, we had our marriage convalidation at St Dominic Church…amid all the troubles…a special moment, where his spirituality was translated in words to me and our boys, in front of our family and friends.

That is the Harlan that the boys and I have always known and loved. Despite the enormous intensity and demands of both of our careers, we have always put our sons first. Harlan actively engages in coaching his son's sports activities as well as helping with homework. (He is a remarkable math tutor to his children, along with anyone who asks, and many have). He takes charge of all the family meals. From the beginning, we made sure that we were present in our boys' daily lives. In short, he is the center of our family…a supportive husband and partner to me and an extremely dedicated, loving father.

In 2014, Harlan's mother became gravely ill, and Harlan was all in caring for his mother. This meant traveling to her home in Fresno almost weekly, helping her get her estate in order, and tending to her other urgent needs…before she died, in 2017. At the same time, he was also helping my dad, who was having serious issues related to a long battle with substance abuse – and doing so with kindness and dignity … while supporting me through my emotional turmoil dealing with my dad.

Professionally, Harlan was a dedicated public servant who delivered critical infrastructure to the San Francisco Bay Area that will last generations, such as our water system, Kezar Stadium, San Francisco General Hospital's parking garage, the Southeast Community facility, and more. He created a nationally recognized internship

**HK-SENTENCING-0090**

program for youth, Project Pull, and was a leader who helped many folks in their careers. People loved working for him.  His altruistic nature shines through as he readily lends a helping hand to anyone in need. That is the painful irony here – Harlan gives without condition or expectation, which can cause him to miss negative signals.

Between 2013 and 2020, both of us were in very intense, very public jobs. As the City Administrator, I was responsible for the operation of 25 public agencies and a dedicated staff of more than 3,000 civil servants. Harlan was exceptionally supportive of both me and my career, and he stated it publicly every time, even as some influential leaders in the city suggested that I should take a back seat to his career. As the General Manager of the San Francisco Public Utilities Commission, Harlan was responsible for 2,300 employees administering billions of dollars to deliver water and electricity to eight Bay Area counties.

Both of us took our jobs, our public service, extremely seriously. We showed up to work early, left late, maintained open-door policies, and tried to solve every problem thrown our way. Frankly, both of us love public service and would never knowingly risk losing the honor and privilege for any price.

Nothing prepared us for the last three and a half years, which have taken a tremendous toll on our family. We have all been in therapy.

Our youngest son developed anxiety during the COVID shelter-in-place. He acquired a fear of a loved one dying or leaving him. Of course, that's exactly what soon happened when his grandfather passed away. Our son went from 84 lbs. to 64 lbs. in three months. As you can imagine, Harlan and I were terrified, and we did everything within our power to help him. Family dinners, every night, became the source of strength that helped all of us through this time: it fed us all, nutritionally and emotionally.

Shortly after our oldest turned 14, the FBI raided our home. He was in the shower.  They demanded that the door to his bathroom remain open while he got out of the shower. While they were not openly hostile, the trauma of this indignity continues to be profound. Harlan's strength, resilience, and presence were and still are important in helping our sons navigate this emotional turmoil.

I struggled with whether or not to share this information in a public document because, as a mom, I want to protect my children. We live in a world where they can be easily taunted by their peers about their father and their experiences.

This Fall, our oldest will leave for college, and our youngest will start high school. Harlan's steadfast wisdom, love, and guidance will be needed, more than ever. Sociologists theorize about the serious impact of missing fathers in many African American families, but to us, it is not a theory, it is what we fear most. We are talking about the critical presence Harlan brings to our family.

Harlan is someone who always wanted to do the right thing. As I sat in court every day, I struggled reconciling the proceedings with the man I know. In the end, I was saddened but respect the jury's decision. However, as his wife, who has known Harlan for the last 28 years, I know it was never his intention to violate the public's trust. Harlan did not appreciate how a gift from a friend could be perceived as something else.

As I write this letter, I look out onto the LED street lamps that the public benefits from, which may seem like a simple thing, but which, in fact, the people of San Francisco reap endless environmental and financial savings from. And, having just finished the holiday season, I saw the much-discussed decorative lights installed along

Market and Third Streets – which the City still illuminates each year to ring in the season, beckon tourists, showcase economic activity, and promote neighborhood beautification.

Your Honor, as you contemplate the enormous question of a just sentence for my husband and the father of my children, I hope you will consider the fact that Harlan has been a proud, hardworking man who has lived an exemplary, dedicated life of service to his family and his community. He has always strived to live a life of the highest ideals. That is why he continues to be stunned by all that has transpired, even by the failures of his own judgment, which has left him deeply ashamed and remorseful for the serious mistake that led to all this trouble for his family.

He will accept whatever sentence you determine to be just and appropriate. I respectfully ask for your merciful consideration of a sentence focused on community service, in combination with home confinement. Incarceration will not produce any useful service for society…but a challenging community service sentence would be a significant boon to the community and allow Harlan to accomplish so much more as he pays his debt to society. As for punishment, I hope that I have been able to convey that his punishment is real and ongoing.

Harlan will never be the same, but he will never give up caring for his family or his commitment to serving the community. Thank you for your consideration.

Respectfully,

Naomi M. Kelly

N E I L   H A L L I N A N
A T T O R N E Y   A T   L A W

345 FRANKLIN STREET, SAN FRANCISCO, CA. 94102
1432 MARTIN LUTHER KING, JR. WAY, OAKLAND, CA. 94612

PH: 415-837-3449 | F: 415-366-3063

WWW.HALLINANLAWFIRM.COM | NEIL@HALLINANLAWFIRM.COM

September 5, 2023

Honorable Richard Seeborg, District Judge
United States District Court, Northern District of California
San Francisco Courthouse, Courtroom 3 – 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Your Honor:

I write this letter in support of Harlan Kelly, who I have known since I was 19 years old in 1998. I am a fourth generation San Franciscan, now a third generation San Francisco trial attorney. In the early stages of my professional career, Mr. Kelly's mentorship was instrumental in setting the course which eventually took me to law school. Between the news of his indictment and the news of the verdict, I did not follow the evidence, so I do not offer this letter as a comment on the case; I do offer my view of Mr. Kelly which I ask you to consider as mitigation in reaching your decision as to what the appropriate sentence will be.

Though my career path has taken me far from anything close to engineering, I would not be where I am today had I not had Mr. Kelly as a mentor in my late teens and into my early twenties, as my professional life took hold and I found my grounding in the real world. From my experience, I am confident that I am not the only one to benefit from Harlan Kelly's mentorship and commitment to helping others find their way. In fact, I am one of at least hundreds.

I first met Mr. Kelly when I was in college at the University of Oregon, home for summer break between my sophomore and junior years, when he hired me to help run a summer program that he had designed, which placed high school students from lower-income families in engineering internships in various San Francisco City departments. At the time, he was the City Engineer – a very important and time-consuming job, the position once held by Michael O'Shaughnessy when the dam that bears his name was built – yet Mr. Kelly still made the time to give back to communities like the one from which he came, to ensure that youths with similar backgrounds

and challenges were given opportunities to achieve their goals and dreams.  He had designed the program, for which a private architecture firm had been retained by The City to facilitate, but in which Mr. Kelly remained engaged in the management and direction.

I recall Mr. Kelly's role in our weekly meetings where we discussed the conduct of individual participants, including any trouble they were having with, or causing in the program, and what we could do to enhance the likelihood of each participant benefitting from the program.  Mr. Kelly did not just sit in the meetings and offer general advice: I recall that each week he would ask about the progress of specific participants who we had discussed the previous week – who he would probably never actually meet, personally – and yet he managed to follow their trajectory and offer advice as to how we could assist each of those individuals in reaching a successful completion of the summer program.  It was clear then that Mr. Kelly genuinely wanted these kids succeed, even though they may never have even heard of Harlan Kelly.

Though that summer program was 25 years ago, the Harlan Kelly I have continued to know over the years has always been the same person to me, though it has been at arm's length as the years progressed.  Subsequent to my college graduation in 2000, I would reach out to Mr. Kelly on a few occasions seeking professional advice, and he was always willing to meet in person to hear my own concerns, answer my questions, and provide me with advice.  I began law school in 2003, and would thereafter only encounter Mr. Kelly on rare occasion, but he always seemed to retain a genuine interest in my progress and success in life, and appeared to light up every time I would tell him what I was up to.  I say that not to suggest that Mr. Kelly and I have a particularly special relationship, but to underscore that I am obviously just one of many people on whom Harlan Kelly has had a positive effect, so the degree to which he still cares demonstrates the selflessness he possesses, and that after investing his time, energy, and compassion in others, he continues to take pride in their success.

One reason I always valued Mr. Kelly's advice was because I had been so inspired by his own personal success story.  Whereas I was raised with privilege and in comfort in San Francisco, and as a teenager never understood the necessity of hard work, Mr. Kelly came from Fresno, worked hard to get into U.C. Berkeley on a scholarship, and put himself through college by tutoring other students in math.  Though my heart was idealistically in public service, I never considered the hard work that it actually requires.  Harlan Kelly, however, was one of a few people who, by their story and their deed, motivated me to start breaking a sweat to accomplish something.  He had earned his way from humble beginnings to his prestigious job as the General Manager of the P.U.C.  He spent time on every step of the ladder from the bottom to the top, and earned the admiration and respect of everyone around him each step along the way through his own hard work, maintaining an eye toward helping, and expanding opportunities for others.

HK-SENTENCING-0094

The last time Mr. Kelly and I saw each other was in 2019.  We had bumped into each other and made a date for lunch.  I met him at his office at the P.U.C., where he gave me a tour and told me about the new building, of which he was very proud.  By that time, I was in my 40's and had recently established my own private law practice, yet Harlan treated me to lunch and still demonstrated great interest in how my career had developed, seemingly as interested as he would have been had he been mentoring me right up until that very day.

Whatever the Court's view of Mr. Kelly may be, based on the evidence, I respectfully request that Your Honor consider everything I have written as mitigation to aid in formulating the most well-rounded view of Mr. Kelly necessary for the imposition of a just sentence.  If Mr. Kelly is allowed to remain in a position where he can help others, I have no doubt he would do that and that others would benefit from the wisdom he has developed from his own life experience, which will not be diminished by the developments in this case.

Respectfully,

Neil Hallinan

HK-SENTENCING-0095

Patrick W. Johnston
1964 16th Avenue
San Francisco, CA 94116

November 17, 2023

Hon. Richard Seeborg
Chief District Judge
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:     United States v. Harlan Kelly, Jr.
        Case No. 3:21-CR-00402

Dear Honorable Judge Seeborg:

I am writing to offer thoughts and reflections on my friend, Harlan Kelly.

I have known Harlan, personally and professionally, for almost 30 years. I was a green junior
staff person, making the crossover from journalism to government work, when I first met Harlan
in the mid-1990s. Even though Harlan was less than a decade older than me, I very much looked
up to him, because he was already very accomplished and very much on the rise in his chosen
profession, civil engineering. His career with the City was taking flight, and I wanted to learn as
much as I could from him. And like so many others, I benefited from his great kindness and
generosity.

Through his good works and professionalism, Harlan has uplifted countless people, whether
through his broader accomplishments as a civil servant – ensuring safe drinking water for
millions of people, for instance, or envisioning and implementing some of our city's most critical
responses to the COVID emergency – or through his direct, one-on-one efforts to mentor, hire,
train and guide young working people and professionals, especially those from historically
disenfranchised communities.

**Community Impacts**

Harlan has always looked out for people, and, in his modest, unassuming manner, has been a
tremendous leader of people. In all his leadership positions, he has focused his time and energy
not just on the technical work to be done, which has always been enormous, but also on finding
employees who are too often never given a chance – especially women, people of color, and
LGBT men and women. He also has always sought to lift up young people, particularly
from marginalized communities. He is the co-founder of Project Pull, which provides paid work
opportunities to young people by matching them with city agencies. And he has contributed time,
money and expertise to youth causes across many institutions, including the YMCA, the Boys
and Girls Club, and his church.

On a broader scale, his positive impact on the community is almost unrivaled. Harlan launched the San Francisco Public Utilities Commission's first Environmental Justice Policy, which prevents, mitigates, and reduces environmental impacts of the SFPUC's activities on communities of color – reversing decades of tacit public policies that treated poorer neighborhoods as industrial dumping grounds.

He also initiated the Social Impact Partnership program, uplifting residents in the SFPUC's heaviest activity zones by supporting workforce development, education, arts, neighborhood revitalization, and small business opportunities.

As the SFPUC's most environmentally aggressive GM, Harlan launched CleanPowerSF, San Francisco's model public power initiative, in order to ween San Francisco from traditional, carbon-heavy power sources to green, local, renewable ones, in order to slow climate change.

Throughout all these decades of public service, Harlan taught me that you always have to give back – and you have to *keep* giving back. Despite running a massive, complex public agency, with thousands of employees and millions of customers, Harlan always dedicated nearly as much time and energy to volunteerism as he brought to his day job.


**Personal Impacts**

As much of a role model as Harlan has been to me professionally, he has been an even greater friend, and I admire him as a father and husband more than anything else.

As we've grown older, and raised our families, we've grown closer than we ever were during my eight years in city government. Harlan has been there in the good times and the bad. Over the course of my own 22 years of marriage, he has helped my wife and me through some of the greatest challenges parenthood can throw at you, and through all the inevitable health crises – always providing an extra set of hands, a warm meal, or just timely advice.

There's no getting around the fact that these past few years have been traumatic for Harlan personally; for his friends and family; for his beloved wife, Naomi; and, especially, for his two boys.

It's feels like a tragic *fall from grace* for Harlan to go from being one of San Francisco's most prominent, respected and effective leaders to becoming a defendant, fighting for his own freedom, facing very serious charges mostly stemming from what, in themselves, feel like wild, self-serving and dubious claims by a former family friend, now an admitted criminal.

It's brutal to see Harlan go from being a groundbreaker to having the ground beneath him crumble almost completely. Knowing how hard Harlan worked, and for how long, to get where he's been, to accomplish what he has, it's devastating. It's hard for a 54-year-old man like me to get my head around it. For teenage boys, who have always worshipped their father, and with good reason, it's worse than confusing; it's heartbreaking.

And yet, how has Harlan responded to this heartbreak, and to the threat it presents to his family's well-being? He has put in even more work.

Harlan has doubled down on his already unquestioned commitment to family. In addition to working on his defense, and laboring to keep the bills paid, Harlan has spent even more time with his boys – to whom he had already had been serving as principal math teacher, sports coach, life coach, chef, launderer, bus driver, mentor, biggest fan, and full-time dad. He and Naomi have been honest and open with the boys throughout this judicial odyssey, and yet have shielded them from any of the moments of despair they may have quietly endured along the way. While life for Harlan and Naomi has been anything but "normal," they have maintained an (admittedly labored, sometimes frayed, but always protective) atmosphere of normalcy in the household … so that the boys can just be, well, boys.

Despite the unfathomable pressure, and sadness, and anxiety, the Kelly clan endures every day, as they contemplate a future without their beloved family man in the house, they are in fact closer than ever. This spring, the boys will graduate with honors from junior and senior high school, respectively, and they will do so with unmistakable personal integrity and gracious spirits, and with their heads held high. They are warm, kind, smart boys, the sort of kids other parents marvel at being around. That's a testament to Harlan Kelly, and to Naomi, who have put their children first, even in their own grimmest moments.

And so, *grace* turns out to be the key term there. Harlan has not, in fact, fallen from grace. He has kept his priorities straight, he has maintained his dignity, and he is persevering, first and foremost, for his family. He is facing the destruction of his reputation, his career, his nest egg, his place in the community – and the threat to his own personal freedom – with clear eyes and, in fact, the best of intentions. And by doing what he always does: working that much harder.

I myself am not a religious man, but one concept I've come to appreciate over my half century is universal: *There but for the grace of God go I.*

It is with absolute sincerity that I hope everyone – especially your Honor – takes into account not only the grace of God we would all call upon in our *own* darkest hour … but also the grace Harlan Kelly has brought to his own life and to so many others upon this earth.


Thank you,

Patrick W. Johnston

Paul K. Goodwin
24724 Sagecrest Cir
Newhall, CA 91381
(559) 307-4458


January 11, 2024


The Honorable Richard Seeborg
Chief District Judge
*United States District Court*
*Northern District of California*
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

      **RE:**    ***United States v. Harlan Kelly, Jr.***
              **Case No.: 3:21-CR-00402**

Dear Honorable Judge Seeborg,


My name is Paul Goodwin. I am a Boeing 787 Captain at United Air Lines. I've worked here for almost 34 years. Prior to that, I flew the C-130 Hercules for the United States Air Force for 6 years, mostly out of Pope Air Force Base in North Carolina.

Harlan Kelly was my neighbor growing up. I've known him since I was approximately 16 years old. Harlan is the only Black person, in fact, the only minority (outside of my older brother), with whom I've ever studied math. We'd sit at his kitchen table, or our dining room table and break down algebra and pre-calculus equations. We'd even come up with our own equations that weren't in the book. We wanted to know the logic, backward and forwards. Not just for a grade, but because we just wanted to know. It wasn't uncommon for us to have geek jokes like…" You have a trapezoid head," etc. It didn't seem odd back then, but as I've gotten older, I realize those were the years that prepared me for what lay ahead.

Whatever success I've had, I have to at least give some of the credit to those fun and challenging times with Harlan. No matter what the world wanted me to believe, I always knew there were people like me out there, who cared about mathematics and the sciences.

I went on to graduate from Fresno State University. I majored in chemistry. Something went wrong my senior year. I had promised the Air Force I would graduate on time. But there was one class I had to take, but I hadn't taken the prerequisite. If I didn't graduate on time, my pilot slot would be taken away. So, I petitioned the University to allow me to take both classes congruently. They accepted, and it all worked out (with a few 16-hour lab days). But I was back

HK-SENTENCING-0099

in the same situation. There was a problem in front of me, just like in high school, and everything was there, and I had to force the equation my way. A mindset Harlan and I had relied upon for years.

It is my humble and personal opinion that Harlan has missed his calling. He should have become a math or engineering teacher or professor. In the late 90s, at the height of the gangster rap craze, I volunteered to tutor at Crenshaw High School in Los Angeles. That lasted less than a week. The classes started out with dancing. Yes…four girls dancing. Normally, the teacher got the crowd under control after 30 minutes of a 50-minute class. The basketball star had never heard of supplementary angles, and couldn't subtract 180 degrees from any number to arrive at the correct answer. I hated to leave, but to help the most people, I offered my services at Horace Mann School. The kids were younger. I set up a desk and took a maximum of 3 students at a time. Some of the boys liked baseball, so I brought in baseball cards, and we figured out the batting averages. Harlan can do this to the nth degree!!

My time with "HK," or "Big H," led to me being able to help others. And those others can help even more. Harlan can be instructed to set up a 'real' engineering inner-city course. He can personally take them to engineering sites for hands-on training. Real-life engineering with a real-life engineer. What a break for these kids if there's a way to make it all happen. I would urge the court to make the most of this bad situation, allow Harlan Kelly to land on his feet, and help as many people as possible.

Thank you very much for your time,

Captain Paul K. Goodwin

HK-SENTENCING-0100

Peter J. O'Toole
3314 R Street NW
Washington, DC
202-215-5816
peterjustinotoole@gmail.com

24 November 2023

The Honorable Richard Seeborg
Chief District Judge
United States District Court Northern District of California
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

**RE: United States v. Harlan Kelly, Jr. Case No.: 3:21-CR-00402**

Dear Honorable Judge Seeborg:

My name is Peter O'Toole, and, as a trusted and trusting friend of his for approximately 20 years, I write in support of Harlan Kelly, Jr.

My wife of 24 years and I live in Washington, D.C., where I have lived nearly my entire life. A onetime journalist, former presidential appointee and federal government employee and having led public relations and CEO communications for two Fortune 50 companies, I currently lead a public affairs firm in the nation's capital. I also serve on the adjunct faculty at a leading university and advise master's degree students in their final course of study.

There are four reasons why I write in support of Harlan Kelly.

First, I would like to recognize Harlan's remarkable commitment to his wife, Naomi and their two young sons during this deeply humbling time.

Second, Harlan is more than a friend to me; he is also someone I have observed professionally and have admired greatly. As a professional communicator and current educator, I have learned a great deal from simply observing Harlan's informed, impassioned interactions with public sector customers, lawmakers, news media and others on behalf of his employer and the City and County of San Francisco over these 20 years. Harlan always believed in public service, in the public good and the best possible outcomes for the residents of San Francisco.

Third, Harlan succeeded in a system long believed to be "stacked" against minorities like him – an impressive enough accomplishment on its own. But Harlan never believed he was only persevering for himself; no, Harlan also fought to open doors for those looking to roll up their sleeves for the greater national good, including other Black men and persons of color who thought opportunity existed for everyone but themselves – until they met Harlan.

Finally, I have traveled the world, worked and lived among many different people in my 57 years, and I understand the serious decision you will be making about one man. I also know, and wanted to share, my warm experience with, and opinion of, my trusted friend, Harlan Kelly, Jr. I will always consider him my friend.

Sincerely,

Peter J. O'Toole

HK-SENTENCING-0102

Mr. Randal Bessolo
50 San Rafael Way
San Francisco, CA 94127
coachrandal@yahoo.com

November 1, 2023

The Honorable Richard Seeborg
Chief District Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 3 -17th Floor
San Francisco, CA 94102

Re:  United States v. Harlan Kelly, Jr.
        Case No. 3:21-CR-00402

Dear Honorable Judge Seeborg,

I am writing on behalf of my family in support of Harlan Kelly.  I am a San Francisco native and after going east for my college education at Columbia and working and living for many years in Chicago in 2005, I returned to my hometown with my wife Kathleen. Kathleen is a CASA and we were foster parents and helped raise a young man who came to us when he was 13 years old and went on to graduate from Riordan and Lewis & Clark College.  We have also been blessed with a son named George who is now 14 years old and is currently in the 8th grade.

I operate a small real estate business, but my passion is coaching basketball and mentoring young people.  I am entering my 19th season as the Head Varsity Basketball Coach at SF University High School.  I also run a non-profit basketball program called the Bay Area Warriors for the last 19 years through which we have coached and mentored hundreds of young basketball players during the spring and summer seasons.

We have known Harlan and Naomi Kelly for the last six years when the Kelly family enrolled their two sons, Tre and Mason, at St. Stephen's School where George was a student.   Harlan and the Kelly family immediately became an integral part of the St. Stephen's school and parish communities.   They have always been generous, supportive and friends to all.

Most significantly, I have gotten to know Harlan because we have been coaching the St. Stephen's CYO basketball and baseball teams together for the last six years.  Harlan shares my passion for coaching and mentoring young men and has been a great coach and role model.  He brings much knowledge of the sports he coaches but more significantly he has modeled great character, exhibited patience and shown utmost care for the well being of the young men he has been coaching.

HK-SENTENCING-0103

I was most touched and inspired when Harlan made it his special project to work individually with the two weakest players on the basketball team and help them feel part of the team and improve.  Initially the two boys did not seem to even want to be on the team or attend practice.  In his role as a coach Harlan befriended them in his role as a coach and gave them drills to work on and, more significantly, showed them he cared. As they improved, they gained confidence and became contributing members of the team. As they blossomed into better and more confident players they also became better students and maturing young men.  Harlan has had a tremendous impact on not only these players but all of the young men he has coached.

We are aware of Harlan's legal situation and are very concerned about the sentencing he is facing.  We are also concerned about the impact this will have on his entire family.  We plead with you to be lenient and consider how wonderful and valuable Harlan has been for our community as a coach and mentor.  We would love for him to continue especially given that all the boys he has coached will continue to need his guidance and support.

We love and fully support Harlan and the Kelly family.  Thanks for considering this input.  Please let us know if there is anything else we can do to help Harlan in this most difficult time for him and his family.

Sincerely,

Randal Bessolo
415 418 4568

Randy Parent
205 Locust Ave.
San Rafael, CA 94901
925-367-5773 (cell)
randyparent@yahoo.com

December 12, 2023

The Honorable Richard Seeborg
Chief District Judge
*United States District Court*
*Northern District of California*
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

RE:   *United States v. Harlan Kelly, Jr.*
       **Case No.: 3:21-CR-00402**

Dear Honorable Judge Seeborg,

I write in support of Harlan Kelly in regard to your sentencing decision in the above-referenced matter. I have worked with and known Harlan since the mid-to-late 1990s in both professional and personal capacities. I have had the tremendous privilege of working with Harlan closely on many successful programs, projects and initiatives during my tenure as a deputy city attorney.

I write in my personal capacity. I am not speaking for my employer, the City and County of San Francisco.

I first met Harlan when he as the City Engineer for the San Francisco Department of Public Works, and I was a deputy city attorney representing the department as a construction attorney. I worked closely with Harlan as the primary attorney advising the department on legislation permitting use of the design-build project delivery method, partial project design, procurement of the design-build contract, and management of the design and construction for the successful new County Jail No. 3 project in San Bruno. This was the City's first use of the design-build project delivery method. Harlan's engineering, communication, and management skills were critical to the success of the project.

During the same time period, I was working with the department on creating computer templates for the City's construction contract documents, which we named "auto-docs." The contract specifications for a major public works construction project were over a thousand pages, a three-inch thick document, and we worked on a cut-and-paste basis to create each new set of contract documents. All of the City's Chapter 6 (construction authority) departments later adopted the new computer-template system, and it has provided a great improvement to the City's construction contracting process. The project was a big lift. Harlan saw the potential benefit to the City, and chose to be directly involved in the effort. Harlan's visionary support for and involvement with the project was critical to its success.

I left the City to serve as the Executive Director of the California Alumni Association (U.C. Berkeley) in 2001. I returned to the construction team at the San Francisco City Attorney's office in 2015. I came back to the City to serve as construction and contracting counsel for the San Francisco Public Utilities Commission (SFPUC). Harlan was the General Manager for the SFPUC.

HK-SENTENCING-0105

In my work with Harlan since 2015, I found him to be wise, visionary, caring and nurturing for his staff, and professional without exception.  In particular, Harlan's support for and expertise in working with the disadvantaged small contactor community was exceptional. I was the SFPUC's attorney for procurement and management of several hundred public works construction contracts under Harlan's leadership. In every instance, I experienced Harlan as an exceptional, professional manager of the highest integrity.  Harlan's commitment to the quality of the SFPUC and its services to the citizens of San Francisco was superior in every way.

When I returned to City employment in 2015, I also had the pleasure of serving as legal counsel to Harlan's wife Naomi Kelly, who was the City Administrator.  In particular, I worked very closely with Naomi on the Millennium Tower (sinking and tilting) matter.

Working closely with both Harlan and Naomi, my wife Carmen and I developed a close friendship with them.  We hosted each other for casual dinners on numerous occasions.  Carmen and I have treasured our relationship with the Kelly family.  I have observed Harlan to be a wonderful, caring, nurturing father to his two sons.  Carmen and I have relied on Harlan and Naomi's counsel concerning challenges with taking care of our disabled son.  Their concern and support for our family has been unwavering and substantial.

Harlan's service to the community has been exceptional.  He has been a wonderful father and spouse.  I consider the current situation to be tragic for Harlan, his family, the community, and the citizens of San Francisco.

Simply put, Harlan is a good man. I hope you will take this into account is making your sentencing decision.

If I can be of any assistance, please do not hesitate to contact me.

Very truly yours,

RANDY PARENT



UNIVERSITY OF
SAN FRANCISCO

CHANGE THE WORLD FROM HERE

Office of the President
2130 Fulton Street
San Francisco, CA 94117-1080
Tel: 415.422.6762
Fax: 415.422.2303

Rev. Paul J. Fitzgerald, S.J.                                    28 November 2023
2130 Fulton Street
San Francisco, CA 94117
Office: 415-422-6762
president@usfca.edu


The Honorable Richard Seeborg
Chief District Judge, United States District Court, Northern District of California
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102
RE: United States v. Harlan Kelly, Jr., Case No.: 3:21-CR-00402

Dear Honorable Judge Seeborg,

     I have been a Jesuit for 41 years, a Catholic priest for 31 years, and am presently serving as president of the University of San Francisco. In my tenth year, I have come to know many people in and beyond the City of San Francisco. Mr. Harlan Kelly is one of them. I know him chiefly through his wife Naomi, who is an alumna of USF's School of Law and currently serves on our Board of Trustees. I have been to the Kelly family home many times for convivial dinners. It is through these social interactions that I have gained a sense of Mr. Kelly's character. He is a good father to his two sons and a good husband to his wife. I believe that he is a good man. I also believe that he served the City well through a long career of public service.

     I attended three days of the trial, though I heard neither the opening nor the closing arguments. I did hear Maria Little's testimony, and knowing her socially as well, I believe that she was honest and clear. I understand that the jury decided otherwise; this may happen in our adversarial trial system. In the sentencing phase, you have the opportunity to see that justice is tempered by mercy.


Very truly yours,

Paul J. Fitzgerald, S.J.

LAW OFFICES
# RICHARD S. E. JOHNS

174 9TH AVENUE
SAN FRANCISCO, CALIFORNIA 94115

RICHARD S. E. JOHNS

(415) 640-3240

rsejohns@yahoo.com

November 16, 2023

The Honorable Richard Seeborg
Chief District Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

RE: United States v. Harlan Kelly, Jr.
Case No.: 3:21-CR-00402

Dear Honorable Judge Seeborg:

I am writing in connection with the sentencing of Mr. Harlan Kelly, Jr., whom I have known for many years, to provide the Court with information and observations about his life, work, and character that I believe might be helpful for the Court to understand Mr. Kelly more fully.

In 1996 my wife, the late Eleanor Johns, who was the Chief of Staff for Mayor Willie L. Brown, Jr., introduced me to Mr. Kelly and his family. He was City Engineer of San Francisco and involved with the restoration and reconstruction of City Hall and I was on the Board of Directors of the Museum of the City and County of San Francisco, and very interested in that project, as well as Project Pull, which he had founded or co-founded, to provide paid Summer internships with the City and County of San Francisco where students are mentored as they learn how government works. I was very impressed by his concern for youth and city government, and his desire to provide San Francisco young people an introduction to its governing structure. I was also impressed with the very high quality work being done to restore City Hall.

Subsequently he started a Social Impact Partnership Program in which San Francisco joined with residents and local leaders to create programs for workforce development, education, arts, environmental justice, and land use, as well as neighborhood revitalization and the creation of opportunities for small businesses to develop in San Francisco's neighborhoods.

HK-SENTENCING-0108

Judge Richard Seeborg
November 16, 2023
Page 2


      I have seen Mr. Kelly work very hard and very creatively to develop and implement programs like the two I mention, so that San Francisco youth can grow and develop as positive and solid citizens.  I have seen him use these programs as examples to show his sons how to contribute to their community.  I have also observed that Mr. Kelly is a very caring and supportive father, who with his wife Naomi Kelly, has built a strong and caring family, and have worked actively to make San Francisco a better city.

      I hope this information assists you in making your decision.


           Respectfully submitted,


           Richard S. E. Johns

December 16, 2023

The Honorable Richard Seeborg
Chief District Judge
*United States District Court*
*Northern District of California*
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

      RE:    *United States v. Harlan Kelly, Jr.*
              **Case No.: 3:21-CR-00402**

Dear Honorable Judge Seeborg:

My name is Ryan Brooks and I have had the pleasure of knowing Harlan Kelly since 1994. In that time, he has been a mentor to me, a dear friend, and a professional colleague. When I served on the San Francisco Public Utilities Commission as a commissioner from 2003 - 2008, Harlan reported to the Commission as the Assistant General Manager of the SFPUC. At that time, he was in charge of the $4.3 billion Water System Improvement Program. I am humbled to have this opportunity to write a character reference letter in support of Harlan.

I grew up in Southern California, graduated from San Diego State University, and landed my first job in San Francisco in 1992, working at an environmental engineering company I met Harlan shortly thereafter. As a lost and freshly minted college graduate, I was seeking personal and professional advice on how to navigate my new city of 800,000 people, the concrete jungle of the Financial District, and the hysteria of the dot-com explosion. A mutual friend said, "You need to meet Harlan Kelly". When I met Harlan, I couldn't imagine the positive impact that he would have on my life. I was excited to talk to Harlan because of his reputation as a leader in the community and his willingness to help others, especially people of color. From the day we met, Harlan quickly made me feel at ease, and a 30-year friendship was born.

As our friendship grew, I learned about his background, his family, his moral compass, work ethic, generosity, and empathy. Harlan was well-armed with an Engineering Degree from UC Berkeley and a heart of gold. Through hard work and determination, Harlan worked his way up the ladder of city government. At the Department of Public Works and the San Francisco Public Utilities Commission, Harlan's focus was helping others, elevating his staff, and creating programs like "Project Pull". Project Pull started in 1996 as an internship for minority high school and college students.  Harlan believed that he could "pull" young people into public service by introducing them to public service opportunities early in their careers. The program is thriving today, and Harlan's vision has mentored and elevated countless young San Franciscans.

During my tenure as a San Francisco Public Utilities Commissioner and Commission President, Harlan reported to the Commission. I can attest to his highest moral standards and work ethic. His pure intentions, his monumental impact on the public utilities of this great city, the way he consistently elevated the community around him, and his innovative and creative environmental solutions for San

HK-SENTENCING-0110

Francisco were all signatures of his tenure as head of SFPUC.

I don't want to focus my time only on his professional career but on who he is to us, his family, friends, and community. Harlan has been a loyal friend without conditions. My two sons refer to Harlan as "Uncle Harlan".  As a parent, you allow only those whom you trust and respect to have influential relationships with your children. My wife and I can personally attest to Harlan's loving and supportive nature. Our oldest son Riley, (12 at the time), was hospitalized due to a mental health crisis, and Harlan was there for us with unwavering support and assistance when we were paralyzed with fear. When my dad died, Harlan was there for us. When I needed a mentor and advice on how to navigate the unfortunate curves that life was throwing me, Harlan was there. When Santa failed to show up for our annual family holiday party, Harlan shot across town and hopped into that Santa suit, saving Christmas in the process. I have had the honor of watching Harlan meet and fall madly in love with Naomi. His love for Naomi and their love for each other is a testament to their values and "take nothing for granted" approach to life.  Because of the love that Harlan has shown for their mother and the people around them, Harlan's children, Trey and Mason, have a greater opportunity for success in life.  As a parent, Harlan volunteers his time at Trey and Mason's schools as a basketball coach and mentor. Harlan is generous to a fault, and always puts his family, friends, and responsibilities ahead of himself.

Harlan has made me a better person through his altruistic actions that have lifted our community, his mentorship and professional guidance, and his unconditional friendship. These characteristics would not be possible without Harlan's strong belief in God, his Church, and his family.  As you seek to understand Harlan's character, I respectfully request that you take into consideration his history of selfless generosity, his public service, his two young sons, and his wife.



Ryan Brooks

Sheena C. Johnson
26921 La Alameda
Unit 3317
Mission Viejo, CA 92691
510.604.5758
SheenaCJ1@gmail.com

November 5, 2023

The Honorable Richard Seeborg
Chief District Judge
*United States District Court*
*Northern District of California*
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

      **RE: *United States v. Harlan Kelly, Jr.***
      **Case No.: 3:21-CR-00402**

Dear Honorable Judge Seeborg,

I hope this letter finds you well. My name is Sheena C. Johnson, and I am writing to express my unwavering support for Harlan L. Kelly Jr. I have had the privilege of knowing Harlan for most of my life, and our relationship is rooted in our shared hometown of Fresno, California. While we come from different families his parents and my grandparents were among the first Black business owners, in what was then a small town.  Our connection runs deep, as Harlan has been a part of my life for as long as I can remember so I have no hesitation in attesting to the genuine and compassionate character that defines him.

My journey into the world of public service, which now spans over 15 years, can be directly attributed to Harlan's influence and guidance. My current role as a Public Information Officer in Orange County, California, owes much of its existence to the encouragement and support I received from Harlan when I was just starting out as an intern when I joined the San Francisco Public Utilities Commission (SFPUC) during his tenure, initially as an Assistant General Manager and later as General Manager. Throughout my time working under Harlan's leadership, I had the privilege of witnessing firsthand the qualities that make him an exceptional individual and a dedicated public servant. Most notably is the construction, opening, and activation of the Southeast Community Center (SECC) in Bayview-Hunter's Point. While every project takes a team of people to complete, Harlan was the leader, visionary, and advocate for a community that has been overlooked for decades to ensure they received the neighborhood asset that was long overdue. When I first had the opportunity to visit the SECC, on a visit to the City this past April, I looked at the mural containing the late Dr. Espanola Jackson and the kids playing in the courtyard, and immediately called Harlan with a profound sense of awe and pride; being one of the few people who knew that none of it would've been possible without him.

I can personally attest to Harlan's genuine care for others during my time at the SFPUC. He went above and beyond to create an inclusive and supportive work environment for all employees and lead the charge on policies that offered opportunities to local workers and small businesses to compete for their space within the City's expansive ecosystem. Harlan always believes in the best in people, maybe to a fault, and that given decent opportunity people will rise to the occasion. I did. And I can name countless former colleagues who are still serving the City & County of SF who wouldn't be where they are without Harlan. Whether it was through his direct council or the creation of the Contractors' Assistance Center (another brainchild of Mr. Kelly that helps contractors navigate the oft daunting procedure and paperwork to compete for a City contract) there are countless individuals who can attribute some part of their success to Mr. Kelly. His benevolent approach was never limited to his interactions with family or colleagues but extended to the community members who relied on the SFPUC's services.

Harlan's dedication to community development and empowerment was evident in his work at SFPUC. Under his leadership, the organization undertook numerous initiatives and policies aimed at improving the quality of life for residents across San Francisco. His passion for environmental sustainability and equitable access to resources was not just lip service but a driving force behind many of the positive changes we saw in the City.

I am aware that Harlan is currently facing serious criminal offenses, and it saddens me deeply mostly because it's not just his livelihood that is forever tainted but Naomi's and boys as well. I wholeheartedly believe that the person I have described in this letter is an essential part of Harlan's character. While we cannot ignore the allegations, I hope that the court will consider the entirety of his life and contributions to society as his sentencing is considered.

In conclusion, I stand by Harlan L. Kelly Jr. as a testament to the positive impact he has had on my life, the community, and the field of public service. I hope that his many years of dedicated service and his commitment to the well-being of others will be taken into consideration during this difficult time.

Thank you for your time and consideration. Please do not hesitate to reach out if you require any further information or have any questions.

Sincerely,

Sheena C. Johnson

**Shelly Tatum Presents**
**601 Van Ness Ave., Suite E409**
**San Francisco, CA 94102**
**(415) 290-6080**
**shellytatumpresents@gmail.com**


November 30, 2023

The Honorable Richard Seeborg
Chief District Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 3 - 17th Floor
San Francisco, CA 94102

Re:  United States v. Harlan Kelly, Jr.
Case No.: 3:21-CR-00402

Dear Honorable Judge Seeborg,

My name is Shelly Tatum. I'm a native and a third generation San Franciscan. I reside and work in San Francisco. I have one son name Joshua Tatum. I'm a proud father and grandfather of three beautiful young grandchildren. I'm a member of Providence Baptist Church.

I'm self employed. My company is called Shelly Tatum Presents. I've produced concerts in the San Francisco Bay Area and California for over 20 years. I was the first African-American to produce a series of sold out jazz concerts at the Louise M. Davies Symphony Hall back in the mid 80's.

I currently have a Local Business Enterprise (LBE) with the City and County of San Francisco. Since 2015, I've produced live entertainment for the San Francisco Airport (SFO). I've booked over 300 artists and musicians to perform in designated locations to entertain travelers and SFO Airport employees.

I'm also an Independent Distributor for Enagic which is the world leader in producing Alkaline Water Home  Kitchen Ionizers.

My mother introduced me to Harlan Kelly in the mid-90's.  She worked in various departments for the City and County of San Francisco, but has since retired.

I was part of a group of guests who got a chance to tour City Hall when it was under construction back in the mid 90's.  Our tour guide was Harlan.  He narrated

all of the work that was being done to retrofit City Hall. It was an amazing experience.

Harlan and I have been friends ever since. He has always been an upstanding human being.  Fast-forward Harlan married the love of his life, Naomi. Our families have maintained a friendship over the last two decades. The Kelly family has always been supportive of the Tatum family. When my son received a football scholarship to USC, Harlan and Naomi were supportive by attending my son's going away celebration. Not a year passed that I didn't received a Christmas holiday greeting card from Harlan and Naomi with their new additions to the Kelly family…Mason and Trey.

Harlan had always been a respected and upright servant in the community, and had a great reputation while working for the San Francisco Public Utilities Commission.

I fondly remember running into Harlan at San Francisco City Hall, and having a conversation with him about drinking alkaline ionize water and trying to sell him a Kangen Water ionizer. I knew that Harlan managed Hetch Hetchy Reservoir, and thought I'd persuade him to buy one. He acknowledged that Enagic Kangen Water Ionizers were the best, but I was unsuccessful.

It saddens me to write this letter.  I know that Harlan's good deeds outweigh the not good.  I believe in second chances and hope that he receives leniency.

I support probation and him giving back to the San Francisco community versus prison confinement.

Thank you for your consideration.

Very truly yours,

*Shelly Tatum*

Shelly Tatum

Shon Buford
P.O. Box 24249
San Francisco, CA 94124
415-760-1533
Shon.buford@gmail.com

January 9th, 2024

The Honorable Richard Seeborg
Chief District Judge
*United States District Court*
*Northern District of California*
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

> **RE:**   ***United States v. Harlan Kelly, Jr.***
> **Case No.: 3:21-CR-00402**

Dear Honorable Judge Seeborg,

My name is Shon Buford, and I've known Harlan Kelly for nearly twenty years. As a native San Franciscan, I have been an employee of the City and County of San Francisco for 34 years, a husband, and a father; I can tell you Harlan has been a mentor and model citizen to many people over the years.  I first officially met Mr. Kelly in 2005 as a young, inspiring leader for San Francisco Firefighters' Local Union. Mr. Leroy King, Harlan Kelly, and a few other community leaders gave me valuable guidance and information that helped shape me into the person I am today.

Harlan is a kind and open person who generally shares his knowledge, life experiences, and skills to help others achieve their goals. Harlan inspired many young African American men like me to live up to our potential through the vast number of projects he worked on that helped enhance San Francisco's infrastructure.  Not only did I get to know Harlan for his body of work, but we also soon began to become friends, because I admired his relationships with his wife, parents, and kids. I loved that being a working professional didn't mean you couldn't also be a good person, husband, father, son, and/or friend. Harlan tried to carve out time for others, whenever he could.

I'm aware that the legal system has found Harlan liable for serious criminal offenses. I pondered whether or not I should write this letter of support, but I know deep within my heart that Harlan does and did not have criminal intent. I've watched how the events of this investigation and trial have affected him, his family, and his friends. I believe that Harlan is truly remorseful for the events that led to his conviction, as well as the personal, professional, and financial losses to him and his family, and he is willing to make amends. Harlan has always been a hardworking and responsible member of the community, and I believe that he has the potential to continue to make positive contributions to society.

Harlan is not a bad person, and he and his family have already paid a large price.  I would hate to have to see two promising young men navigate a difficult time in their lives without their father in the house to guide and support them.

I respectfully request that you consider showing leniency in Mr. Harlan Kelly's sentencing. I believe that Harlan has learned from his mistakes and is committed to making a positive change in his life and in the lives of others.

Thank you for your time and consideration.


Very truly yours,


Shon Buford

Shonna M Cook

219 Granada Ave

San Francisco, CA. 94112

(415) 439-3499

Shonnacook@gmail.com


November 15, 2023


The Honorable Richard Seeborg

Chief District Judge

*United States District Court*

*Northern District of California*

Courtroom 3 - 17th Floor

San Francisco, CA 94103


RE:  *United States v. Harlan Kelly, Jr.*
       Case No.: 3:21-CR-00402

Dear Honorable Judge Seeborg,

I am writing to express my support for Harlan Kelly, someone I have known for over 20 years as a friend and neighbor. We met through NSBE (National Society of Black Engineers), and over the years, our friendship has deepened through shared experiences, including attending Harlan and Naomi's wedding, celebrating baby showers, and joining in birthday parties.

In my interactions with Harlan, I have always witnessed a person of integrity, compassion, and dedication. His commitment to both his community and family is evident, and I believe these qualities define his character.

Harlan is the father of 2 sons who are at a critical stage in life, entering high school and freshman year of college. I have seen firsthand his meaningful and positive impact on their upbringing. He has always been a very engaged and supportive parent, being present at all their baseball and football games, helping with homework, and sharing the responsibilities of pickups and drop-offs. His active involvement in their lives goes beyond the ordinary, emphasizing his commitment to their well-being and success.

I recall a conversation years ago when Harlan mentioned that he never terminates anyone; instead, he creates opportunities to motivate them as an employee. This approach reflects his positive outlook and commitment to helping others succeed.

In addition to his roles as a parent and professional, Harlan has coached his sons' basketball and

flag football teams. His willingness to invest time and effort into coaching underscores his dedication to not only his own children but also to fostering positive experiences for others in the community.

I want to highlight Harlan's generosity and willingness to help others. Whenever I needed assistance, Harlan took the time to help me or refer someone who could. His commitment to community and family combined with his positive contributions, is evident.

I understand that Harlan will be sentenced for serious criminal offenses of a non-violent nature. Considering Harlan has no previous criminal history, and with his long commitment to community and family, I believe he is genuinely committed to making amends and continuing to impact his sons' lives positively.

As someone who has worked as a flight attendant for 27 years and has a child of my own, I understand the complexities of balancing a demanding career with family responsibilities. Harlan's dedication to his family has always been evident, and I am confident that he can rehabilitate quickly.

For these reasons, I am requesting leniency in Harlan's case. I believe that considering his positive contributions to our community, his dedication to his family, and the potential for rehabilitation, it is crucial to determine the appropriate course of action.

Thank you for taking the time to consider my perspective. I hope you will weigh all aspects of Harlan's character and contributions when making your sentencing decision.

Very truly yours,

*Shonna M Cook*

Shonna M Cook

Sophie Maxwell
1568 Jerrold Avenue
San Francisco, CA 94124
Sophiemaxwell9@gmail.com

December 18, 2023

The Honorable Richard Seeborg
Chief District Judge
*United States District Court*
*Northern District of California*
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

      **RE: *United States v. Harlan Kelly, Jr.***
      **Case No.: 3:21-CR-00402**

Dear Honorable Judge Seeborg,

My name is Sophie Maxwell.  I am a former member of the San Francisco Board of Supervisors representing the Southeast side of the city including the Bayview Hunter's Point neighborhood. Currently I serve as a SFPUC Commissioner.

I have known Harlan Kelly for over 20 years. I felt compelled to reach out and share my experiences working with Harlan and speak to his character as a tireless leader serving San Francisco residents. His authenticity and unwavering commitment to the community left an indelible mark on me. It is impossible to navigate the streets of my community, Bayview/Hunter's Point, without encountering the tangible fruits of his labor. From improved infrastructure to community facilities, Harlan's impact is unmistakable.

Time and time again, Harlan demonstrated that operational excellence and advocacy for underrepresented communities are not mutually exclusive endeavors. When he joined the SFPUC, one of Harlan's first tasks was implementing a complex $4 billion regional capital program to reinvest in the city's drinking water system. This project, the Water System Improvement Program (WSIP), became not just an investment in infrastructure but a promise to the residents of San Francisco and the greater Bay Area that they will have access to clean, safe water for the next century.  When he became General Manager at the SFPUC, Harlan took on the challenge of reinvesting in the city's sewer infrastructure, which was in a state of disrepair. Because over 80% of the city's sewage is processed at the Southeast Treatment Facility located in Bayview Hunter's Point, the local community is disproportionately impacted on a daily basis. I had the opportunity to engage directly with Harlan throughout the Sewer System Improvement Program. Harlan's honest communication and courage consistently struck me. He was not afraid to recognize the past shortcomings of the SFPUC's interaction with the

community and boldly paved the way for a future where the SFPUC truly serves the residents. As part of designing the Sewer System Improvement Project, Harlan insisted that the SFPUC conduct an environmental justice analysis - the first of its kind.  This provided the foundation for renewed trust and accountability in air quality and odors. It showed me that Harlan understood the importance of giving the community a voice.

Harlan took the time to listen to the community and implemented what the community wanted and needed, if feasible. For example, he ensured the Southeast Community facility reflected what the community wanted for that neighborhood center, such as education, a childcare center, affordable small business and non-profit office space, and art that reflects the community. When the merchants and small businesses wanted decorative holiday street lights down Third Street as the City did for Market Street to promote economic development, Harlan delivered.

One of the things that sets Harlan apart from other leaders is his comprehensive vision for the city. He possesses the rare ability to see the big picture and inspire others to share that vision. He transformed the SFPUC into a "Utility of the Future," characterized by equity, equality, and diversity, all of which remain guiding principles for the agency today. Harlan transformed that vision into a collective endeavor, and the impact is felt citywide. The positive legacy Harlan leaves behind is monumental. The landmarks he personally oversaw, such as Kezar Stadium, MLK Swimming Pool, the Southeast Community Center, and the SFPUC Headquarters, will shape the cityscape for generations.

I thank you for reading my letter and taking the time to know Harlan as I do. If you are able, I invite you to go to the Southeast Community Center at 1550 Evans Street in SF, where you can see firsthand an example of who Harlan is. This beautiful community asset is one of the last projects Harlan completed before leaving the SFPUC.  Every inch of this building was designed with excruciating care and represents the countless nights and days Harlan dedicated to the betterment of our city.

With heartfelt support,

Sophie Maxwell

Stephen Davis and Jill Cowan
2616 Jackson Street
San Francisco, California 94115
415 850-5784 sjamesdavis@protonmail.com

March 5, 2024

The Honorable Richard Seeborg
Chief District Judge
*United States District Court - Northern District of California*
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

      RE:    *United States v. Harlan Kelly, Jr.* **Case No.: 3:21-CR-00402**

Dear Honorable Judge Seeborg,

I am writing this letter on behalf of myself Stephen Davis and my wife Jill Cowan. By way of background, my wife and I moved to San Francisco in 2000. We have three kids – 23, 21 and 17 yrs old – all of whom were born and raised in San Francisco. My wife ceased being employed to raise our kids and to be involved in the SF community. She's served several boards including Pacific Primary, University High School, Children's Creativity Museum, Boys & Girls Club, YMCA of San Francisco, and she currently serves on the boards of the Museum of the African Diaspora (MoAD) and the American Conservatory Theater (A.C.T.). Jill's also deeply involved in several organizations including Jack & Jill, a mother's group of African American women, and The Links, a social group of African American women.

We moved to San Francisco for my work. I left the firm I co-founded and came to San Francisco for, and in 2010 I started my own firm Banneker Partners, which focuses on investing in tech and software companies. I've been active in the San Francisco community as well having served on the boards of Glide Memorial Church and the Center for Investigative Reporting.

Jill and I have known Harlan and Noami for almost 20 years now. We first met as parents of young children at Pacific Primary preschool. Both of our families shared the same values of caring deeply about our children and community, of being present and involved. Our families became fast friends and that friendship's blossomed and deepened through the now almost 20 years.

Jill and I have the utmost respect for Harlan as a person and as a father. He's been a stalwart in our community and personally a dear friend. He's been an exceptional father to his two fine young men who are now in high school. We are not alone in regarding Harlan this way – everyone we know sees Harlan the same: a pillar in our community, a man with a great heart, and most of all a great father and husband.

We are aware that Harlan has been convicted of serious crimes and is to be sentenced. My wife and I respectively ask and hope that you consider the full picture of who is. Harlan means so much to our family, our community and most importantly his family and his two young boys. Please permit him to be here with us.

Very truly yours,

Stephen Davis

Steve Kawa
4763 18th Street
San Francisco, CA 94114
415-706-3884
stevekawa61@gmail.com

November 13, 2023

The Honorable Richard Seeborg
Chief District Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 3 - 17th Floor
San Francisco, CA 94102

RE:     United States v, Harlan Kelly, Jr.
        Case No.: 3:21-CR-00402

Dear Honorable Judge Seeborg,

I write in regards to Harlan Kelly.  I got to know Harlan during my 25 years working for the City and County of San Francisco.  I was at the Board of Supervisors for 5 years as a legislative aide.  My responsibilities during my 20 years in the Mayor's office included being the Liaison to the Board of Supervisors, Legislative Director, Acting Budget Director and Deputy Chief of Staff to Mayor Willie Brown.  I was Chief of Staff to both Mayor Gavin Newsom and Mayor Ed Lee.

I met Harlan when he was the City Engineer and continued working with him throughout his career, including his time as the General Manager of the Public Utilities Commission. During this time I had an opportunity to work with him on a variety of issues.  I found Harlan to be a dedicated and hard-working public servant who was able to improve the lives of San Franciscans.  He led a large, complex enterprise department that is necessary to provide San Franciscans with safe and reliable drinking water, an improved sewer system and clean municipal power - vital services and infrastructure to hundreds of thousands of people.

I also had the experience of knowing Harlan on a personal level.  He is very dedicated to his community and family.  Harlan and his wife Naomi are raising two amazing boys and I have witnessed first hand his love and support to his children.  He has instilled in them a strong work ethic around their education and responsibility to family and community.

I close, I hope the Court looks at the totality of the life of service Harlan had to the public, his community and family and its positive impacts on so many lives.

Very truly yours,

Steve Kawa

Susan Leal
54 Palm Avenue
San Francisco, CA 94118
Susan@susanleal.com
Mobile: 415-572-1066

November 15, 2023

The Honorable Richard Seeborg
Chief District Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

**RE: United States v. Harlan Kelly, Jr.**
**Case No.: 3:21-CR-00402**

Dear Honorable Judge Seeborg,

As someone born, raised, and living in San Francisco, I care deeply about how this City functions. From 2004 to 2008, I was General Manager of the San Francisco Public Utilities Commission. Besides being responsible for ongoing operation of the water, wastewater, and power utility, I was tasked with leading the utility's $4 billion seismic upgrade of the City's water system (our system crosses three active faults). In this effort, Mr. Kelly was an invaluable senior member of the team. His efforts on the seismic upgrade included revamping the utility's engineering unit, developing the complicated project labor agreement with several unions, coordinating the several utility divisions involved in the project among other activities vital to our success.

He has given a lot to San Francisco beyond his professional duties including establishing well-regarded mentoring programs that are essential for workforce development. He is one of the kindest and most empathic people that I've worked with in my professional career.

Very truly yours,

Susan Leal

Tania Lee & Brianna Lee
3439 Newton St.
Mt. Rainier, MD 20712
(415) 652-3291
tanialee15@gmail.com

January 4, 2024

The Honorable Richard Seeborg
Chief District Judge
*United States District Court*
*Northern District of California*
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

**RE: United States v. Harlan Kelly, Jr.**
**Case No.: 3:21-CR-00402**

Dear Honorable Judge Seeborg,

My name is Tania Lee and I am a friend of Harlan Kelly, Jr. I'm writing this letter on behalf of myself and my younger sister, Brianna Lee. We both met Harlan through our parents, former Mayor Ed Lee and Anita Lee, back in the early 2000s, when I was a college undergraduate and Brianna was in high school. Currently, I am a Senior Product Manager based in Washington, DC, focused on building technology solutions for democracy focused nonprofits. Brianna is a journalist and Engagement Producer based in Los Angeles and is focused on making local government and elections more accessible through her work at LAist. We both got to know Harlan and his growing family throughout the years at gatherings of family and friends.

We're writing this letter in support of Harlan as we are aware he is to be sentenced for serious criminal offenses. We'd like to offer some additional details about him so you can have a fuller picture of Harlan's role in the lives of his friends and family as you consider his sentence.

When our father was alive, there was no shortage of people who would claim to be friends of our family. That changed after our father unexpectedly passed away in 2017. Once he passed, we found a drastically smaller number of people who were truly friends to our family. But Harlan was one of them.

In our darkest hour of grief, Harlan and his family were there for us. He went out to dinners with us so we could focus on something other than our own pain. When we needed to wrap up loose ends from our father's death, he helped us navigate which city departments to talk to. The following year he opened his home to us to host a baby shower for my sister's first child.

**HK-SENTENCING-0125**

And in the middle of all this, when another close friend was diagnosed with an incurable disease, we saw Harlan show up for her, too. He visited her bedside often, checked in on her family, helped with errands and offered a kind ear for emotional support. None of what Harlan did for her, or us, were things he had to do or had anything to gain from. But he did it anyway, and has continued to be there for us all these years later.

This kindness and dedication that Harlan has displayed in his personal life has definitely shaped his two sons, who we've also had the pleasure of knowing over the years. We know that this trial has deeply pained Harlan's family, his sons especially. Our hearts are with them during such a difficult time.

We hope that you will take Harlan's deep commitment to friends and family into consideration as you make your final sentencing decisions.

Very truly yours,

Tania & Brianna Lee

Thomas & Jacqueline Marx
450 Scott Street
San Francisco, CA 94117
(415) 244-4474
Tjmarx3@gmail.com

NOVEMBER 20, 2023

The Honorable Richard Seeborg
Chief District Judge
*United States District Court*
*Northern District of California*
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102

      **RE:**    **United States v. Harlan Kelly, Jr.**
              **Case No.: 3:21-CR-0042**

Dear Honorable Judge Seeborg,

      I am a native of San Francisco and am married with three boys. I'm employed with the San Francisco Public Utilities Commission as a Utility Specialist and have worked there for 7 years. My wife, Jacqueline, has been employed as a Lactation Consultant at the California Pacific Medical Center for 15 years.

      We first met Harlan and Naomi at our children's elementary school, Star of the Sea. We would regularly catch up following the school's morning announcements and after our kids had gone into the classrooms. They were warm and genuinely interested in our family. Our youngest boys were in the same class and shared similar interests, so we often set up times for play dates and sleepovers to nurture their friendship. The Kellys' older son was just a year older than our middle child so the two of them would connect on occasion.

      I participated with a group of other Star of the Sea fathers playing pick-up basketball Sunday nights at the school gym. Harlan would regularly attend and was always respectful of other players regardless of the games' outcome. At the end of the night, many of us would walk to a nearby restaurant and talk about professional sports and family life.

      Since leaving Star of the Sea, we've attended several school events with the Kellys such as the BSU Showcase at Saint Ignatius High School for our older sons, competing as opposing basketball coaches for our younger sons' teams, as well as other school fundraising events. One night, the Kellys hosted a dinner with friends and family to watch a Playoff Warriors game. Throughout the course of the evening Harlan and I would discuss several topics including one related to growing up as black men and raising our boys after having our own experiences of racism. We talked about how to balance our concern to protect them while preparing them to be independent in the future.

      We are aware Harlan is going to be sentenced for serious criminal offenses. We are concerned about the sentencing's effect on him and his family. All our interactions with the Kellys, and particularly Harlan, have been positive. Harlan has shown to be a loving and present father to his sons and shows concern for others.

Very truly yours,

THOMAS MARX          JACQUELINE MARX

HK-SENTENCING-0127

Timothy Alan Simon, Esq

788 Jamestown Avenue

San Francisco, Ca 94124

(415) 505-1723

tas@tastrategies.com

The Honorable Richard Seeborg

Chief District Judge

United States District Court

Northern District of California

450 Golden Gate Avenue

Courtroom 3-17th Floor.

San Francisco, CA, 94102

Re: *United States vs Harlan Kelly, Jr.*

Case No.: 3:21-CR-00402

My name is Timothy Alan Simon. I am a native of San Francisco, an attorney, former Appointments Secretary for the State of California in the Arnold Schwarzenegger Administration and served six years as a Commissioner on the California Public Utilities Commission. I currently serve as Chairman of the California African American Chamber of Commerce, Board of Trustees, University of San Francisco, and Board of Trustees, SFJAZZ, amongst other non-profit and publicly traded Board of Directors.

It is an honor for me to offer these words on behalf of Mr. Harlan Kelly. I met Harlan over twenty-five years ago, when we enrolled our sons into the Project Pull Program. This dynamic program, under Harlan's vision and leadership, recruited minority youth to work in the engineering and infrastructure fields. My sons worship Harlan and because of his mentorship Nahel, who formerly worked for the San Francisco Public Utilities Commission, hired by Harlan, now works for the San Francisco Department of Public Works. Our son Jamal has his own construction company in Sacramento, as well as Point Falls, Idaho. Their exposure to Harlan ironically, and I say this with humor, caused them to lose interest in following their dad into the field of law.

Harlan's positive impact on San Francisco is unmatched. His compassion for community engagement through the SFPUC has literally changed the lives of young women and men who are, too often, forgotten because of their race, gender, lifestyle, or zip code. Harlan embraces the disadvantaged and shows them the possibilities of their talents. Many of these youth come from families that have never experienced a bona fide legitimate career. Through Harlan's embrace, that impact stretches to multiple agencies and contractors in San Francisco, as well as brilliant and compassionate on ramps, like Project Pull, migrating the disadvantaged into the middle class.

Harlan is a family man, an accomplished engineer, and a man of the people. I am concerned about opportunities for certain neglected communities, referenced above, in San Francisco in the aftermath of his absence. For these reasons, amongst others, I ask for this court's mercy on Harlan. Knowing Harlan as I do, I know he has learned from this tragedy. He and his family have suffered embarrassment by a sensationalized San Francisco press corp. Keeping Harlan out of Federal Prison will allow him to apply his exceptional talent to help San Francisco attack its problem of the disenfranchised, who cannot find a path to legitimate employment. Harlan is a treasure to this city and my community.

Thank you for reading my letter.

Sincerely,

Timothy Alan Simon, Esq.

Tyrone Jue
2106 40th Avenue
San Francisco, CA, 94116


December 23, 2023


The Honorable Richard G. Seeborg
Chief District Judge
*United States District Court*
*Northern District of California*
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, CA 94102


**RE:**     ***United States v. Harlan Kelly, Jr.***
            **Case No.: 3:21-CR-00402**


Dear Honorable Judge Seeborg,

I trust this letter finds you well. I am writing to you in my personal capacity as a friend and former colleague of Mr. Harlan Kelly, who is currently awaiting sentencing. My intent is to offer a personal perspective on Mr. Kelly's character and respectfully request leniency in his sentencing.

I have had the privilege of knowing Harlan for over fifteen years, having worked closely with him during this time. Our professional relationship has evolved into a genuine friendship. I am also acquainted with his family—his wife, Naomi Kelly, and their two sons, Harlan Kelly Jr. and Mason Kelly, all of whom I hold in high regard.

Harlan has demonstrated unwavering compassion and generosity throughout his three decades of dedicated public service. His commitment to improving our city for the public benefit is evident in public projects such as Kezar Stadium, the new Southeast Community Center at 1550 Evans St., enhancements to our city's water and power systems, the launch of the city's first community choice aggregation program to accelerate our clean energy goals, and initiatives like the city's first recycled water project at Harding Park. However, above all, Harlan's grounding force is his family and friends. A family man at heart, he has consistently prioritized the well-being of his loved ones, offering unwavering support emotionally and financially.

Another notable testament to Harlan's positive impact is the Project Pull program, an initiative he founded and managed for multiple decades. This program, born out of Harlan's calling to help high school youth, particularly those of color, discover public service, has empowered countless young individuals, guiding them towards educational and career goals. Many of these

**HK-SENTENCING-0130**

mentees have gone on to become successful professionals and leaders, contributing significantly to various fields, including government.

I am deeply saddened by the circumstances surrounding Harlan's legal situation. The charges he is facing have undoubtedly taken a toll on him, and, more significantly, on his family. Witnessing the pain and hardship they are enduring is disheartening.

Your Honor, I respectfully urge you to consider Harlan's longstanding commitment to public service and his significant positive impact on our San Francisco community when determining an appropriate sentence. Harlan's desire to help others has been the driving force behind his thirty years of public service, motivated not by personal gain but by a genuine wish to be a positive force in the lives of those he serves.

I understand the severity of the situation, and I do not seek to diminish the importance of accountability. However, even acknowledging any mistakes Harlan may have made, I truly believe that society and San Francisco would be better served through a sentence of probation and community service. This, I believe, aligns with the nature and extent of his offense and allows Harlan to make amends while continuing to support his family and contribute to society.

Thank you for your time and consideration. I hope that you will weigh the positive contributions Harlan has made against the backdrop of the current situation. Your decision will have a profound impact not only on him, his family and the community he has served diligently.

Sincerely yours,

Tyrone Jue

Ulysses Ron Vinson Jr.
2198 Fell Street
Unit #2
San Francisco, CA 94117

January 17, 2024

Hon. Richard Seeborg
Chief District Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  United States v. Harlan Kelly Jr.
     Case No.  3:21-CR-00402

Dear Honorable Judge Seeborg:

It is with great sadness that I'm writing this letter to you, but I hope it provides a personal and altruistic perspective of my dear friend Harlan Kelly.

In 1998, I moved from Atlanta, Georgia to San Francisco, California to work for the honorable Mayor Willie L. Brown Jr. I arrived not having any friends or business connections, knowing only the people that interviewed me during the job selection process. As the newly minted Deputy Press Secretary, I had a lot of ground to cover.  As an African-American coming from a majority black city, it was kind of a culture shock when I first arrived in San Francisco City Hall.

Thankfully, I was introduced to Harlan through a work colleague.  Humorously, I was able to get from him a recommendation for the best barber shop in town.  I just couldn't go to "Super Cuts".  I was forever grateful to find one that was culturally specific.  Shortly thereafter, I recognized that Harlan was not only plugged in as a talented government staffer, but also someone who was passionate about the community at large.  After a year on the job, I was appointed Director of the Mayor's Office of Neighborhood Services. I relied on Harlan's wisdom and shared passion for making sure all communities had an ally in local government.  In fact, over time I was often mistaken for Harlan in the community.  It was a running joke for years between us.  As a city engineer at the time, it was not necessarily part of his job description, but he was a de facto community liaison particularly in the African-American community. He went beyond the call of duty to help those in need. He introduced me to all the important community stakeholders that I could work with to get my neighborhood projects successfully off the ground.

Over the years, I watched Harlan's career flourish, taking on roles that greatly improved the quality of life of those who live and worked in San Francisco, and seeing him become a nationally recognized figure in the sustainable public power movement, as well as managing successful environmentally sound infrastructure improvement projects. All the while, Harlan was committed to helping others to advance in their own careers. There's an old phrase "Lift as we Climb" that embodies exactly what Harlan practiced during his ascent in his professional career.  He was always passing along opportunities to those that might not know opportunities existed for them.  That outreach was not for a select few.

HK-SENTENCING-0132

Harlan championed diversity - targeted women, people of color, LGBTQ+ men and women, seniors, and members of the disabled and neurodivergent communities.

He was also very astute at helping young disenfranchised, at-risk youth through programs he developed that promoted job creation and training. I often run into many of these young people who are now adults living healthy lives, and achieving in their prospective fields as a result of Harlan's efforts.

On a very personal note, I arrived in San Francisco as a Gay/Bisexual man deeply rooted and comfortably living in the closet. My biggest fear was that people would find out about my sexuality and treat me differently. In fact, I had a partner and I didn't want anyone to know. I know this might sound strange given San Francisco's history of celebrating LGBTQ+ lives and causes, but again it's something that is often frowned upon in the black community. I remembered the first person I came out to was his then girlfriend and now wife Naomi, knowing she would probably tell him. Well, she did and I was greeted with instant love and acceptance. I am forever grateful, as it changed my whole outlook of myself and that it was ok to be this way.

When I read the charges and later the verdict that faced Harlan, I knew I had to give my perspective. As a career civil servant in leadership roles, I'm very aware of the nuance between helping people and abiding by the rules. You are constantly being all things to all people. It is true mistakes were made, but in my humble opinion, Harlan did not and does not have malice in his heart. When I think about the full breadth of his lapse of judgment, I can't think of anyone who suffered as a result. When I think of all the things Harlan has done for the community, his good deeds will never be overshadowed by the verdict that sits before you. Harlan gave so much of himself to others. In this case, obviously too much. The court of public opinion is often brutal, and through all media accounts, is not on his side. With that said, I do believe in our judicial system and what it stands for.

In short, Harlan made mistakes. His legacy is compromised. However, I am genuinely concerned about his wife and teenage boys that he would be leaving behind as a result of a harsh sentence. Throughout this ordeal, Harlan has dedicated his time to being a good father, husband, family member and friend. That time was often greatly fractured in the past, while he was out making San Francisco a better place. I hope that accounts for something.

Your Honor, I hope you find value in this letter of love, and the admiration that I have for Harlan while considering what you deem appropriate for sentencing. If you have any questions or require further information, please don't hesitate to contact me at (415) 505-6934.

Thank you,

Ulysses Ron Vinson Jr.

Veronica Ng
166 Finch Court
Hercules, CA 94547
Vng1617@gmail.com

Dec.5, 2023

The Honorable Richard Seeborg
Chief District Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 3 – 17th Floor
San Francisco, 94102

      RE:  United States v. Harlan Kelly, Jr.
          Case No.: 3:21-CR-00402

Dear Honorable Judge Seeborg,

     My name is Veronica Ng. I worked for the City and County of San Francisco from May 1986 to June 2016.  When I was working for the S.F. Human Right Commission I was assigned to oversee the M/W/LBE Program requirements for the Department of Public Works (DPW) contracts.  While I was assigned to DPW I met and worked with Mr. Harlan Kelly, City Engineer for DPW on the issues related to the DPW's contracts.  I reported to Mr. Kelly on concerns that I came across on the DPW contracts.  He is very concerned about issues and ways to improve and resolve the contracting problems.  He constantly received complaints from subcontractors that they are not getting pay from the Prime contractors.  At the staff meeting, Mr. Kelly raised the question of the payment problems and I explained to Mr, Kelly the difficulties on monitoring contracts and to track the payments of Prime contractors to their subcontractors.  He understands the problem and started working with me on ways that can better monitor this problem.  He decided to create a DPW Form that required the Prime contractors to report to DPW on each contract payment received from DPW and how they pay their subcontractors accordingly under each payment received.  With this process, we will have the information on how the prime contractor is utilizing their subcontractors and paying them accordingly through out the contract phase.  This DPW Form proved to be a very effective way to monitor and track payments accordingly from Prime to Subs.  It decreases the complaints from Subcontractors about not getting pay from Prime.  Later on, because this Form is so useful, it got adopted by the SF Human Rights Commission under the M/W/LBE Program as one of the official bidding requirements Forms (Form 7) on HRC City contracting Attachments for all City Departments until now.

     In 2000 I was assigned to work at the SF PUC Department monitoring the LBE requirements for their projects including the SFPUC Water System Improvement

1

HK-SENTENCING-0134

Program (WSIP) Regional Program.  The WSIP Regional Program is to rebuild and retrofit the regional water system with projects spread over seven counties to San Francisco.  In fairness to the seven counties within the regional program to enjoy the same SFLBE benefit, Mr. Kelly worked with Human Rights Commission with me being the assigned staff to develop a SFPUC Program for the WSIP projects.  The SFPUC Program will provide the same bidding benefits to the LBE firms located within the seven counties under the regional program.  Mr. Kelly worked with the community leaders to negotiate all the details for the SFPUC program using the SF Human Rights Commission LBE program as a base.  The SFPUC Program is a crucial of the WSIP Program.

I have worked with Mr. Harlan Kelly for over 20+ years in my career working for the City and County of San Francisco.  I have found Mr. Kelly a very dedicated leader and is always willing to work with staff to resolve problems.  He is very supportive of the SF M/W/LBE Program in the past 20+ years and is very concerned about the problems that the minorities, women and LBE businesses encountered.

I am aware that Mr. Harlan Kelly is going to be sentenced for serious criminal offenses, but I wanted to share with you my experience working with Mr. Kelly in the past 20+ years and some of the good work that he has accomplished.  If you have any questions, please feel free to contact me.

Very truly yours,

Veronica Ng

HK-SENTENCING-0135

Vitaly B. Troyan, PE
138 Knight Drive
San Rafael, CA 94901
415-454-4568
vandmtroyan@comcast.net

      RE:    **United States v. Harlan Kelly, Jr.**
                **Case No: 3:21-CR-00402**

Dear Honorable Judge Seeborg:

I'm Vitaly Troyan, a registered Civil Engineer in the State of California with over 40 years experience in municipal engineering including 33 years with San Francisco's Department of Public Works. I have served as Chief of the Bureau of Engineering in San Francisco, City Engineer of Los Angeles, and Director of Public Works of the City of Oakland where I was recognized as one of the American Public Works Association's Top Ten Public Works Leaders of the Year. I first hired Harlan as an Engineering Student Trainee when he was attending the University of California, Berkeley.

I knew Harlan when, as a young engineer in 1989, he stunned everyone by developing, in three days, a computerized program to track the recovery effort from damage done by the Loma Prieta Earthquake, resulting in millions of dollars in FEMA reimbursement for the City of San Francisco.

I knew Harlan as he grew and matured, taking on ever more difficult projects such as the reconstruction of Kezar Stadium.

I knew Harlan when he convinced me to go to a conference of young minority engineers to show the wealth of talent that was available outside the usual white male recruiting channels.

I knew Harlan when he started "Project Pull", a highly successful effort to help minority students achieve academic success.

I watched Harlan progress steadily through promotion after promotion always remembering those who helped him along the way.

When Harlan became City Engineer, I watched him keep his integrity and protect me from the Brown Administration when I crossed swords with the newly elected Mayor (which ultimately resulted in my leaving San Francisco to become City Engineer of Los Angeles).

I worked with Harlan from 2003 to 2007 when he successfully led the $4 billion reconstruction of San Francisco's Water Supply System from Hetch Hetchy to the Bay Area, a feat that earned him recognition from the University of California's Engineering Alumni. At the same time, I watched him change the system to create more opportunities for women and minority consultants and contractors.

I watched Harlan date Naomi, get married, and rear two marvelous children, always making time for his family despite his many responsibilities and conflicting demands on his time. His family joined mine every Easter to celebrate the holiday with our friends.

It now appears that Harlan is to be sentenced for some serious criminal offenses. Harlan has been, and continues to be, a good man who made some poor decisions. I sincerely hope that his lifetime of service to the City and the many good deeds he performed in opening doors for women and minorities can be used to offset some of his mistakes. I believe he has a lot more to offer society through community service, and that his sons, his family and society would all gain more from his presence than his incarceration.

Very truly yours,

Vitaly B. Troyan, PE

Wayne Perry
241 5th Street
San Francisco, CA 94103
whpusa@yahoo.com

RE: United States v. Harlan Kelly, Jr.
Case No.: 3:21-CR-00402

November 28, 2023

Dear Honorable Judge Seeborg,

My name is Wayne Perry, a native Bay Area resident and small business owner/advocate. I am writing this letter on behalf of Harlan Kelly, whom I have known for over 30 years. Mr. Kelly is a man of integrity, honesty, generosity, and always makes efforts to serve to his community. In addition to being a community leader and thought leader in the engineering industry, Mr. Kelly is one of the most kind and caring people I know, and a genuine role model for young adults and high school kids interested in the architecture, engineering and construction management professions.

He regularly volunteers his time to mentor small, minority, and women owned businesses on his own time. While as a department leader within the City & County of San Francisco, he established an employment program to help disadvantaged youth and local residents achieve internships and full employment throughout various City departments. This was not a requirement of his City position, rather he was the champion and established the program for the local Bay Area community.

He is a loving husband and family man to two young boys, and the caretaker of his parents and other family members. Both he and his wife, Naomi Kelly are an example of caring parents, loyal friends, compassionate neighbors, faithful church members, and leaders who serve and enrich our Bay Area community.

I do not have words to explain how important it is for you to please consider all of what I have written. I hope that this letter will convince the Court that Mr. Kelly is a good man, and that my testimony will be taken into consideration in your judgment of him.

Sincerely yours,



Wayne Perry

William Rutland
1372 Commons Drive, Sacramento Ca. 95825
(916) 798-4445
Wrutland@ka-pow.com

The Honorable Richard Seaborg
Chief District Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 3-17th floor
San Francisco, Ca. 94102

RE: United States v. Harlan Kelly
    Case No. 3:21-CR-00402

Dear Honorable Judge Seaborg,

I have known Harlan Kelly and his wife Naomi for more than 30 years. I was a legislative employee working in both the Senate and Assembly for more that 20 years. I worked for both Democrats and Republicans, but my longest engagement was working for the former Speaker of the Assembly, Willie Brown. I later became a lobbyist with offices in Sacramento, San Francisco and Los Angeles. I have three sisters, all whom worked in the Bay Area. Ginger Rutland was a TV reporter for KRON covering the state capital and local politics and later on the editorial board of the Sacramento Bee. Her twin sister, Patty-Jo Rutland, is a lawyer and worked as a consultant for several different entities including PRWT, a subsidiary of Lockheed-Martin. Elsie Rutland, a social worker, spent a career with Alameda County working in adoptions and foster care.

Because of my work in the city and my friendship with the mayor, I was able to watch Harlan grow from the City Engineer of San Francisco to the General Manager of the third largest municipal utility agency in California. His education and expertise is well known and I do not need to repeat them. Still, the crimes for which he's been convicted are very serious and, frankly, I was surprised and disappointed in him. None-the-less, his misdeeds should not entirely dismiss his considerable accomplishments.  He spearheaded the repair of the sewer system for the city and county of San Francisco. He oversaw the restoration of city hall following the 1989 earthquake. He was also involved with charitable organizations, most notably the Catholic Youth Organization where he coached soccer, basketball and baseball.

Although his crimes are serious, he has already been severely punished. Let's start with the public humiliation he and his family have endured since he was charged. His children have had to deal with the news reports about their father at school and their other activities. His wife has had to give up her high-ranking job with the city of San Francisco. He's had to ruin himself financially to pay for his defense. I would guess that the tremendous fall from such a high perch is a very significant amount of punishment as well. And, beyond this recent conviction, Harlan has never been charged or convicted of anything. He's lived an exemplary life.

If part of the reason for incarceration is to begin rehabilitation,  I would submit that it has already begun for Harlan. He has had to face the guilty verdict and now must raise his family after such a devastating fall. Separating Harlan from his wife and children does not seem like a win for anyone. The city, state and federal agencies have their victory. Harlan has been removed from public office, humiliated and is close to financial ruin. Isn't that enough?  It would seem the greater win would be to

somehow use his talents, experience and expertise outside of incarceration. I would respectfully suggest that probation, coupled with community service, would seem to be more beneficial to everyone concerned, Harlan, his family and the public.

Very truly yours,

William Rutland