BRIAN H GETZ, ESQ. (CSBN: 85593)
LAW OFFICES OF BRIAN H GETZ
90 New Montgomery Street, Suite 1250
San Francisco, CA 94105
Telephone: (415) 912-5886
Facsimile: (415) 358-4770
Email: brian@briangetzlaw.com

JONATHAN MATTHEW BAUM (CSBN: 303469)
STEPTOE & JOHNSON LLP
One Market Street
Spear Tower, Suite 3900
San Francisco, CA 94105
Telephone: (510)735-4558
Email: jbaum@steptoe.com

Attorneys for Defendant
HARLAN KELLY, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HARLAN KELLY, JR.,<br><br>Defendant. | Case No.: 3:21-CR-00402-RS<br><br>**DECLARATION OF COUNSEL, BRIAN H GETZ, IN SUPPORT OF DEFENDANT HARLAN KELLY JR.'S SENTENCING MEMORANDUM**<br><br>Date: March 18, 2024<br>Time: 10:00 a.m.<br>Dept. Courtroom 3 – 17th Floor<br>Judge: Hon. Richard Seeborg |

I, BRIAN H GETZ, say and depose:

1. I am an attorney at law duly licensed to practice law in the State of California and before this Court. I am counsel of record for Defendant, HARLAN KELLY, JR., in the above-referenced matter.

2. I make this Declaration in support of Defendant Harlan Kelly, Jr.'s Sentencing

1

Memorandum.

3. I have personal knowledge of the facts stated herein and if called as a witness, I could testify competently to the matters set forth herein.

4. Attached as **Exhibit 1** is a true, correct, and complete copy of email correspondence between myself, Danielle Prince-Barkoren, David Ward, Kristina Green, and Tina Rosenbaum, from December 1, 2023 through February 25, 2024, regarding the factual basis of the "value of the benefit to be obtained by [Walter] Wong in acting with [Harlan] Kelly" as described in Mr. Kelly's Presentence Report.

5. Attached as **Exhibit 2** is a document that was attached to the above-described email thread, which was referred to in the email correspondence as the "LED Luminaries Bids Excel Sheet."

6. Attached as **Exhibit 3** is a true, correct, and complete copy of a letter from Elysia Marie Engelage, M.D., of The Permanente Medical Group, Inc., regarding Mr. Kelly's heart attack he suffered on February 21, 2024.

I declare under penalty of perjury that the foregoing is true and correct, except as to those matters stated upon information and belief, and as to those matters, I believe them to be true.

Executed on this day, the 11th of March 2024 in San Francisco, California.

                                         /s/ Brian H Getz
                                         BRIAN H GETZ

# Exhibit 1

| From: | Ward, David (USACAN) |
|---|---|
| To: | paralegal; Green, Kristina (USACAN) |
| Cc: | lawclerk; Rosenbaum, Tina (USACAN); Brian Getz; jbaum@steptoe.com; Davis, Ciara |
| Subject: | RE: RE: Harlan Kelly (Case No.: 3:21-CR-00402-RS) - PSR Letter Exhibits |
| Date: | Sunday, February 25, 2024 7:21:04 AM |

Hi Danielle – I shared those documents with you via USAFx on January 24. They are in the "U.S. v. Harlan Kelly – Documents for PSR" folder, in a subfolder called "Wong – Net Profit Calculations." You're listed as an editor on that folder. I'll resend an invite to the folder. Leet me know if you can't access them.

The documents were not used in trial so they are no trial exhibits. They have Bates-numbers on them, however. There is also a 302 of an interview we did with Frank Chu, who did the calculations.

Thanks,

Dave

**From:** paralegal <paralegal@briangetzlaw.com>
**Sent:** Friday, February 23, 2024 5:16 PM
**To:** Ward, David (USACAN) <DWard@usa.doj.gov>; paralegal <paralegal@briangetzlaw.com>; Green, Kristina (USACAN) <KGreen1@usa.doj.gov>
**Cc:** lawclerk <lawclerk@briangetzlaw.com>; Rosenbaum, Tina (USACAN) <TRosenbaum@usa.doj.gov>; Brian Getz <brian@briangetzlaw.com>; jbaum@steptoe.com; Davis, Ciara <cdavis@Steptoe.com>
**Subject:** [EXTERNAL] RE: RE: Harlan Kelly (Case No.: 3:21-CR-00402-RS) - PSR Letter Exhibits

Hi Dave,

I wanted to reach out and follow up to this email below from December 1st regarding the documents used to determine LED Luminaries Bid Excel Sheet? You mentioned you would send them to me back in December but I never received a follow-up. Also, would you please provide the trial exhibit numbers for each document used?

Thanks,

**Danielle Prince-Barkoren**
**Paralegal/Legal Assistant**
Law Offices of
BRIAN H GETZ
90 New Montgomery Street
Suite 1250
San Francisco, CA 94105
Direct: (415) 912-5886
paralegal@briangetzlaw.com

This message is intended solely for the use of the individual to whom it is addressed to and may contain confidential, privileged, or otherwise exempt information under applicable law.  If you are not the intended recipient

or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this message in error, please delete the message and alert the sender.

---

**From:** Ward, David (USACAN) <David.Ward@usdoj.gov>
**Sent:** Friday, December 1, 2023 4:17 PM
**To:** paralegal <paralegal@briangetzlaw.com>; Green, Kristina (USACAN) <Kristina.Green@usdoj.gov>
**Cc:** Brian Getz <brian@briangetzlaw.com>; lawclerk <lawclerk@briangetzlaw.com>; Rosenbaum, Tina (USACAN) <Tina.Rosenbaum@usdoj.gov>
**Subject:** RE: RE: Harlan Kelly (Case No.: 3:21-CR-00402-RS) - PSR Letter Exhibits

Hi Danielle – The LED Luminaires spreadsheet was created by counsel for Walter Wong. The information and calculations were done by Frank Chu, who works for Wong. It wasn't created for trial, but in preparation for sentencing. It was created using documents produced in discovery, and I'm working on getting those together to send to you next week.

Thanks,

Dave

---

**From:** paralegal <paralegal@briangetzlaw.com>
**Sent:** Friday, December 1, 2023 4:05 PM
**To:** Ward, David (USACAN) <DWard@usa.doj.gov>; Green, Kristina (USACAN) <KGreen1@usa.doj.gov>
**Cc:** Brian Getz <brian@briangetzlaw.com>; lawclerk <lawclerk@briangetzlaw.com>; Rosenbaum, Tina (USACAN) <TRosenbaum@usa.doj.gov>
**Subject:** [EXTERNAL] RE: RE: Harlan Kelly (Case No.: 3:21-CR-00402-RS) - PSR Letter Exhibits

Hi Dave,

I have a quick question – the LED Luminaries Bids Excel Sheet you sent to PSR, in your letter, you said this was created by Walter Wong. Can you please provide the trial exhibit number for this excel sheet?

Thanks,

**Danielle Prince-Barkoren**
**Paralegal/Legal Assistant**
Law Offices of
BRIAN H GETZ
90 New Montgomery Street
Suite 1250
San Francisco, CA 94105
Direct: (415) 912-5886
paralegal@briangetzlaw.com

This message is intended solely for the use of the individual to whom it is addressed to and may contain

confidential, privileged, or otherwise exempt information under applicable law. If you are not the intended recipient or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this message in error, please delete the message and alert the sender.

**From:** Ward, David (USACAN) <David.Ward@usdoj.gov>
**Sent:** Friday, December 1, 2023 3:08 PM
**To:** paralegal <paralegal@briangetzlaw.com>; Green, Kristina (USACAN) <Kristina.Green@usdoj.gov>
**Cc:** Brian Getz <brian@briangetzlaw.com>; lawclerk <lawclerk@briangetzlaw.com>; Rosenbaum, Tina (USACAN) <Tina.Rosenbaum@usdoj.gov>
**Subject:** RE: RE: Harlan Kelly (Case No.: 3:21-CR-00402-RS) - PSR Letter Exhibits

Hi Danielle – We loaded the documents we sent to Probation into USAFx. I just sent you an invite.

Thanks,

Dave

**From:** paralegal <paralegal@briangetzlaw.com>
**Sent:** Friday, December 1, 2023 1:50 PM
**To:** Ward, David (USACAN) <DWard@usa.doj.gov>; Green, Kristina (USACAN) <KGreen1@usa.doj.gov>
**Cc:** Brian Getz <brian@briangetzlaw.com>; lawclerk <lawclerk@briangetzlaw.com>; Rosenbaum, Tina (USACAN) <TRosenbaum@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Harlan Kelly (Case No.: 3:21-CR-00402-RS) - PSR Letter Exhibits

Hello David and Kristina,

I hope you both had a lovely Thanksgiving.

I'm reaching out regarding the attached letter you sent to Probation in the *Harlan Kelly* matter. After reviewing your letter, we noticed references to specific exhibits used as trial, but they are not referenced using the trial exhibit numbers. When you have a moment, would you please provide us with the link to the documents you sent to Probation?

If you have any questions or concerns, please contact me via phone at (415) 912-5886 or via email at paralegal@briangetzlaw.com.

Very truly yours,

**Danielle Prince-Barkoren**
**Paralegal/Legal Assistant**
Law Offices of
BRIAN H GETZ
90 New Montgomery Street
Suite 1250
San Francisco, CA 94105

Direct: (415) 912-5886
[paralegal@briangetzlaw.com](mailto:paralegal@briangetzlaw.com)

This message is intended solely for the use of the individual to whom it is addressed to and may contain confidential, privileged, or otherwise exempt information under applicable law.  If you are not the intended recipient or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this message in error, please delete the message and alert the sender.

# Exhibit 2

| RFP | Due Date | Items | Cost * | Mark-Up | Bid Amount | Profit | Profit/Cost |
|---|---|---|---|---|---|---|---|
| 79002-A | 3/2/2015 | LED Light - Kingsun | $5,481,002 | 20% | $6,577,202 | $1,096,200 | 20.00% |
| | | Control System - Ineso | $2,104,250 | 25% | $2,630,313 | $526,063 | 25.00% |
| | | | **$7,585,252** | | **$9,207,515** | **$1,622,263** | **21.39%** |

*\* Hardware costs as quoted by supplier. Kingsun quoted bird spike at $40 each. Cost used for bid is $80 each, or $96 each after mark-up*

| RFP | Due Date | Items | Cost ** | Backlight Shield | Bid Amount | Profit | Profit % |
|---|---|---|---|---|---|---|---|
| 79004 | 11/14/2016 | LED Light - Kingsun | $2,501,438 | $0 | | | |
| | | Kingsun + Backlight shield | **$2,517,438** | $16,000 | **$2,716,668** | **$199,230** | **7.91%** |

*\*\* Kingsun quote did not include backlight shield. Final Cost and Bid Amount included $16,000 for backlight shields.*

# Exhibit 3

# The Permanente Medical Group, Inc.

**DEPARTMENT OF MEDICINE**
2238 GEARY BLVD
SAN FRANCISCO CA 94115-3416
**Dept:** 415-833-2200
**Main:** 415-833-2000

March 6, 2024

Harlan L Kelly
1622 11th Ave
San Francisco CA 94122-3627

To Whom it May Concern,

Mr. Harlan Kelly (dob 7/31/1962) is a patient under our care at Kaiser Permanente, San Francisco. Mr. Kelly suffered a heart attack 2/21/2024 for which he was hospitalized and received medical treatment. He underwent emergent cardiac catheterization with drug eluding stent placement that same day. It is recommended that he rest and avoid stressful activity for 4-6 weeks in order to allow healing from this medical event. Any accomodation is appreciated.

Sincerely,

ELYSIA MARIE ENGELAGE MD

